UNITED STATES DISTRICT COURT
EASTERN DISTRICT _____

ERIC ANDREW PEREZ



Civil Action No._____

Hon. ........

# CV 16- 5794

-V-

New York Hospital Cornell, Dr. Emie, DARE its officers and Board Members, Director DEA Chuck Rosenberg, Director DOJ IG Michael Horowitz, Google, Attorney General Loretta Lynch, Dir. Civil Rights Gupta, Damon Davenport, Anthony Spano, Julie Crowner, Catherine Hoke, Chris Hoffman, Sean Hoffman, Michael Hoffman, Unknown Narcotics Agents, Com Bratton NYPD, Hadads, Cristina Deleon Acosta, Cristina Cintrone, Yahoo, Lawrence Redmond Clerk US Supreme Court, Lopera of the ACLU, Unknown Officers DOJ, Deputy Odelle, Deputy Gains, Sheriff Burns, Unknown DOD Navy Contractor, Best Buy, Apple, Sprint, Boost Mobile, Allen Hunt, Carlos Santana, Crunch, Unknown Informants for MI5, Stream, Unknown Doctors, Unknown Agents, Staten Island Ferry Authority, Jeff Tomzack, iHeart Radio, 102.5 Tampa, 98.7 Tampa, 94.1 Tampa, Clear Channel, Unknown Religious Organizations, owner 357 Targee St, Owner 44 Waverly Plc, Owner 52 Waverly Plc, Owner surveillance houses Wiederer Plc, owner 67 Prince St, owner 75 Osgood Ave, owner 70 Osgood Ave, Owner 60 Osgood Ave, owner 144 Signal Hill Rd, SI, Saint Joseph's Hospital, Post Master General Brennan, Federal Express, SOS Locksmith, All American Storage, Meera Joshi, Lifelock, Edith Ramirez FTC,

# BRODIE, J.    Defendants.



OCT 1 1 2016

PRO SE OFFICE

BLOOM, M.J. COMPLAINT WITH JURY DEMAND

### JURISDICTION & VENUE

1. This Court has jurisdiction over this action under 28 U.S.C. Sections 1331 and 1343(3) and (4). The matters in controversy arise under 42 U.S.C. Section 1983. 2. Venue properly lies in this District pursuant to 28 U.S.C. Section 1391(b)(2), because the events giving rise to this cause of action occurred within Staten Island which lies within the Eastern District of the State of New York.
2. This is a civil action authorized by the following provisions of the NY State Constitution: Article I, §2, §3, §4, §5, §6, §7, §8, §9, §11, §12, §14, §16. The claimants are seeking Injunctive, Declaratory, and Monetary Relief to make the whole.
3. The Claimants make this claim under the following Amendments of the Constitution of the United States of America: I, II, IV, V, VI, VII, VIII, IX, XIII, XIV.
4. The Claimants make this claim under the following Articles of the Universal Declaration of Human Rights: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 22, 23, 25, 26, 27, 28, 29, 30.
5. This civil action is also authorized by 42 U.S.C. Section 1983. Bivens v. Six Unknown Agents, FTCA 28 U.S.C. § 1346(b), CAPTA.
6. Violation of Nuremberg Codes 1-10
7. (b)(3) NatSecAct AR2-2 (U) (c) Human Experiments are forbidden
8. 10 U.S. Code § 980 - Limitation on use of humans as experimental subjects
9. 18 U.S. Code § 798, 18 U.S.C § 793, 18 U.S.C § 794

10. 18 U.S. Code § 1924 - Unauthorized removal and retention of classified documents or material
11. Terrorism - 18 U.S. Code § 2331
12. Torture - 18 U.S. Code § 2340
13. H.R.2985 - Confidential Informant Accountability Act of 2015
14. The Court has the jurisdiction to hear this case and this case is filed in federal court pursuant to Title 18 Section 241 for Conspiracy Against Rights by the named defendant against the named plaintiff in this case.
15. Provocateurs, patsies, informants and all other conspirators who conspired with Federal, State, and Local Law Enforcement.
16.     The Court has jurisdiction to hear this case and this case is filed in federal court pursuant to 18 U.S.C.§ 2340.  This court has subject matter jurisdiction over the federal claims pursuant to 28 U.S.C. § 1331, 18 U.S.C. § 2712, and 5 U.S.C. § 702and other US laws mentioned in the body of this complaint.
17. 42 USC § 1981, 42 USC § 1982, 42 USC § 1985, 42 USC § 1986
18. Privacy Act OF 1974
19. 50 USC CHAPTER 23 § 783
20. Subversive Activities Act of 1950
21. RICO Act, 18 U.S.C.A. § 1964
22. Title VI of the Civil Rights Act of 1964,
23. Executive Order 12250, 13160, 13166
24. Privacy Act
25. 50 USC CHAPTER 23 § 783, 50 U.S.C. § 1881a(d)(2), USA Freedom Act
26. Pursuant to Federal Rules of Civil Procedure, Title 5, 22, 42, 142, 18, 18a, and 50, Plaintiff brings this action on behalf of himself.
27. TITLE 18 PART I CHAPTER 37 § 793. Gathering, transmitting or losing information,
28. 18 U.S.C. § 241. Conspiracy against rights,
29. 18 U.S.C. § 373. Solicitation to commit a crime of violence,
30. 18 U.S.C. § 1512. Tampering with a witness, victim, or an informant,
31. 18 U.S.C. § 1513. Retaliating against a witness, victim, or an informant,
32. 18 U.S.C. § 1692. Foreign mail as United States mail,
33. 18 U.S.C. § 1801. Video voyeurism,
34. 18 U.S.C. § 1812. Statement of exclusive means by which electronic surveillance and interception of certain communications may be conducted.
35. 18 U.S.C. § 241, 242
36. 18 U.S.C. § 2422. Coercion and enticement, or are currently doing so;
37. Defendants have subjected the defendant myself and the public to electronic surveillance, in violation of 50 U.S.C. § 1809 and 1810, or are currently doing so;
38. Defendants are intercepting communications in violation of 18 U.S.C. § 2510 and 18 U.S.C. § 2511; Defendants have committed 18 USC 213 -- Illegal Surreptitious entry or are currently doing so; Defendants have committed 10 USC 921, Article 121 -- Larceny and wrongful appropriation or are currently doing so;
39. Defendants have transmitted Plaintiff and the public in violation of 18 U.S.C. § 2703, Required Disclosure of communications records, or are currently doing so;
40. Defendants have harassed and transmitted the public to stalk and harass the Plaintiff inclusive of electronically and tangibly, in violation of 18 U.S.C. § 2261: US Code - 2261A: Stalking
41. Defendants have violated the Administrative Procedures Act, 5 U.S.C. §§ 701 et seq., or are currently doing so;
42. Defendants have violated the constitutional principle of separation of powers, or are currently doing so Defendants Have Tortured Plaintiff and the public electronically in violation of 18 U.S.C. §

2340A, or currently doing so:

43. Defendants have Tortured Plaintiff and the public electronically in violation of 18 U.S.C. § 2422, or currently doing so:

44. Defendants have committed 18 USC 35 -- Imparting or conveying false information or are currently doing so:

45. Defendants have committed 18 USC 1117 -- Conspiracy to Murder or are currently doing so;

46. Plaintiff is entitled to Civil Damages 18 U.S.C. § Rule 2520 in violations of his First, Third, Fifth, and Thirteenth Amendments; 18 U.S.C. § 2510, 18 U.S.C. § 2511, and 18 U.S.C. § 2512.

47. United Nations Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. res. 39/46, annex, 39 U.N. GAOR Supp. (No. 51) at 197, U.N. Doc. A/39/51 (1984), entered into force June 26, 1987; Universal Declaration of Human Rights, G.A. res. 217A (III), U.N. Doc. A/810 at 71 (1948); International Convention on Civil and Political Rights, G.A. res. 2200A (XXI), 21 U.N. GAOR Supp. (No. 16) at 52, U.N. Doc. A/6316 (1966), 9.99 U.N.T.S. 171, entered into force Mar. 23, 1976.

48. Defendants have Tortured Plaintiff and the public and the prohibitions against torture and other cruel, inhuman, or degrading treatment and the conspiracy to oppress, torture, suppress, is a violation under 42 U.S.C.§ 1985. Conspiracy to interfere with United States Civil Rights.

49. Defendants have Tortured Plaintiff and the public and the prohibitions against malicious intent to torture, privacy rights, brainwash, and enslave with severe psychological in-humane damages to one's spirit, and libel is actionable under Tort Claims of damages found under civil and criminal trials.

50. This Complaint includes Civil Conspiracy, Assault and Battery, Stalking, (having stalked me en masse on foot and in vehicles). Medical Battery, Medical Malpractice, Non-Disclosure and Concealment, Actual Fraud and Deceit, Negligence, Organized Harassment, Respondent Superior, Destruction of and Tampering with Evidence, Witness Tampering, Wrongful Termination, Defamation, Intentional Infliction of Mental Anguish and Duress, illegal commercialization of plaintiff's and his daughters' live', Obstruction of Justice, Deprivation of Sleep (depriving me of sleep due to neurological intervention) and Other Forms Torture, vandalizing my home and/or car, tapping my phones and hacking my computer, blacklisting me in the labor market, "workplace mobbing". Defendants have directly performed, or aided, abetted, counseled, commanded, induced, procured, encouraged, promoted, instigated, advised, willfully caused, participated in, enabled, contributed to, facilitated, directed, controlled, assisted in, or conspired in the commission of the above-described acts.

44. Defendants have committed Battery against the Plaintiff in violation of Section 39 of the Criminal Justice Act 1988.
Defendants have committed Medical Battery and Medical Malpractice against the Plaintiff as provided in 10 U.S.C. 1089(e),28 U.S.C. 2680(h) and 28 U.S.C. 1346 (b) and this Gross Medical Negligence also amounts to a 'Negligent Tort. The existence of a legal duty on the part of the doctor to provide care or treatment to the patient and Plaintiff existed and there was a breach of this duty by a failure of the treating doctor and medical professionals to adhere to the standards of the profession. As such, a causal relationship between such breach of duty and injury to the patient occurred and the existence of damages that flow from those injuries are such that the legal system can provide redress.

45. The defendant's conduct goes beyond mere nondisclosure, and in fact constitutes active concealment, and liability attaches. Stated otherwise, when active concealment is demonstrated, it has the same legal effect as 'Fraudulent and Negligent Misrepresentation'.

46. Defendants engaged in Actual Fraud and Deceit against the Plaintiff as prohibited by 11 USC Section 523 and 18 U.S.C. 1349. The plaintiff paid monetarily out of pocket expenses and through

his medical insurance for the services of the Defendants and was thus entitled to protection under federal law especially as this relates to the breach of confidential medical, legal, and forensic information at issue as this has independent economic value. The material misrepresentations and fraudulent conduct of the Defendants constitutes a breach of federal law and is actionable in federal court. The Defendants knowingly made false representations and acted with deliberate misconduct mentioned in the body of this Complaint with an intent to deceive or induce reliance which the Plaintiff justifiably relied upon resulting in injury and damages.

47. Defendants have committed Witness Tampering (18 U.S.C. 1512); Obstruction by Violence (18 U.S.C. 1512(a)); Auxiliary Offenses and Liability Obstruction by Intimidation, Threats, Persuasion, or Deception (18 U.S.C. 1512(b); Obstruction by Destruction of Evidence (18 U.S.C. 1512(c)); and Obstruction by Harassment (18 U.S.C. 1512(d)) against the Plaintiff and are thus liable under federal law which is actionable before a federal court.

48. The Privacy Act of 1974, 5 USC § 552a; This includes not only the deliberate release of the plaintiff's private; privileged information but information considered classified information.

49. Plaintiff does know some but not all true names and capacities, whether individual partner or corporate, of each and every defendant stated herein, or to be named, and for that reason sues the said defendants under any fictitious names provided or used.  Plaintiff will amend this complaint to allege the names and capacities of defendants, stated herein or to be named, when possible to ascertain at a later date where necessary.

50. Defendants are sued as principals, agents, servants, assigns, successors and or employees etc. of each other where applicable.  All the acts each performed as agents, employees, servants, successors or assigns etc. of each other were performed within the course and scope of each defendants' authority and employment service assignment succession and/or agency and with the consent of the other defendants stated herein or to be named.

51. Defendants manipulate the civilian populace through various media devices; i.e. Radio and Television; FL Penal Code 775.30 (1)(a) Involves a violent act or an act dangerous to human life which is a violation of the criminal laws of this state or of the United States; or (a)Intimidate, injure, or coerce a civilian population; NY Penal Code 490.05 (1)(i)(i) intimidate or coerce a civilian population; 22 U.S.C. section 2656f(d); Definitions ... the term 'terrorism' means premeditated, politically motivated violence perpetrated against noncombatant targets by subnational groups or clandestine agents; The US Code of Federal Regulations defines terrorism as "...the unlawful use of force and violence against persons or property to intimidate or coerce a government, the civilian population, or any segment thereof, in furtherance of political or social objectives" (28 C.F.R. Section 0.85). Every single populous I have been in has been manipulated against me en mass to include prison populations through various electronic means such as radio, television, DVDs, internet, emails, physically, and another ways unknown to the plaintiff.

52. Plaintiff requests Court serve an official copy of this Complaint to all named Defendants, US Attorney, Attorney General, as the plaintiff is unable to afford to pay for the amount of copies that would be needed or the plaintiff would be willing to provide a copy of the complaint and exhibits in an electronic format such as CD or DVD to the defendants at a later date.

53. False Imprisonment and elements thereof.

## *PLAINTIFFS*

54. Plaintiff, Eric Andrew Perez, was born in New York Cornell Hospital June 27, 1976.

55. Plaintiff graduated from a Catholic grammar school with honors in 1990.

56. Plaintiff graduated from Archbishop Molloy in 1994 with Honors.

57. Plaintiff entered the United States Marine Corps in 1995.

58. Plaintiff was discharged from the United States Marine Corps in 1996 without a discharge review board, characterization was General under other than honorable conditions.

59. Plaintiff upgraded his discharge too General Under Honorable Conditions.

60. Plaintiff remained a law abiding tax paying citizen and maintained gainful employment.

61. 2010 Plaintiff's first criminal conviction.

63.  Plaintiff, Eric Andrew Perez, was immured at Rikers Island from December 19, 2009 – August 18, 2010.

64. Plaintiff, Eric Andrew Perez, was immured at Jefferson County Jail 753 Waterman Drive Watertown, NY 13601 on three occasions stemming from three separate arrests: 5/4/2011, 5/9/2011, and 8/4/2011.

65. Plaintiff, Eric Andrew Perez, was immured at Jefferson County Jail from 8/4/2011 – 3/8/2012.

66. Plaintiff, Eric Andrew Perez, was immured in the NY State Department of Corrections from 3/8/2012 to 7/30/2013 in seven different prisons: Auburn, El Mira, Groveland, Marcy, Wendes MHU, Collins, and Coxsackie Correctional AKA The Jungle. The plaintiff is currently on Parole.

### *DEFENDANTS*

67. New York Hospital Cornell, Hospital Plaintiff was born in.

68. Dr. Emie, Plaintiff's pediatrician at birth.

69. DARE its officers and Board Members, The organization responsible for this.

70. Director DEA Chuck Rosenberg, Director DEA.

71. Director DOJ IG Michael Horowitz, Director Inspector General Dept of Justice.

72. Google, Email provider of plaintiff.

73. Attorney General Loretta Lynch, Attorney General of Dept of Justice.

74. Dir. Civil Rights Gupta, Director civil rights div. Dept of Justice

75.Damon Davenport, Confidential informant responsible for initial conspiracy against Plaintiff.

76. Anthony Spano, Owner of the apartment plaintiff resides in.

77. Julie Crowner, Federal Agent former supervisor Neustar involved with religion.

78. Catherine Hoke, CEO Defy Ventures and coconspirator in this conspiracy.

79. Chris Hoffman, Owner of Chris' Plumbing.

80. Sean Hoffman, Son of Chris' Hoffman and employee Chris Plumbing.

81. Michael Hoffman, Son of Chris' Hoffman and employee Chris Plumbing.

82. Unknown Narcotics Agents, With the NYPD and DEA who have engineered my environment.

83. Com Bratton NYPD, Commissioner NYPD.

84. Hadaads, Movie Production Company that is used by this company to mask police activity.

85. Cristina Deleon Acosta, Ex-wife of plaintiff and coconspirator.

86. Cristina Cintrone, Cousin of Ex-wife and coconspirator.

87. Yahoo, email provider of plaintiff.

88. Lawrence Redmond Clerk US Supreme Court, Clerk who refused to accept motions US Supreme.

89. Lopera of the ACLU, Agent who signed for legal work I sent to ACLU.

90. Unknown Officers DOJ, Agents from the Dep of Justice.

91. Deputy Odelle, Deputy Gains, Sheriff Deputy Jefferson County.

92. Sheriff Burns, Sheriff of Jefferson County, NY.

93. Unknown DOD Navy Contractor, Responsible for the construction of blinding device.

94. Best Buy, Electronics store NYC.

95. Apple, Cell Phone and computer store NYC.

96 Sprint, Plaintiff's cell phone provider.

97.  Boost Mobile, plaintiff's cell phone provider.

98. Allen Hunt, Plaintiff's best friend who faked death in 1999 unbeknownst to Plaintiff.
99. Carlos Santana, Retired NYPD Officer.
100. Crunch, Fitness Corporation and Gym NYC.
101. Unknown Informants for MI5, Unknown agents British Intelligence
102.  Stream, Call Center Watertown, NY who rerouted communications of plaintiff.
103. Unknown Doctors, Doctors who conducted experiments on the plaintiff.
104. Unknown Agents, Unidentified agents from various agencies who are in collusion.
105. Staten Island Ferry Authority, Provider of Ferry Service to NYC.
106. Jeff Tomzack, Mentor at Defy works for an agency.
107. iHeart Radio, Owners of radio stations who commercialized my life.
108. 102.5 Tampa, Drew Garrabo & radio responsible for commercialization and defamation.
109. 98.7 Tampa, Radio Station Tampa responsible for commercialization
110. 94.1 Tampa, Radio Station responsible for commercialization of plaintiff's life.
111. Clear Channel, Owners of entertainment, radio & Commercialization.
112.  Unknown Religious Organizations, Religious orgs that committing crimes and violations.
113. Owner 357 Targee St, Warehouse across the street that has me under surveillance & personnel.
114. Owner 44 Waverly Plc, House where they run switches, surveillance.
115. Owner 52 Waverly Plc, House where they run switches, surveillance.
116. Owner surveillance houses Wiederer Plc, House where they run switches, surveillance.
117. Owner 67 Prince St, House where they run switches, surveillance.
118. Owner 75 Osgood Ave, House where they run switches, surveillance.
119. Owner 70 Osgood Ave, House where they run switches, surveillance.
120. Owner 60 Osgood Ave, House where they run switches, surveillance.
121. Owner 144 Signal Hill Rd, SI, House where they run switches, surveillance.
122. Saint Joseph's Hospital, Hospital on Bay St where they conduct experiments and seditious act.
123. Post Master General Brennan, Postmaster US Post Office.
124. Staten Island Municipality, Municipal corporation of the City of New York.
Meera Joshi, Commissioner TLC, Lifelock, Identity Theft Services, Edith Ramirez FTC

## *EXHAUSTION*

125. The plaintiff even emailed the Department of Justice, please see exhibit 4.9 (f) email to the
Department of Justice in reference to the Deliberate depraved 'Program' that I am the subject of inside
and outside of prison. I also placed several phone calls to the Department of Justice. The Department of
Justice never responded to my emails or my telephone calls, displaying the deliberate and depraved
indifference of the government to the situation that only the government would be able to engineer,
orchestrate, and perpetuate.
126. Not only did I exhaust all of my administrative options all the way up to include the highest body
of Law in the United States being the Department of Justice. I wrote Several letters to the Federal
Communications Commission and had several telephone conversations in reference to the depraved
'Coercive Population Control Program' that I and my daughters; family; and friends are the subjects of
and how the media namely Radio and Television were being used to manipulate the local populaces
against us. Please see exhibits labeled E-1, which contain several letters to the FCC describing the
'Program' and how it is perpetuated. After several letters to the FCC I finally received a call from a
supervisor by the name of Oliver Arden dated 10-25-14, exhibit labeled Conversation with Oliver
Arden 10-25-14. In this 30-minute conversation I described how the radio stations and television
stations were using depraved programming in order to perpetuate the control of the local populace and
how it was to perpetuate my death. Mr. Arden stated that there was nothing that the FCC would do due

to freedom of speech but that there would be people monitoring the situation. I had at least 4 conversations in total in reference to this program with the FCC.

127. After all of my effort and the phone calls I was told that my complaint was being closed. Subsequently, I received a complaint form after everything. This demonstrates the deliberate and depraved indifference of the government.

128. The plaintiff has even written the US Supreme Court in reference to this 'Program' and the plaintiff's deliberate and depraved use in the program. I also described the denials of Due Process that I was suffering in the NY State Supreme Courts, please see exhibit E-2 Return Receipt to the US Supreme Court.

129. Please see my declaration in support of my Civil Rights Complaint which describes the fact that the State was well aware of all of my claims due to all of the legal work that I filed with the NY Supreme Courts; District Attorneys, and the Attorney General's Office see section 4.8 of said declaration. The plaintiff has gone above and beyond the exhaustion requirement due to the claims made herein. The Federal & State government is deliberately and depravedly indifferent to my plight, and I believe that I have demonstrated that fact within.

130. Plaintiff has notified the Department of Justice in reference to the ongoing conspiracy against himself and his children on 4 separate occasions. The Plaintiff has also notified the Civilian Complaint Review Board on two occasions, and received an unsatisfactory response. On the contrary each time the plaintiff makes a notification the plaintiff is increasingly harassed, intimidated, and the populace is increasingly manipulated against him, please see additional supplemental exhibits 1 ccr complaint.

131. Plaintiff's environments whether it be work, home, or neighborhood is increasingly manipulated against him on a daily basis through various methods to include and not limited to the use of terrorist organizations such as CARE, DARE, Churches, religious groups, State & City offices, Police informants, ARMY, use of foreigners, the mass switching of populations, and other illegal methods. People are hired at his places of employment, school when he attended, and even in neighborhood stores such as the Home Depot and Western Beef. These people are actually bused into NYC by the hundreds. These employees are openly hostile to the plaintiff as instructed by their handlers. As the plaintiff has stated the same groups are always around and surround the plaintiff with the same instructions and function, there are even manuals for his misuse and oppression. Simply put the populace is being used against the plaintiff continuously and deliberately as part of this scheme and program. The majority of the hostility and program stems from homosexuals, ARMY, Jefferson County, religious groups, Terrorists, Police, DARE, and even MI5.

132. ** Disclaimer – The Plaintiff at no time has agreed to participate or be used or misused in any way shape or form. The plaintiff has never agreed to any of this and was never informed of any of this by anyone. The plaintiff has had no outside help and has had to reverse engineer some of the events contained within these papers. The plaintiff has used his supreme understanding of the illegal system that he has been the center of for all of his life and how this plot and conspiracy has been hatched and carried out against him. The claims within contain the truth to the best of the plaintiff's knowledge. The plaintiff has no ties to any threat groups, terrorist organizations nor does he desire to be part of any organization that affiliates with terrorists such as this one. Make no mistake this company is a terrorist organization and has been founded to defraud and oppress millions of United States citizens

## First Amendment Violations

133. Plaintiff received no mail during the period he was incarcerated in the Jefferson County Jail from 8/3/2011 to 3/08/2012.

134. Plaintiff was not allowed to make phone calls after he was placed in administrative segregation in Jefferson County Jail.

135. Plaintiff never received the $100-dollar money order that my father mailed to me while I was incarcerated in Jefferson County Jail.

136. Plaintiff was hidden after being transferred to NYSDOC.

137. Plaintiff submitted his telephone list while at Groveland Correctional.

138. The list was approved and the phone numbers were supposedly activated, yet the plaintiff was unable to complete any phone calls to those phone numbers even before being sent to the Collins SHU.

139. Plaintiff's final divorce paperwork was held for more than a week by correctional officers while I was in the Collins SHU.

140. Plaintiff's censure and communication interference continued after he was released from prison.

141. Plaintiff's mail from Courts were received open on several occasions to be named in detail in the amended complaint.

142. Plaintiff's motions to the Courts were delayed on several occasions which cost him an appeal.

143. The Post Offices in which the Plaintiff held Post Office Boxes in were spying and tracking my mail, and making copies of the plaintiff's incoming and outgoing mail.

144. Plaintiff's mail once it arrived at Court was treated differently and even assigned to a special clerk who is involved in this orchestration and cover up.

145. Plaintiff's internet traffic was and is being redirected to a whole other internet which includes phony government sites with stories that perpetuate and support this ongoing saga and storyline.

146. Plaintiff's phone calls are being redirected to various call centers and people in an effort to censor him, and keep his story from getting out.

147. Plaintiff's motions to the US Supreme Court were obstructed by the same agents who have been in charge of his oppression and censure, the details are contained in his US Supreme Court paperwork, ex. 2.

148. Plaintiff's complaints to the Department of Justice that were sent via Federal Express were opened, copied, and then redirected to agents operating out of NYU (New York University).

149. All of the Plaintiff's mail articles are specially tracked.

150. Copies of the Plaintiff's Post Office Box keys were made and given to participants in this Scheme without his permission.

151. Every move the plaintiff makes is countered by the people in charge of his oppression and censure.

152. Plaintiff has been tagged, stalked, and defamed by certain producers' reporters at FOX, CNBC, CNN, WPIX, CBS, and other media outlets in order to suppress his story.

153. These same reporters are used in this company to report fake news and disseminate propaganda.

154. These same reporters are mixed up with the Eric Snowden ordeal and operate to assist the United States enemies'.

155. Plaintiff is at present being oppressed by several religious groups who are using him as the center of a scheme.

156. These religious organizations have illegal access to the plaintiff's dwelling and have stolen from him, illegally used his name, copied his private files and distributed them, impersonated him, and harass him.

159. These same religious organizations also have illegal access to his privileged and private communications to include telephone conversations, email, Facebook, and other electronic correspondence to include access to my internet traffic.

160. These same religious organizations have oppressed him in this area, at work, and just about anywhere else the plaintiff goes as part of this religious scheme to make money and move people.

161. The plaintiff's ex-wife is part of several spy religious organizations who have programmed its members against the plaintiff and disseminates the false information, storyline, and plots to the local populaces against the plaintiff.

162. The plaintiff is also under 24 hr. surveillance by these groups, and has been at the center of their skits and plots for a number of years.

163. The separation of Church and State doctrine within the First Amendment of the US Constitution is being violated deliberately in order to perpetuate a scheme with the plaintiff at the center of this.

164. The Churches participating in this all have agents and cops assigned to the Churches who in turn train, direct, gift, and even supply them with confidential and even classified information.

165. These parishioners are not in these churches for God, but to receive opportunities to participate in this scam.

166. These Churches also work for several foreign services such as MI5, Communists, Drug Cartels, and others.

167. Both the State and Federal authorities are fully aware of this and even perpetuate their illegal use.

168. In return the police and agencies receive rights to young girls, boys, and other favors.

169. Most of the illegal unwarranted surveillance the plaintiff is under is done from properties owned by churches and other religious groups.

170. Plaintiff also believes, has been made to believe, and has evidence that the Church of Scientology and a group called DARE is currently conducting the Human Experiments that are making the plaintiff feel the phantom pains throughout his body.

171. These are heinous violations that are allowed to occur on a daily basis under the supervision of agencies and carried out by this company.

172. These participants hide behind their religious organizations and use them as a cover.

173. The Churches also have several scams and schemes where they are being allowed to use my personal information even though the plaintiff reported his identity theft 3 years ago.

174. By allowing these agencies, law enforcement, and other groups responsible for this the government is indeed guilty of violating the Separation of Church and State and allowing them to violate several hundred Federal Statutes.

175. The churches who are active participants are the ones orchestrating many of the skits and ignorant acts to include child abuse.

## ILLEGAL USE & TAMPERING OF CRIMINAL DATABASES, NCIC, AND AFIS

176. Unknown personnel under the color of law and their snitches have been provided illegal access to plaintiff's criminal record, rap sheet, fingerprint file, and FBI file.

177. Unknown persons have assigned other persons' identities in these systems as part of this orchestration.

178. Plaintiff's fingerprints were tampered with in the system upon the day of him being fingerprinted for his TLC license.

179. Plaintiff's identity has deliberately been confused with other people as part of this orchestration.

180. Plaintiff's private and privileged information has been illegally accessed and used by persons with connections to terrorists.

181. These illegal thefts of my identity and criminal information has been orchestrated and encouraged by this company for the gain promotion and well-being of informants and other participants.

182. Plaintiff has reported his identity theft to the FTC and has received no response.

182. Plaintiff's identification or copies of and even credentials are being illegally used with the knowledge of law enforcement and private companies that are allowing people to use my personal training certificate.

## Deliberate illegal release of DNA Information

183. Plaintiff's DNA was stored by the DOD since 1995.

184. Plaintiff's DNA was stored and sampled illegally by the Red Cross after becoming a monthly blood donor in 2008

185. Plaintiff's DNA was collected by the state of NY and stored in the criminal databases after becoming a first time felon in 2010.

186. Plaintiff's DNA could have been illegally sampled and misused by the company used by Defy Ventures to do their drug testing 2015.

187. This conspiracy was engineered so exactly and precisely that they ensured that my Ex-wife's daughter that she conceived with Sgt. Acosta was born retarded.

188. The only common source of our DNA sampling was the Department of Defense.

189. Plaintiff has been told that the Ex-wife Cristina Deleon Acosta had become pregnant from the plaintiff in 2011.

190. She was directed to have an abortion.

191. There is one particular song on Immortal Technique's Album that references resurrecting my dead baby and killing it again.

192. All of these events are connected and since that song was released years before it is more likely that the plaintiff was used and the events of his life were made to emulate songs on Immortal Technique's Albums.

193. The plaintiff believes that his DNA has been misused by several black organizations at several points in this conspiracy.

194. These accusations require and deserve discovery.

195. The people who engineered, planned, and are still allowed to carry this out are terrorists with positions of authority and should be prosecuted as such.

## Human Experimentation

196. The Plaintiff has been experimented on for his whole life.

197. At the plaintiff's birth a device was implanted in his pelvis under the guise of a hernia operation.

198. Implants were placed in my writs as well as my rib cage.

199. These implants are used in order to transmit phantom pain signals throughout the body such as the cutting off of fingers, slitting of wrists, cutting off of hands, breaking of ribs.

200. Proof of this can be seen on the internet where pictures of certain individuals to include the plaintiff's daughter Alyssa can be seen with nubs for fingers, symbolizing that the trigger finger of someone had been severed.

201. Proof of this can also be seen in Coss Marte's pictures on Facebook as well as pictures of his daughter Alyssa on his ex-wife's Facebook.

202. Plaintiff feels pains in his fingertips, wrists, rib cage, and other parts of his body.

203. These phantom pains are simulated in conjunction with the skits and scripts and illegally conducted due to the fact that the plaintiff has not agreed to being a subject.

204. 1995, August, Paris Island two additional implants were injected into the plaintiff's shoulders under the guise of receiving inoculations.

205. Again, these implants are presently being used to simulate phantom pains in my body.

206. 2000 Plaintiff was admitted into Creedmoor Hospital in Queens, NY.

207. After the plaintiff was placed under heavy sedation a device was placed in the plaintiff illegally

208. The device was inserted through his esophagus and naval cavity to his right ear and behind his right shooting eye, see exhibit 3, plaintiff has X-Ray films as well.

209. The device also affects his throat, vocal cords, and heart.

210. This device is capable of blinding the plaintiff, causing coughs, heart palpitations, and is currently being used as a live wire and to communicate telepathically via rf signals.

211. There were millions of these devices manufactured and implanted illegally in human subjects.

212. Plaintiff's mother and aunt had this same device implanted in them.

213. Plaintiff's mother was murdered using this device as well.

214. The device was implanted in the plaintiff under the orders of personnel from this company in order to accomplish this meaning the illegal population control program, snitch management, and system that is being thrust upon every man; woman; and child in this great nation.

215. Plaintiff is at the heart of an entertainment gimmick being orchestrated by this company, that deliberately is threatening the national security of this nation, knowingly, deliberately, and in conjunction with the agencies, law enforcement, media, radio, foreign services, and even terrorists.

216. Plaintiff's classified information and X-file was deliberately leaked, sold, and used to the architects of this scheme.

217. There has been no threat assessment performed, no apologies, nor any type of acknowledgements of any kind.

218. Plaintiff has made several notifications to the various agencies in reference to the deliberate leak of his information, the experiments, and the fact that the plaintiff's civil rights were taken away to do this, yet the spying, commercialization, experiments, harassment, terrorism, and other Federal violations are still allowed.

219. The plaintiff's life is actually deliberately threatened and in danger for entertainment purposes. This whole program, act and scheme is actually centered around the plaintiff no matter where the plaintiff travels, works, or does.

220. This company actually reacts to what the plaintiff is trying to accomplish by directing his populace and the Federal, State, City offices, radio stations, entertainers and others against him.

221. The orders are to harass, intimidate, Inconvenience, Bum, pressure, and perpetuate this at all costs using any means necessary.

222. Participants are rewarded with employment, housing, movie roles, promotions, sex, and even time off their sentence while the opposite holds true for the plaintiff.

223. This is actually live each day carried out in conjunction with the agencies and the NYPD.

224. All of the entertainers, rappers, etc. who are involved in this have at some point been in Staten Island to participate.

225. Upon the release of the Phora's Sinner track the plaintiff was made aware of the device's evil purposes.

226. Plaintiff was running on a treadmill in Crunch Staten Island located at 364 Bay St Staten Island, NY 10304, when a good looking well-dressed female entered the gym.

227. This female had what looked like a car alarm fob in her hand, after having a brief conversation with the woman at the front desk the woman pushed a button on the fob and that instant I saw a flash of light and stars in both eyes.

228. Plaintiff observed the woman who pushed the key fob button laugh and carry on the conversation with Johanna the woman at the front desk.

229. Plaintiff continued to run on the treadmill after being blinded, because I did not want to show that the device worked.

230. Plaintiff believes that the device itself was made and manufactured by a defense contractor or foreign service due to the people such as Coss Marte that I had been in contact with at the time.

231. Plaintiff was introduced to a female contractor who had worked with the NAVY SEALS at his Coss's Kickstarter Party.

232. Plaintiff is also being systematically tracked by the owners of Crunch.

233. Plaintiff obtained his personal trainer certification from NASM in April of 2016.

234. June 2016 plaintiff obtained employment at Blink Fitness located at 125 Park Ave NYC.

235. Blink Fitness is located across the street from Grand Central Terminal and in the Cipriani Hotel.

236. On a daily basis while at work the plaintiff felt phantom pains in his fingers, wrists, head, shoulders, back, and even penis.

238. Plaintiff believes that these experiments were being conducted in the hotel using short range RF signals transmitted to Blink Fitness.

239. As I have stated before these phantom pains and experiments coincide with timelines and scripts set by this terrorist company.

240. Plaintiff also began to feel stinging pains in different areas of his body such as arms, legs, neck, and even head.

241. Plaintiff was able to deduce that this was due to the fact that the plaintiff was stuck in an alternate reality.

242. The plaintiff's alternate reality as set forth by unknown parties to him was that I was supposed to be in the Jungles of Brazil with a team due to the fact that I had run away to France to join the French Foreign Legion in March of 2015.

243. Someone decided to use this time as a real life game and set up an email server and even made an app for a cell phone that would allow for these stinging sensations (which symbolized hits from a blow/ dart gun from the natives) to occur on different parts of the body.

244. This now occurs on a daily basis, whether I am on the Staten Island Ferry, at work, in my apartment or anywhere.

245. The people participating actually even use pieces of straws or simply bring their hand to their mouths and blow.

246. Plaintiff believes that this even occurs systematically and is programmed, because even when the plaintiff is home and nobody drives by his apartment he feels the same sensations.

247. Plaintiff is 100% healthy and has no health issues, skin problems, rashes or any other issues that could be causing these sharp stinging feelings.

248. The fact that this is systematically happening and on a schedule means that this has been premeditated and planned out meticulously.

249. Plaintiff wishes he was lying but you can't make this stuff up.

250. Plaintiff believes that millions of dollars are being wasted by this government to do this and he is correct.

251. Plaintiff believes that this stems from the deliberate release of his classified information, not only his but millions of other veterans who this is being done to.

252. Plaintiff was not made aware of these experiments and was unaware of what was illegally implanted inside of him until very recently.

## Deliberate Misuse and Release of Plaintiff's Classified Information

253. Plaintiff's classified information was deliberately released to the inmate population of Jefferson County Jail.

254. Plaintiff's classified information was released and used to create an entertainment gimmick and used to construct, engineer, and facilitate an illegal system used to coerce and manipulate human populaces around him.

255. The deputies at the Jefferson County Jail conducted live experiments on the plaintiff and tested special equipment on him with the assistance of the rat inmates.

256. The release of the plaintiff's information was done deliberately in order to make him the focus of every story, rumor, and plot of this company in the future.

257. The plaintiff's life, abuse, oppression, alternate reality has been the focus of this company for over 10 years.

258.This has been one continuous commercialized violation used to torture the plaintiff, drive him insane, and oppress him while making millions of dollars for others participating and those allowed in on this on high levels.

259. The plaintiff's information, millions of other veterans, and even our President Barrack Obama's classified information has been used or should I say misused by this company.

260. Evidence of the dart game or should the plaintiff say the facilitation of a feeling of the sting of a dart penetrating your skin can be seen everywhere.

261. These experiments occur according to a coordinated orchestration and schedule followed by this company so that the plaintiff feels the stinging of the darts and phantom pains on certain dated and times no matter if the personnel are available or not.

262. These experiments such as splitting someone's spine, removing organs, and others are orchestrated with certain sound tracks as well.

263. These experiments have occurred no matter what notification I make and no matter what I do meaning that the government or black government and this country are orchestrating.

264. Plaintiff has witnessed the reaction of countless veteran's experience this.

265. Plaintiff presently is being used as a test subject of this program, and the focus of abuse from any populace he inhabits, the plaintiff has exhibits in his possession that proves this.

266. Plaintiff lives near Saint Joseph's Psychiatric Facility in Staten Island where this company is presently using as a base of operations and conducting human experiments on patients.

267. Plaintiff has witnessed the New York State Department of Corrections, DOD, radio stations, Hadad's Production Company, and others use Saint Joseph's illegally to switch personnel as well as run illegal operations from.

268. The majority of the Plaintiff's harassment has been organized and launched from Saint Joseph's Hospital where actors or should I say cops and snitches are involved in real life skits and acts involving real places and people in the street.

269. On an occasion this year Damon Davenport was sent past my apartment as part of a skit that stated he was to send shots (gun shots) through my window.

270. Damon Davenport on this occasion drove past my apartment on the corner of Prince St and Wiederer St in Staten Island and aimed a gun out of the window of his car.

271. Damon was followed by a supervising officer in a gray pickup truck.

272. This skit or part used the lines of a hip hop song that states that "I'll send shots through ya window".

273. Hundreds of other scenarios and threats to the plaintiff have been organized and staged using the plaintiff in Manhattan, Queens, and Staten Island.

274. Plaintiff will explain in a later section labeled Mass Surveillance, Engineered Environment, and Tactics how the illegal surveillance, DARE, radio stations, this company in general is using the plaintiff as the focal point of these acts.

275. Plaintiff's rifle range marksman book, scores, and x-file was revealed to the Jefferson County Sheriff's Office prior to and during the plaintiff's incarceration.

276. The plaintiff's rifle range marksman book, top secret file, and X-file were illegally accessed and are currently in the possession of someone in this company illegally.

277. References to the plaintiff's marksmanship were made at several Defy Ventures events as well as when the plaintiff was incarcerated.

278. The plaintiff's X-file was used to create a device that is capable of blinding the plaintiff and DARE and this company are responsible, the blinding of the plaintiff coincides with the release of Phora's track Sinner.

279. The plaintiff has included the details of the event in the next section.

## 4th Amendment Violations Illegal Seizure of Human Lives & Human Experimentation

280. This company's illegal policy and custom of illegally seizing human lives has been accepted by the populace of this country as a whole.

281. The meaning of possession of a human life as it pertains to this company means to place someone in a situation where they work for Federal, State, City authorities under the color of law.

282. This also means that persons decide to work for various entertainment companies such as iheart radio, television, news media, DARE. Etc. in order to receive opportunities that they would not ordinarily have.

283. This illegal seizure of human lives is deliberately engineered by the system of entrapment, commercialization, harassment, and illegal ways that this company uses to oppress the populace while convincing the masses that it is fun to be a slave.

284. This company relies on the fact that most people are stupid, poor, and are just too tired to fight for their rights to accomplish this as well.

285. This company has set up a system where they have made this illegal possession of human lives a game and even conduct training classes.

286. This company ensures that even children are trained in this new system by their parents so that future generation of our youth are easily capitulant and accept that this system of enslavement is natural, fun, and legal.

287. This company has its own language, laws, policies & customs, and disgusting degrading tactics that are deliberately contrary to the written Federal USC Code, State, and City laws.

288. This Company's Federal, State, and City enforcement all follow rules contrary to the written law to accomplish this.

289. This company is a terrorist entity that is totally against the United States of America so that a handful of known foreign entities, Hollywood companies, terrorists, and politicians can make a profit.

290. Many of the customs and policies are derived from illegal immigrants, churches, and other societies that have these customs in place because they are illegal, and stupidly citizens follow in suite.

291. There have been hundreds of college papers written in reference to this program that has detailed this system of enslavement.

292. This company is a terrorist organization, if you train like a terrorist, live like a terrorist, have illegal equipment, and are against your country than you are a terrorist this includes religious groups.

293. 6/27/1976 – Plaintiff Eric Andrew Perez was born in New York Hospital Cornell to Joanne Felix and Andrew Daniel Perez.

294. I was then operated on under the guise of a hernia operation; a device was surgically implanted into my abdomen and microscopically attached to my spine.

295. I have two horizontal scars approximately 1 1/2 inches in length about an inch above my genitals which signifies the fact that surgery was performed on me after my birth.

296. The device's function is to make the plaintiff feel sexually aroused

297. I have been classified since my birth and inception.

298. My illegal seizure at birth triggered several events and plots. I was seized at birth in order to implement this system.

299. I am known as a thing an illegal human being and there are 9 others like me or so the story goes.

300. Due to the fact that I was illegally seized at birth the likelihood that my daughters where is very high.

301. The only way I was able to discover these facts are through my penal experience, namely

302. Jefferson County Jail where the Sheriff's Office used the Jailhouse as a high tech torture chamber under the direction of unknown Department of Justice released this classified piece of information.

303. The leak of this classified information to several powerful record company and entertainment executives have made the plaintiff the center of a huge entertainment industry scheme to sell records and entertain the masses at the expense of the plaintiff.

304. My daughter Alyssa's treatment locations, and any other information in reference to her has been deliberately hidden from me. She has been illegally possessed by person's unknown to me.

305. The plaintiff's life has been deliberately engineered and in some cases match the lyrics to the records themselves. There is now a huge cover-up in the process.

## 4th Amendment Violation Invasion of Privacy Laptop

306. After being released from prison Plaintiff's brother sent him his old lap top and was told to replace the hard drive.

307. At this time the plaintiff was living in Watertown, NY and on Parole.

308. August, 2013 Plaintiff brought his laptop to Computer Doctors 104 Franklin St Watertown, NY.

309. Unbeknownst to the plaintiff and without his permission they placed a module in the laptop that allows the monitoring of his computer even while not on the computer.

310. Plaintiff is unable to take apart the Sony Vaio and has no real computer technician experience.

311. Plaintiff believes that this was done on orders of this company and the Police or ARMY.

312. Plaintiff purchased an ASUS laptop from Best Buy on 14th Street in NYC August of 2016.

313. 9-24-16 the plaintiff was typing this complaint on his laptop when something in the laptop on the left side began to vibrate.

314. Plaintiff opened up the laptop on 9/26/16 and took some pictures of the modem, and I was able to discern that the laptop was not new and that a special modification was made to the laptop in order to send information to the people orchestrating this against the plaintiff and illegally passing out his information to carry out this.

315. Please see exhibit, 4 pictures of inside the plaintiff's ASUS laptop.

316. The plaintiff has no other choice but to use this laptop as he is too poor to purchase another one.

317. Plaintiff believes that certain Best Buy employees orchestrated the purchase of the laptop as well as whoever is monitoring the plaintiff.

318. Plaintiff is stating that Best Buy is liable for their employees and selling used goods, not only that but they are liable for espionage and subversive activities as this is not the first product the plaintiff purchased from them that was modified.

319. In July, 2016 the plaintiff purchased an $850 dollar iPhone 6 S-plus 64 gb.

320. Plaintiff did so expecting the product to be new.

321. After the plaintiff noticed that the phone was behaving strangely like the screen blinking and the fact that the apple id was someone else's he decided to return the phone.

322. Plaintiff was within the 14-day return policy and traveled to the Best Buy located 529 5 ave, NYC.

323. The plaintiff received a hassle and was told that if the Apple Id was not cleared they would not take the phone back.

324. The plaintiff explained that it wasn't the plaintiff's apple id and he was not responsible.

325. Plaintiff was directed to go to an Apple Store and have it cleared.

326. Plaintiff traveled to Queens Center as he did not know that there was an Apple store in Grand Central.

327. Plaintiff waited for three hours.

328. An Apple Technician cleared the old id and said that an email was sent to my email account confirming.

329. I received no paperwork from the technician but they stated that they sent an email confirmation.

330. Plaintiff believes that there is a connection between the orchestrators and the orchestrators of this as I received no such email.

331. Plaintiff returned to the Best Buy store on Monday July 4th at opening to return the phone a second time.

332. Plaintiff spotted one of the females who worked at Crunch Staten Island around the corner in an SUV with a fat white man.

333. Plaintiff attempted to return the phone again and the apple id popped up again on the screen.

334. They would not allow the plaintiff to return the phone and directed the plaintiff to go to the Apple store in Grand Central to have the Apple Id cleared again.

335. The plaintiff waited until the Apple Store opened and explained the situation to a technician.

336. The technician cleared the Apple Id and I was given no receipt but was told that an email was sent to my account.

337. Again I received no email as the perpetrators of this do not want me to have any record of having that IPhone or they never wanted me to be able to have an IPhone as Apple does not recognize Eric Perez.

338. Again, something is going on as I was not treated as a normal customer.

339. Apple is responsible for the security on their phones and I noticed that when I created my apple id it just overwrote the old one.

340. Plaintiff returned to the Best Buy to return the phone and again was given a hard time.

341. After I threatened to sue they returned the phone.

342. There is definitely something amiss at Best Buy if their employees are part of this conspiracy and actively orchestrating as well.

343. I believe that these people are all related and work for an agency or terrorist groups that are in league with Immortal Technique and churches.

344. Plaintiff's return receipt is now missing, but I do have banking records to prove that I purchased the phone.

345. Plaintiff also purchased a Huwei Boost phone at this location and was assigned the number 212-658-1870.

346. I believe the same situation existed wit this phone and that it was illegally monitored and that number is some sort of special number.

347. Plaintiff also purchased a Samsung Galaxy SIII on Amazon from a company called Daily Sales last year and this phone as well came pre tapped and with special software on it.

348. Plaintiff needs time to look into his records and scan documents as many of the documents he needs have been stolen from his apartment.

349. Plaintiff believes that his upstairs neighbor has a direct link to his laptop as well and her children are in training as well as her, her husband also works for the people who are doing this.

350. Plaintiff's unwarranted invasion of privacy and surveillance is the key to what is going on and I am surrounded on all sides by the people whose sole means of living and oppressing me is engineering my environment and controlling the plaintiff.

## 4th Amendment Violations Unwarranted Invasion of Privacy

351. Since birth everything I have seen, heard or been exposed to has been carefully controlled by person's unknown to me.

352. Every residence I have resided in has been illegally electronically monitored.
In each residence my internet, phone, email accounts Facebook, Pandora account, and internet

353. activity was and is under the control of unknown law enforcement.

354. In each residence Unknown law enforcement has also installed hidden cameras, microphones, and special devices in the walls that allow the monitors of the devices to say things and make bangs on the joists and walls of the residences.

355. The electronic surveillance gathered on a daily basis was then deliberately broadcast within the entertainment of the local populous via internet radio, radio, television, in the local pubs; businesses and other places; especially in Watertown, NY. This electronic surveillance, i.e. telephone conversations were used in the preparation of this saga and the scenarios used in this.

356. Plaintiff's cell phone GPS data is illegally used by the 911 operation center and this data is also given to persons tracking the plaintiff from threat groups and foreign services deliberately without warrants in order so that these groups may trail him anywhere he goes.

357. These electronic intercepts to include video included Urgent Legal work and other private protected information.

358. My information has subsequently been used in hundreds perhaps thousands of hours of entertainment on the radio television and in the local bars and clubs.

359. My cell phones have specialized software on them that allows for tracking, bugging, GPS location, and the capability to change the lyrics to music I have on my phone. The GPS devices I have used on my cell phones and the devices I have purchased and used have also been under the deliberate control of unknown government factions.

360. Every single song that I have converted to an MP3 file from Youtube.com has been changed to suite the entertainment.

361. This same music was deliberately placed in the forefront of each of my searches in order for me to download.

362. The analysis of the music on my laptop will take months. I will need access to the official lyrics of each song on my lap top and then have to cross reference them with what I hear. This could take months with a staff. The possibility also exists that the lyrics are changed live due to the control of my lap top and the existence of the technology to do so.

363. There has been a back door and even a special chip implanted in my lap top in order to track what I do on my lap top and my internet activity. This allows certain defendants involved in this to make moves accordingly to counter whatever I do or think of also allowing the further engineering of the local populace against the defendant to include harassment, radio announcements, the changing of the song lyrics on the radio and television programming accordingly.

364. The years of unwarranted electronic and physical surveillance have been collected and used in the production of this saga which has been engineered and written; carried out deliberately and continuously by this company.

365. The saga was commissioned and paid for by persons under the color of law and subsequently carried out by the different departments of this company.

366. My Facebook, Email, Pandora accounts are under full control of unknown government authorities from the posts of people on my friends list to the posts of persons on the pages I have liked.

367.  The media on my Facebook account is deliberately manipulated to include persons who are suggested as friends; etc.

368. The manipulation of these accounts are used to change and manipulate the interactive engineered environment that I must endure on a daily basis. I will further describe this in the area labeled 'Coercive Population Control Program'.

369. Each automobile I have has had illegally placed GPS tracking devices along with other devices that allow full control of the electronics in the vehicles to include the gas gauges, headlights, tail lights, and listening devices. Each geographical area is controlled and orchestrated by unknown government entities. Each street; block; street light, and system, etc. are under the control of the government.

370. Each and every single place that I have been employed at since my release from prison has been monitored by a combination of hidden cameras and microphones from close remote locations.

371. September 7, 2013 I was hired as a Cook at Buffalo Wild Wings as a cook.

372. Microphones and hidden cameras were placed inside the restaurant located at 1290 Arsenal Street Watertown, NY 13601.

373. These microphones and cameras were monitored by unknown members of several law enforcement groups from the Holiday Inn Express and Hilton Garden Inn, which are both located a few yards away from Buffalo Wild Wings.

374. There were several employees within the restaurant who were and still are under the color of law.

375. The same harassment that I had experienced throughout this in Jail and Prison I experience at work on a daily basis. The customers carried on in the same orchestrated manner as the employees due to the rumors and instructions disseminated on the radio and television.

376.  I have almost 500 hours of recordings while I was at work in Buffalo Wild Wings. The pattern of harassment; being treated as anything but human; being singled out; and attempts to modify my behavior occur daily as they still do anywhere I am. I say modification of behavior due to the fact that I am kept out of the loop and not allowed to participate; so I am only allowed to react to the harassment hence my behavior influenced and modified by others.

377. The General Manager Matthew Barttleson has a close personal relationship with the Jefferson County District Attorney and who has actually hired on Jefferson County Narcotics Officers as employees in the past.

378. I was employed at Buffalo Wild Wings; Watertown, NY from September 7, 2013 to March 7, 2014.

 379. The point behind the surveillance was to perpetuate this ever evolving conspiracy to include using my voice recordings and appearances on camera as entertainment like the movie Truman Show with Jim Carey where he was trapped in a dome; every moment of his life captured on camera and every event in his life engineered by the architect.

380. The managers at Buffalo Wild Wings participated in the different scenarios and were aware of the harm that was supposed to come to me.

381. Each day at certain times I was put in certain predicaments where I was made to go outside at a certain time etc.

382. This continued the whole time I was there; the customers openly participated in this as well.

383. The restaurant industry is known as the rat industry due to the fact that the restaurants are used in the gathering of intelligence for law enforcement.

384. Several political figures to include prosecutors, judges, politicians, law enforcement, federal agents and others would frequent the establishment.

385. March 7, 2014 I was hired as a laborer for Protouch Contracting I have worked on 3 different work sites as of July 4, 2014: 2112 East Lake Loop Drive, 5102 Linbaugh Ave Tampa Bay, FL, 15621 Shoal Creek Pl, 1255 Pasadena Ave S. Each of the job sites I have worked on have been bugged and monitored by the SIU and other members of law enforcement due to the fact that I am the subject of this 'Coercive Population Control Program' where I am hunted and my death engineered by entertainers, law enforcement, and others unknown to me.

327. These accusations have little chance of being proven without the government investigation of itself.

328. The scenarios vary from drownings; murder then carving into pieces; placing my dead body into cement; suiciding; etc.

329. Plaintiff's first job with Protouch was at 2112 East Lake Loop Drive; this house happened to be located on a lake.  The inspiration for the drowning scenario that was supposed to take place at this location came from the song by Taylor Swift "I knew you were Trouble" where she says over and over again that you're drowning.

330. The years of my illegal and unwarranted electronic and physical surveillance has been used in the engineering of this saga and story line behind it.

331. The unwarranted surveillance to include the leak of my Court files is used on a daily basis in the entertainment of the local populace via the radio station and television broadcasts.

332. There are several persons under the color of law who have strong ties in the entertainment industry who work at these radio stations and television stations alike who use this information on a daily basis.

333. Plaintiff has over a thousand hours of recordings of the various radio stations and television broadcasts to include a recording of a radio personality speaking about my Family Court Appeal and other life events.

334. Everything I do on a daily basis to include anything I say or think is used to manipulate the local populace against the plaintiff on a daily basis.

335. The idea by the 24hr unwarranted tap on the plaintiff's cell phone was that his corporate fiction or strawman would be allowed opportunities to meet people, have sex, and participate in illegal activity.

336. As per the rules set to this game the plaintiff is not allowed to have sex, friends, participate in any of the alternate realities or receive any opportunities that would allow him to rise in society.

337. The illegal monitoring also allowed real time coverage of what the plaintiff was doing so that snitches who are illegally monitoring him can report to their handlers and agents on every move the plaintiff makes.

338. If one of the corporate fictions or snitches who have a position in this company saw something they didn't like they would be ordered to report immediately.

339. As per the rules the plaintiff is already dead & buried and is not to be acknowledged by any law enforcement or company involved in this.

340. The plaintiff was hired as a plumber's assistant by Chris Plumbing in August of 2014.

341. The plaintiff's duties included assisting plumbers on their residential calls, digging, and delivery of supplies.

342. Unbeknownst to the plaintiff Chris Plumbing was being used by DARE, Law Enforcement, and others as a base of operations.

343. Each of Chris' Plumbing Trucks, Toilet Trucks, and Pump trucks was bugged and wired after who I believed to be an agent was hired, what agency the plaintiff does not know.

344. Chris' Plumbing shared a plot of land with Gaffin Industrial Park where many trucks, trailers, and other equipment were parked and used.

345. Each one of the plaintiff's jobs was carefully orchestrated within this company.

346. The plaintiff's ex-wife was somehow located nearby in a Church Congregation and was used in operations while the plaintiff worked here.

347. Plaintiff was even scheduled several jobs near her house where she stayed with my biological child and her family.

348. The idea behind the plaintiff's jobs was that he was to be used in certain ways on each job, mostly as a pick or someone used as a distraction to get someone else out.

349. The Plaintiff was also supposed to be disposed of on several occasions on several jobs sites to include the Chris Plumbing Leach field where we disposed of sewage from the Pump trucks.

350. At several points when the plaintiff was working with Liam and Sean on the pump trucks he was supposed to be disposed of and several ICE officers under the Color of law even participated.

351. At each point the plaintiff was filmed by several different groups to include Jews from a synagogue in Tampa Bay who were monitoring white supremacists.

352. Each of these stops were carefully coordinated by different personnel in this company who were actively committing color of law violations.

353. A few months later the plaintiff was promoted to work for Chris Portable Toilets where his duties were the maintenance, delivery, and pick up of portable toilets.

354. Plaintiff trained on the Toilet trucks with several toilet truck drivers; Andre being the number one.

355. Plaintiff also repaired and maintained the portable toilets in the yard.

356. Plaintiff was responsible for cleaning out, delivery, and pick up of portable toilet units on his route.

357. Plaintiff's stops were also carefully coordinated on a daily basis.

358. The plaintiff was hunted in carefully choreographed scripts coordinated with Tampa radio station Deejays, Cops, and others in this company who hunted the plaintiff while at work.

359. The idea was that on certain deejays shows on the radio that when a certain song was played such as the Hanging Tree these radio station snitches would time my stops so that when I got there someone would be at the stop waiting to dispose, injure the plaintiff.

360. The same system Martin Luther King Jr. was singled out in and hunted to is being used presently to hunt and single out the plaintiff.

361. These skits and stops were set up on a daily basis and the perpetrators have traveled to New York City to continue this behavior.

362. This same practice was also done in the plaintiff's personal life.

363. The plaintiff has pictures and recordings of these events saved on his google account eric.perez849@gmail.com, eric.perez7676@gmail.com that he no longer has access to as several individuals to include someone with the codename u has blocked him from having access by hacking them.

364. These snitches who have access to his email addresses are using his evidence to receive promotions and gain leverage on each other, the idea is that the plaintiff is never to be recognized by any law enforcement, this is not happening to the plaintiff.

365. Plaintiff arrived at a toilet stop and several white supremacists had several people there and even a tarp, someone from the radio station was there as well and I saw the old man slip into a house around the corner.

366. Plaintiff asked the construction workers to move their equipment so that I could clean the toilet and they made me wait.

367. Plaintiff was called back to the job by Michael Hoffman who stated that the construction workers said I didn't even stop.

368. Plaintiff came back to the site and the workers were not there.

369. The plaintiff took pictures of the house and the yard.

370. On one particular day I was in the Chris Plumbing yard repairing toilets, 98.7 was playing on the radio and a truck pulled up in Griffin's Yard an inmate hopped out a truck with a box in his hand.

371. The Deejay was yelling something about having someone's head in a box.

372. The driver of the truck hopped out with the box in his hand and delivered it to someone.

373. Plaintiff also did see Michael Horty a former employee of Neustar Inc. drive into the Griffith's Yard after the other driver left.

374. Months later the plaintiff found out that the head in the box was supposed to be his and that the driver was an inmate receiving time off his sentence.

375. Plaintiff also observed Jason Sierra's mother recording the whole incident with a camcorder and recording the radio.

376. The idea is that the plaintiff is never to be acknowledged yet everyone else is able to use his abuse to receive some sort of compensation.

377. Several incidents played out like that during the course of the plaintiff's employment at Chris' Plumbing.

379. Plaintiff believes that NYS DOC Cadre was responsible for the above event.

380. Plaintiff was denied access to MacDill Airforce base while delivering toilets on one occasion and even received paperwork with reasons why.

381. The guards stated that the denial was due to the fact that I had a criminal record.

382. Other employees of Chris' Plumbing with criminal records were allowed access to the base as well.

383. This all has to do with the Program and what is going on, there is special language and illegal procedures used such as "Back on Base" and others that signify what the bases are used for.

384. Several hundred informants with criminal records are allowed on that base without incident to include several that I was incarcerated with that I will name in another section called persons of interest.

385. Plaintiff applied for a twic pass while working for Chris Plumbing so that the plaintiff would be allowed access to the Port of Tampa Bay.

386. Several employees of Chris Plumbing to include Liam Vernon and others received a Twic pass even though they had serious criminal offenses such as Drug Distribution on their rap sheet.

387. Plaintiff received his denial letter in June of 2015 stating that his criminal record banned him from Port Access.

388. Plaintiff believes that his denial of the Twic pass had nothing to do with his record and should not have his denial was to deny him the chance to go back using any of the Ports.

389. Several persons that the plaintiff was incarcerated with were given Twic Passes to include Money L and True.

390. Plaintiff's GPS App named Scout which he used to locate all of his stops was removed from his cell phone by a Chris Plumbing secretary named Lynn, due to the fact that the apps history stored on phone number 813-508-9687 contained the history of all the plaintiff's stops, and the plaintiff would be able to identify the addresses of each one of his set ups while at work.

391. Chris was instructed to limit the plaintiff's hours and wages under the instructions of persons who were monitoring his amscott account such as Jasmine Deleon, DARE. and others under the color of law, this was done in order to limit the plaintiff's income.

392. Plaintiff's unwarranted surveillance continues to this day, each of the plaintiff's apartments have been bugged and contain illegal cameras.

393. Plaintiff's neighbors and neighborhoods are engineered to include the plaintiff's present neighborhood and upstairs neighbor.

394. Plaintiff's phone calls, emails, Facebook, bank accounts, and internet traffic is illegally monitored to this day under false pretenses and for reasons of making opportunities for others in this company as well as for entertainment for iheart radio.

395. Plaintiff's information is being used by his corporate fictions and snitches to facilitate this conspiracy and program.

396. Email providers Google and Yahoo are allowing the illegal access to the plaintiff's email accounts even after notification that they are being monitored illegally not only by law enforcement but others.

397. Google and Yahoo have even migrated and tagged my phone number and name and have migrated my email to a special environment where the security functionality of the services is limited, such as ip addresses and log ins.

398. Plaintiff's email ruckfitnyc@gmail.com and eric.perez7676@gmail.com is illegally being monitored from Crunch West 83 Street in NYC and the Presbyterian Church of the Redeemers which is located right next door.

399. The same is true of the monitoring of his yahoo email and his social media accounts

400. The plaintiff's Facebook page is illegally being controlled by his corporate fictions, snitches by steering threat groups, spies and another undesirable to his page.

401. Plaintiff's visibility to certain sites such as Kickstarter are also limited.

402. Plaintiff's social media accounts such as Instagram, Twitter, and YouTube are also being limited as far as views and traffic in order to limit the plaintiff's success and exposure/

403. Plaintiff believe and can prove from these associations, affiliations, situations that he has been set up in to include Defy Ventures, and others that he is being sabotaged economically as well.

404. Limiting and censuring has affected his business as well as the illegal monitoring, false associations, engineered beef, defamation, and the premise of this program.

## 4th Amendment Violations Physical Surveillance

405. I have been under physical surveillance for 24hrs a day 7 days a week as part of this program.

406. Plaintiff is the key to this company's illegal surveillance and is some sort of captor of this company.

407. These units even have pictures of my children and there is a hip hop song that states "We have pictures of your kids".

408. This surveillance is carried out by a combination of law enforcement, confidential informants, hidden cameras, drones, airplanes, and other devices.

409. The Progressive Surveillance is commenced when I have left my residence.

410. This surveillance is conducted by several governmental groups, law enforcement, and threat groups to include gangs and foreign services.

411. This surveillance is orchestrated by these different groups within the state and federal agencies on a daily basis according to the schedule set forth by the initial written Saga and plan that was written at the inception of this.

412. Each group is given shelter in the form of houses and apartments, vehicle, gas cards, spending money, clothes, and other perks to make their lives and jobs as easy as possible while I am made to take mass transportation.

413. As part of this game I am not allowed to drive or outmaneuver anyone else participating and taking mass transportation also assures that the plaintiff can be easily attacked en route to any of his destinations and back home.

414. These different groups operate illegally and without any official direction in order to conduct their illegal operations.

415. At the center of this orchestration is my harassment, intimidation, and the perpetuation of my death by these different threat groups to me.

416. I am followed in order to make me look like I am a cop, for protection, to bait different groups, and as rat bate.

417. My life is continuously, deliberately, depravedly placed in high level of dangers to accomplish the illegitimate goals of several rich and powerful government officials; threat groups, and others who actively participate in this.

418. The entire purpose of this is to arrange and carry out my assassination by these different cops and other entities as I have been Bourned after the Bourne Supremacy Movie Series which means that I have been made a worldwide target of law enforcement and the Government of the United States.

419. Each day the different groups use me to gather intelligence about each other's moves in a high tech chess match between the different government factions and law enforcement groups which include numerous confidential informants.

420. The different groups, law enforcement and otherwise have lived in the buildings and communities I have resided in to include my current community in Wesley Chapel, FL.

421. These different groups are part of the DEA, SIU (Special Investigations Unit) which is composed of different Sheriff's Offices to include the Jefferson County Sheriff's Office; State Police Departments; NYS Department of Corrections; Florida Department of Corrections; NYC Police Department, Defense Intelligence Agency, Central Intelligence Agency, Federal Bureau of Investigations, Private Contractors, Military Criminal Investigation Department, Special Forces, Department of Homeland Security, Religious Organizations, NYC Police Department, Internal Affairs, Federal and State District Attorney Offices, hundreds if not thousands of confidential informants, and others unknown to me acting in conjunction with these groups in order to accomplish the illegitimate goals of the government and other groups which at times is nothing more than entertainment; training or other goals set forth on a daily basis.

422. These illegal unofficial customs and policies have allowed the government and the other threat groups total control of my, life, liberty, and pursuit of happiness which essentially adds up to the deliberately engineered hostile environment I am forced to live in on a daily basis.

423. These tactics are specifically designed to intimidate, harass, defame, illicit responses, and to make the subjects of this program mentally & physically sick in order to produce informants.

424. These Gestapo tactics are taught to law enforcement, governmental factions, confidential informants, inmates, children, and every participant in this.

425. Several unofficial policies and procedures have been engineered and fostered in order to make this possible: the illegal use of repossessed property such as houses; cars; money; businesses; and other property, these different groups are also allowed to stay in apartments & houses free of charge, use different vehicles, allowed to plant listening & other surveillance devices in vehicles & residences, allowed access to private information then deliberately release that information to the public and other law enforcement, I dare to say that a majority of the residences come pre-wired, the use of private detectives to gather information, the illegal gathering of information in order to manipulate the populous, using informants to harass me and spread contrived information about the plaintiffs, this includes radio station personalities; actors; singers; rappers; and other entertainment personnel

426. In order to make this a live interactive experience the SIU and other law enforcement agencies use specialized surveillance devices. These devices include two-way micro bugs which allow law enforcement to not only receive sound but are able to emit sound as well; specially made devices that are able to bang on the joists of the residents I have lived and each cell in jail and prison I have been in; have been installed as well. These devices are basically used to for signals, a line or script will be recited than the bang will sound. This is done to signify a correct statement.

427. The only person privy to the scenarios and the written saga on a daily basis are law enforcement and other persons that are voluntarily participating in this. The two-way micro bug allows the end users to make announcements based on the outcomes of the day's events; such as who snitched out on who or who was assaulted or what was uncovered throughout the day or just to entertain themselves by saying something inappropriate about my children; etc. These announcements are barely audible. The specialized devices that are capable of making bangs serve the same purpose.

428. I have been able to identify several deputies from the SIU down here in Tampa driving around the job sites I have worked on, my place of residence, etc. This is an ongoing orchestration by state and federal law enforcement.

429. I have over a hundred hours of recordings that I filmed using my Looxcie wearable camera which demonstrates my harassment in Watertown, NY through the orchestrated traffic patterns; the cat and mouse game law enforcement plays with my life, and plots on my life. These recordings range from walking to and from work and my everyday life. These recordings are all dated and have to be categorized and examined.

430. The undisputable fact that the SIU and other departments are unable to dispute are their budgets and shifts of personnel. These officers are not following leads on a case they are orchestrating each piece, group in the area, and criminal action on a daily basis. These are undisputable facts that the bean counters are unable to dispute. These officers switch houses children; vehicles etc. Some of them make upwards of a hundred thousand dollars a year for their participation in this.

431. Presently the plaintiff is under 24 hr. surveillance from 20 different surveillance points here in Staten Island, NY.

432. This surveillance is being conducted by several different groups that compose this company most of which is religion, iheart media, and the NYPD.

433. The surveillance is being conducted from the warehouse across the street 357 Targee St which has been labeled a black site, the mountains to the West which have several million dollar houses on them and have been used by Ms. Odell and other law enforcement, and the surrounding houses since the plaintiff lives directly across the street from a U shaped block.

434. There have been persons placed on the rooves of the plaintiff's house as well as on the roof of the house across the street on Wiederer St.

435. The house directly across the street had special camera equipment, the camera was able to be remotely controlled.

436. The majority of the properties in this are owned by the same people.

437. The surveillance is being done from all directions by different groups for their own reasons but each is participating in this scheme and program.

438. The physical surveillance has also been set up by construction crews a block away on Osgood Ave and from stores where the snitches escape.

439. This is a terrorist company practicing its craft there is no doubt about it.

440. The physical surveillance triggers a series of events after I leave my apartment.

441. Plaintiff is surveilled from his apartment then the bus or the train to the Staten Island Ferry. Announcements are made at the Staten Island Ferry Terminal that reference the plaintiff and what is going on, they make these announcements each time the plaintiff enters the Staten Island Terminal on the Manhattan or the Staten Island side.

442. Plaintiff is then followed and trailed to the 4 or 1 train stop where the surveillance is passed off to others who have instructions and work in pairs.

443. The surveillance in the subway is organized and orchestrated and they meet up in the train cars according to instructions, assignments, and locations.

444. The vicinity of several religious institutions, colleges, Federal and State offices is crucial to the orchestration and continued surveillance.

445. Plaintiff is always aware of the surveillance and always has people waiting at his destinations to carry on with the surveillance.

446. Plaintiff's surveillance continues at his place of employment, or any other destination to include working out at the local gym which is used as some sort of base.

447. Plaintiff's surveillance is used to train this company and carry on with the skits and instructions of various threat groups, radio stations, and shows.

448. Certain skits and instructions have been to scope the plaintiff in a sniper scope at different places and this is all carried out with the express knowledge and collusion of the NYPD.

449. Plaintiff's trips out of state namely trips to Washington DC are monitored as well.

450. Plaintiff's routes there and back are filled with surveillance and personnel moving in the opposite direction on their various missions.

451. It is no coincidence that the plaintiff has spotted the Kylie Shaw, Jenn Shaw, Ramone Acosta, True, staff from 21-10 Borden, and hundreds of others who have received checks for their participation in this.

452. Plaintiff has also spotted Sean, Michael, and Mrs. Hoffman in his neighborhood as well as Deputy Gaines, Deputy Odelle, Deputy Beutel, Anthony Thompson, Slim, R, Rez, NYS DOC guards, and other persons from Jefferson County in his neighborhood.

453. These events are not coincidence.

454. Plaintiff can think of no justification for these deputies, snitches, DOC, Chris Plumbing, his family members, and others to be anywhere near Staten Island.

455. Plaintiff has seen Deputy Coutrwright in the parking lot of the UFC gym in Staten Island, NY and Carlos Santana who is a retired NYPD officer.

456. Several of the Sheriff Deputies have multimillion dollar lawsuits against the Jefferson County Sheriff's Department.

457. Jefferson County is 330 miles away, and of course the department will state that it does not have to provide an explanation of its Deputies locations due to the secretiveness of its operations.

458. Plaintiff states that these operations are not secretive at all and are even announced on a daily and weekly basis.

459. If these cops, snitches, and others wanted to keep their locations and maneuvers secret they would not be working for television or radio shows.

460. Slim was able to land a spot with TMZ the television show and at the same time drive a NYC Transit Authority Bus.

461. Plaintiff states that these people are on pre-scripted assignments from this Hollywood/Law Enforcement rat company that only gives opportunities to their snitches, relatives, and people who do them favors.

462. Plaintiff has spotted Coss Marte and the rest of the ConBody trainers in his neighborhood, I have even seen them driving NYC DEP trucks as I have seen Liam Vernon.

463. Plaintiff has seen his ex-wife on 7 different occasions from Bay St to driving around the corner from his apartment.

464. Plaintiff also saw her husband Sgt. Acosta driving by the barbershop when he was getting a haircut.

465. Plaintiff has even seen my biological daughter Alyssa in the back seat of a Newport Cab on Bay St.

466. There is no explanation for this or why the plaintiff saw Sammy the Bull Gravano, Lisa Evers of Hot 97 and a NYS DOC guard at 44 Waverly St, Staten Island which is directly to the North West of the Plaintiff's apartment.

467. The plaintiff's apartment has been illegally entered on several occasions by the NYPD, snitches, and others participating in this.

468. After moving into his apartment the plaintiff purchased a Multi Lock unpick able lock set from SOS locksmith on 7th ave and West 27 St. in NYC.

469. There was a young man waiting with a woman in the locksmith shop when I arrived, these two people obviously were dispatched there by someone who was monitoring my telephone at the time.

470. I believe these two people to be working with MI5 and the NYPD.

471. Plaintiff purchased the lock and installed it on his door.

472. Almost immediately the plaintiff noticed things out of place and the fact that the person entering my apartment illegally with the copy of the key from SOS was leaving the door to my shower open as some sort of signal.

473. Also, as per a prewritten death skit someone entered my apartment to kill me while I was sleeping just to see if they could.

474. Months later I saw that same man from the SOS store in the front seat of an NYPD SUV on East 42st by Grand Central Station.

475. After this I have jammed several items under my door so that I will have time to defend myself. Subsequently and not coincidentally at the same time I changed my locks I was attending the American Academy of Personal Training on 14 St.

476. These events are all connected.

477. These people have stolen several items from my apartment, copies of my legal work, files, food, etc.

478. Plaintiff has not made a police report because it is various spies from Churches, the Police and others entering.

479. Plaintiff's landlord Mr. Spano works with the NYPD and my apartment was illegally bugged and camera'd before I moved in.

480. Plaintiff's upstairs neighbor Crystal Mathias is related to some of the orchestrators as well as my landlord Anthony Spano who works with the NYPD.

481. There is no explanation for why there is a black site right across the street from the plaintiff's apartment and why that site has a sign that says 9999999959 on it.

482. There is no explanation why I saw my mentor from Defy Ventures Jeff Tomzeck driving a NYPD Vehicle or why I saw the Fousey Tube guy in the front seat of an NYPD vehicle either.

483. Plaintiff has seen DJ Khaled, Immortal Technique, Vinny Paz, and other artists.

484. There is no explanation other than the strategy was to engineer the plaintiff's environment and place the people that disliked him most and were able to spread rumors and lies to the neighborhood in order to facilitate the plaintiff's death.

485. These tactics of controlling one's environment, room, and even people in the room are taught to every single cop and agent.

486. The explanation is Premeditated, engineered torture, and murder.

487. There is no coincidence to any of this this company has engineered my environment and uses its surveillance, my likeness, image, signature in order to orchestrate and carry out a huge scheme to get paid while defaming, harassing, intimidating, controlling the opportunities of the plaintiff economically, socially, and politically while oppressing him.

488. This company has also been paid from the supposed death and killing of the plaintiff yet nothing is being done.

## INTERNATIONAL INCIDENT

489. Plaintiff states for the record that he is not an agent for any foreign entity or threat group.

490. Plaintiff has never and will never be a confidential informant or snitch.

491. Plaintiff has never betrayed his country nor participated in any subversive or treasonous activity against the United States of America or any of its allies.

492. The following series of points is the plaintiff's own account of a series of events that were deliberately engineered by agents of this company and how these events have affected the plaintiff's life.

493. Plaintiff is in no way disrespecting the French Foreign Legion and believes that this force is still one of the hardest in the world.

494. As Plaintiff has previously stated he was Bourned, which is an illegal policy and custom of this company and other terrorist organizations where a person is targeted and tagged throughout the system by Federal, State, City authorities, private companies and foreign services.

495. Much like the Jason Bourne series of movies which I might add is about this same policy, which is to systematically hunt a person Jason Bourne.

496. In the movie series Jason Bourne is an actual assassin, in my case I am the victim of several deliberately maliciously concocted stories, stings, plots, and alternate realities as set by this company and then disseminated throughout the world through a series of Rat Dare networks, federal, state, and city authorities and then perpetuated by the radio stations.

497. The idea and concept is to make the world deliberately indifferent to a person situation in order to make the wrongs that were done to him acceptable and not only acceptable the policy and not only that but to make a profit while doing this.

498. This company even caused, sponsored, and orchestrated and international incident on three separate continents to fuel some ongoing scheme and imaginary battle between governments, this company, and private entities.

499. This orchestration was so well organized that this company carefully placed spies and informants in the French Foreign Legion and even wrote a website about its requirements and how to join.

500. March of 2015 the plaintiff decided to stop being a target and used by the snitches, cops, and radio stations and not to get hung up at one of his stops.

501. Plaintiff researched the French Foreign Legion where it was acceptable to have a criminal record, a bad reenlistment code, or be 38 years young.

502. Plaintiff believed that this was a good plan to disappear, receive a new name, and be done with the United States since the plaintiff was being hunted in the country he was born in.

503. Plaintiff purchased a ticket to Paris, France from Cheap O Air in March, 2015.

504. Plaintiff's internet traffic was directed to purchase a ticket from NY, JFK to Paris which passed through Moscow.

505. This was done deliberately to make the plaintiff look like a spy or some communist defector.

506. The plaintiff was unaware that he was being tracked by the radio stations still or that his problems would follow him to France.

507. The plaintiff drove the white caravan to NYC in the dead of night even though the plaintiff had left Florida this scam continued, people received a house, Xbox and other gifts that supposedly belonged to the plaintiff.

508. Plaintiff was hunted all the way up I-95 to NYC, using the same construction vehicle owned by the white supremacists and using the same signals and choreographing.

509. Plaintiff arrived in NYC spent a few days with my biological daughter and then flew out.

510. Plaintiff had no idea what was waiting from him once he arrived.

511. First traveling through Russia was like hell and it seemed like they wanted to kidnap me, it was like a whole other backwards world in the airport so I could imagine what it is like in the country.

512. Plaintiff arrived in France, but his passport was not stamped upon arrival due to the fact that the plan was to have the plaintiff kidnapped by Arabs.

513. The first wave of taxi drivers were Arabs and I figured that since my passport was not stamped France wanted no record of me having arrived in their country.

514. The plaintiff read this right away and waited.

515. The plaintiff saw a higher military and police presence at the airport.

516. Plaintiff did see a staged press conference of some sort in progress at the airport.

517. Plaintiff exchanged his remaining money for Euros and I did spot someone who I had seen in Tampa.

518. Plaintiff took a cab too Forte De'Nongette in Paris.

519. Plaintiff was there about ten days, let's just say the French Foreign Legion isn't anywhere near the Marine Corps as far as professionalism, cleanliness, or class.

520. This is not a diss just stating facts.

521. During the plaintiff's time at the Fort I noticed that the same way that the plaintiff was being used in the U.S. the plaintiff was being used here.

522. Plaintiff was determined to wait and stick it out even though I knew that this was another set up.

523. Plaintiff noticed NATO personnel present on the outskirts of the camp, and I noticed that these people were actually training people to do this instead of being professional soldiers.

524. Plaintiff worked working parties, the kitchen, and pt'd the whole time.

525. We set up huge tents for an event that would include top brass from the Legion and a special event.

526. Plaintiff met a few people he liked there.

527. During the Fair or Family day military exercises with the French Police were held at the Forte.

528. Plaintiff noticed Sheriff Deputy uniforms from the United States and was able to discern that they were practicing using a mock hostage situation with the SIU from Jefferson County.

529. They were even using a few Confidential Informants I believed to be Anthony Thompson and others who are working with the NYPD presently.

530. They were also using Damon Davenport in Paris France as I will describe in a later point.

531. The plaintiff also spotted Colonel Nelson my Brother's father in law.

532. Plaintiff was being used here as well which is interference with a NATO nation's military training.

533. Plaintiff also was also able to spot a few posters with pictures of American Special Forces training with the Legion.

534. This soldier was the one they codenamed U.

535. The plaintiff and his class were also shown a video of special forces training and the Arab recruit they centered it around who I later spotted on a Virgin Flight I took to San Francisco.

536. Plaintiff also saw that the skit and joint exercise was being filmed and that the commander was made to throw his hands up like he was giving up to the police units.

537. Plaintiff passed the PT test with flying colors and was shipped to Aubagne to continue training.

538. The environment here was more like a traditional military base with a full chow hall, barracks, and pt areas.

539. This was still bad for us new recruits as we were placed in a prison type yard with nothing but pull up bars and dirt.

540. Most of the recruits were concerned with smoking cigarettes, clicking up with people from their country, and wasting time.

541. Plaintiff volunteered for every working party and pt'd every day.

542. Plaintiff was able to observe a person taking pictures with a high power lens on the top of a sky crane in the town of Aubagne.

543. Plaintiff really started having doubts after being forced to take showers naked and the type of underwear that were issued to us there.

544. Plaintiff spotted Mariana Favor who is an ex-girlfriend from my high school years.

545. Upon entering the base at Aubagne the plaintiff spotted an SID cop that he had seen in Tampa, FL who lived across the street from Jason Sierra.

546. After seeing how gay they were and witnessing a man performing oral sex on another man while we were supposed to be sleeping was the straw that cracked the camel's back.

547. Plaintiff decided to quit the Legion and hopefully get lost with my comrade Brom whom I met in Paris.

548. Plaintiff thought we would split the cost of the trip and I would hang out in Europe for a few months.

549. Plaintiff didn't realize that I was being set up this whole time by this company who was engineered by Allies of this company that believed it was a good idea to leave me stranded in Harlan, Netherlands.

550. Harlan sounds a lot like Harlem, NYC where immortal technique is from.
Viper records and their terrorist friends are the engineers and orchestrators of this as well as other US entities such as the NSA.

551. On my little journey in Europe I spotted the following people: Damon Davenport, two CO's from Coxsackie one female who was in the Air Force reserves, Mariana Favor, Member of the SIU, Anthony Thompson and other Watertown Rats, Jim Yu from the United Way of America, Quina Page, and others I have no names for.

552. Plaintiff took the bus to Schiphol airport where I got in contact with my brother as I had no money for a plane ticket.

553. Plaintiff was targeted in the airport as waves of foreign services police and threat groups and others followed each other on que.

554. Plaintiff was targeted and used just as he was used here in the United States.

555. Plaintiff observed several of people he was in training with at the Legion at the airport.

556. Plaintiff decided to go to the US Embassy in Amsterdam to get in contact with my father and brother.

557. Plaintiff rang the doorbell at the US Embassy and identified myself as an American citizen.

558. Plaintiff was greeted by a DOS employee and two guards.

559. Plaintiff felt that they had already been notified of the situation.

560. Plaintiff gave the DOS employee my father's information and one of the guard's gave me a cup of coffee.

561. Plaintiff was given some lunch and directed to wait down the block for a DOS officer to come speak with him.

562. Plaintiff realized that the same orchestration was going on here as well and even saw a few familiar faces.

563. Plaintiff had been awake for nearly 72hrs at this point.

564. Plaintiff ate lunch and made contact with the DOS agent who directed him to take the train to the US Embassy in Amsterdam.

565. Plaintiff did so and realized that the global orchestration supposedly between assassins, hip hop, and others continued.

566. Plaintiff arrived at the Embassy after a short ride on the trolley where these supposed assassins were playing games with the plaintiff and one had a strangulation device disguised in his headphones.

567. Plaintiff entered the Embassy and cleared the metal detectors and scanners.

568. After the plaintiff's arrival another US citizen arrived and had questions about some warrants that he had in the US and was not arrested.

569. Plaintiff filled out the request form and filled out an affidavit about the reason that he was stuck in Europe and I wrote exactly what was going on with the plaintiff.

570. The Embassy provided the plaintiff with a free phone call to his father and brother who was kind enough to wire him money and a plane ticket.

571. Plaintiff was listening for signals on the Embassy guard's scanners and heard them playing around like there was some sort of attack on the embassy that there were people headed towards the embassy.

572. This only confirmed my original suspicions that these people were playing games with me.

573. Plaintiff also heard on the scanners the arrival of some agents and police from the US who were featured in the National Geographic Show on the Discovery Channel Drugs Inc., these same cops were in an episode about Seattle.

574. This particular female cop was very pretty and had blonde hair.

575. The Plaintiff was unaware at the moment but he would be kept up for the next three days in the Schiphol Airport deliberately.

576. The DOS guards had slipped a special chemical in my coffee that had a certain effect on my brain.

577. Plaintiff does not know the details of this and was only used as the test subject.

578. The Plaintiff was hunted throughout the airport and was able to witness that the announcements, music, and other things were a program.

579. On the big screen display board outside of the airport the plaintiff witnessed a line of code being typed and then the announcements ceased.

580. Plaintiff was kept up an additional 3 days in the airport as the orchestration continued.

581. Plaintiff was able to discern that

582. Plaintiff went to a hotel to catch some sleep and then back to the airport to catch his flight back to NYC.

583. Plaintiff observed many strange things while at the airport to include the fact that several agents that he spotted here he has seen in NYC.

584. Plaintiff was deliberately kept up for days and stranded at the airport as part of this.

585. Plaintiff did see Michael and Sean Houghman, Nicole Houghman former employee of United Way on the tarmac of Schiphol Airport driving in Go Carts.

586. They were given special access to the airport.

587. The plaintiff was routed back to Moscow via NYC.

588. Plaintiff arrived at JFK, NY without incident.

## DEFY VENTURES

589. Plaintiff found out about Defy Ventures from a friend by the name of Richard Space Jr. in the summer of 2014.

590. Plaintiff watched Catherine Hoke tell her story on YouTube and truly believed that it was an organization that could help the plaintiff in his future endeavors.

591. Plaintiff applied for a position at its Seattle satellite office and filled out a questionnaire of 21. After Plaintiff's arrival in JFK in May of 2015 I was totally homeless and broke.

592. Plaintiff was taken in by his sister and husband in the Bronx.

593. Plaintiff's sister was evicted from her apartment and I was forced to check into Bellevue Men's Shelter

594. Plaintiff was transferred from Bellevue Shelter to the Borden Ave Veteran's Shelter in Long Island City.

595. Plaintiff joined Defy Ventures filled out forms and met with the staff.

596. Plaintiff told them a condensed story of what was going on in my life.

597. Plaintiff signed a background check release form and gave them an initial down payment.

598. I was excited about learning how to start a business.

599. Here at Defy is where I began to find out what I was being used for.

600. Plaintiff was told about ConBody and Coss Marte and I took a few of his exercise classes.

601. Many of the Defy Staff took a trip to DC for some reason or other when I first started and I slowly found out that it was to involve other non-profits and authorities of my arrival and begin a huge orchestration of such.

602. Plaintiff passed all of the online course materials.

603. Plaintiff started to see that Defy was much more than a regular non-profit, it was like they were aware of everything I was doing at the time.

604. Plaintiff was also under 24hr surveillance while at the Borden Ave shelter and the same orchestration continued.

605. LIC was now being run by U and the rest of DARE and it seemed as if I was their target.

606. Plaintiff started hearing rumors that I was DARE and DOC's victim.

607. Each day at the shelter was like a day in prison, and I was being used in the same way to take attention off of what was really going on.

608. Plaintiff started to call the shelter the bum agency and started to notice them carry out skits like placing someone in the furnace and other things.

609. Plaintiff was assigned an original mentor and started working on an idea which was a workout backpack, due to the fact that I always had to carry my belongings with me in my backpack.

610. The backpack was the center of considerable controversy one it was an idea put into my head by my mentor Mike Salvaris.

611. There were several packs on the market such as Go Ruck which is a company of ex-special forces and veterans that hold military style events throughout the country.

612. On the Go Ruck site you can see a sketch of Karla-Jean from Jacksonville, FL who is a workout professional and some sort of agent/cop presently. You can also see references on the website about carrying all your stuff around in your backpack.

614. Plaintiff believes that the whole backpack idea was a plant from the beginning after seeing all the variables involved from Go Ruck, DOC Cadre, the shelter, DARE, religion, Defy, and Coss Marte.

615. Plaintiff was also censored at this point in the use of the internet on sites such as Kickstarter.

616. Plaintiff named his bag the hum pack and started a Kiva Campaign as well.

617. Plaintiff noticed that his environment and the people observing him to be more foreign at this point.

618. Plaintiff believes that all of this was done deliberately.

619. Plaintiff began creating his own exercise routine and took all of the online Defy Business courses.

620. Plaintiff began to see a common theme in the online business classes.

621. Plaintiff was being referred to in the third person and indirectly making inferences etc.

622. Several professors to include those from Harvard business school have made inference and comments about some company and also carried on this series of rumors and stories about the plaintiff.

623. Plaintiff had emailed Harvard Law Professors in reference his legal work and even emailed them a copy of a portion of his Civil Rights Law Suit.

624. In turn Harvard published a book called Thank for the Feedback the cover of the book makes obvious references to it and even contains a ruler with 9.2 inches.

625. Plaintiff noticed that at each Defy event he was being discouraged while other EITs were given praise and rewards.

626. Plaintiff also noticed that the orchestration skits and training centered around the plaintiff began to include the EITs here who as I have stated were being rewarded while he was not.

627. Plaintiff was supposedly supposed to receive a position, Apple lap top, and an I-phone he never received, but someone from MI (the British Intelligence Service) did instead.

628. Plaintiff also heard that I was supposedly at Fort Mead with Barry Kelham as well which I never was. Defy was providing my private info and business ideas to services & others.

629. As a condition of being in Defy's program the plaintiff had to look for gainful employment, even though the plaintiff was in school studying to become a personal trainer he was steered towards positions such as a cook and porter by Defy's employment directors.

630. Plaintiff also noticed that several of the staff were driving around with what looked like agents.

631. Plaintiff attended several events at the Church of the Redeemer on West 83 st and made the connection that Defy and religion and the government were the same thing.

632. Plaintiff began to notice signals about Catherine Hoke who we knew as CAT and the connection between the CAT program or the Convention Against Torture in the United Nations.

633. Plaintiff asked Catherine Hoke if she could write a letter to the US Supreme Court in reference to the obstruction of my motions to the court and she declined.

634. This only proved that this organization was supporting everyone else's goals but not mine.

635. Plaintiff was still able to become a personal trainer, gave a few good presentations about his business to judges, and received a few business skills for that I am grateful.

636. Plaintiff also spotted Candi Fiorello a Defy employee speaking to an agent at the US Open while I was working security there.

637. Plaintiff's second mentor Jeff Tomzack was not supportive and had his own agenda when it came to my new business, as I have stated before I have seen him in the front seat of a NYPD cop car.

638. Plaintiff spoke at Rikers Island about the EIT program and what it had done for me.

639. Plaintiff felt that Defy was using him and decided to dis enroll in May 2016 after the plaintiff pitched in the Capital Call Competition for Purple Belt in San Francisco.

640. Plaintiff had known all along that the Defy EITs to include Cat Hoke were training in his neighborhood in order to receive opportunities for their businesses, and many of the mentors such as Jeff are agents or reporting to persons under the color of law.

641. In my opinion this was not a regular non-profit, AND Catherine Hoke is running a scam or racket to receive opportunities for herself, snitches, and operating in conjunction with DOC, religion, and other groups in charge of this program.

642. Overall Defy taught me many things about business and I am grateful for the opportunity.

## OBSTRUCTION OF JUSTICE

643. Plaintiff's whole post-conviction effort and motions have been orchestrated by this company and persons who have been engineering this system against the plaintiff for an unknown number of years.

644. Plaintiff's obstruction started in Coxsackie while preparing to exhaust his NY state remedies before preparing his Federal Habeas Corpus.

645. DOC has hidden cameras in many of the cells in the SHU, cells, and the law library at Coxsackie.

646. The perpetrators of this use the inmates to entertain themselves.

647. Plaintiff was monitored in the Coxsackie Law Library.

648. The plaintiff asked the Chief Library Clerk Constance if he should file a motion to the NY State Court of Appeals before filing for his Habeas Corpus in US District Court N. District.

649. Constance advised the plaintiff to file the Habeas Corpus.

650. Plaintiff did so and it was accepted.

651. Plaintiff 's Habeas Corpus motion was over 100 pages handwritten.

652. Plaintiff came up with the legal theory of "Deliberately Engineered Hostile Environment as Cruel and Unusual Punishment".

653. At the moment the plaintiff came up with that idea it was as if a flash went off in the plaintiff's cell.

654. The plaintiff's Habeas was accepted and the Attorney General's office Maerov and I began exchanging motions.

655. Plaintiff was released in July 2013 and continued his work.

656. Plaintiff transferred his parole to Florida in March 2014.

657. Plaintiff's case was assigned to Judge Singleton of the 9th Circuit Alaska along with 10 other cases.

658. This was no coincidence as the orchestrators of this have been stationed or re-stationed at times in Alaska.

659. Plaintiff's Habeas is the only case out of the 10 cases the Court stated was reassigned to Judge Singleton of the 9th Cir.

660. Plaintiff has looked up the other 9 cases on the pacer system and has found that my case was the only one actually reassigned to Judge Singleton.

661. Plaintiff's theory about who has enslaved him and who is orchestrating this is correct.

662. Plaintiff also filed a Writ of Certiorari to the US Supreme Court in DC.

663. Plaintiff's motions never made it on 2 occasions so that plaintiff took the Chinatown bus and delivered his motions personally.

664. Plaintiff was then obstructed by DARE personnel in the Court namely Lawrence Redmond who would not accept the motions after the Chief Clerk stated the motions should be filed.

665. Please see exhibit 2, Supreme Court Package.

666. The motions will explain the obstruction of Justice, by the US Postal Service, Supreme Court, Fed Express and others.

667. Plaintiff is also experiencing obstruction due to the fact of the illegal monitoring, surveillance, and population manipulation towards the plaintiff in order to intimidate him.

## CONCEPT BEHIND THIS PROGRAM, SCHEME & PLAINTIFF'S ABUSE

668. The idea and concept behind this scheme, orchestration, and program is to create a multitude of situations that will allow persons under the color of law, inmates, scumbags, snitches, private, foreign services, law enforcement, Armed Forces, religious organizations, civil rights groups, radio & television, and corporations participating to engineer and create their own opportunities based around a storyline/saga built around deception lies and in my case the plaintiff's incarceration; oppression; homelessness; and impossible situation.

669. Another key concept is the assignment of roles to the persons involved such as snitches, cops, radio personalities, actors and the likes.

670. Mass manipulation of the population in order to orchestrate some sort of battle between sides, and someone named U is directing entertainment against him.

671. You will hear special language used, code names such as Me, He, U, is, that, etc.
These codenames or pronouns are used in the bible as well and language used in billboards, advertisements, commercials, and other forms of communication.

672. These signals are all signs of the times and are quite obvious.
There is also the policy and custom of multiplying these people who are assigned these codenames by assigning them snitches with authority.

673. This system is perpetuated through religion, Department of Defense, the government, and anywhere one may go.

674. Plaintiff's every move is matched and countered by this company as if his life was a game and it is legal to direct State and City offices and others against a person.

675. This system is so obvious that even a blind person may be able to decipher the codes.

676. Thousands of snitches are being used in this production/saga.

677. These snitches are from churches, jails, prisons, shelters, foreign services, radio, corporations, ARMY, and Agencies.

678. Each person is given lines and a role based upon this storyline/saga and engineered situation in order to grant them time off their sentences, opportunities for advancement, the right to have sex, for financial gains, or to stay relevant.

679. Rumor has it that over 38,000 snitches are being used in this.

680. The snitches that I have seen have included the one and only Sammy the Bull Gravano and just about every person I have been incarcerated with.

681. These inmates mostly the ones I have been incarcerated with receive opportunities of a lifetime working with law enforcement have their records cleared, and are even taken to gun ranges and assigned firearms.

682. Yes persons with multiple felonies who never done anything but sell drugs, rob, steal, and hurt people are given guns and work with law enforcement.

683. Depending on who they give up and what they can do they are placed on assignments.

684. To this present day this snitches are driving around my neighborhood giving orders, saying rehearsed lines, and working for various people.

685. All this is a scheme that was worked out with the Department of Justice, Religion, and Hollywood.

687. One of these movies is Suicide Squad where Loretta Lynch and other Officials who are actually in charge of this scheme have roles or characters that play them in the movie.

688. The idea behind the movie is to release the worst convicts in the world onto the street to fight and do good.

689. This is exactly what is happening on the street.

690. You have a bunch of snitch convicts working with this Hollywood Cop Company training around the plaintiff which is the commercialization part of my life.

691. You also have a bunch of rap crews causing nothing but problems and deliberately centering all their issues around the plaintiff so that I will never have peace.

692. The key to this whole program is to program the US population against someone even though this one person has been wronged to the fullest extent.

693. The key concept in question is known as terminal commercialization where you make someone in this case myself the subject or object for others to abuse.

694. This is accomplished by making someone into a game, releasing their information to the public namely radio station personalities, inmates, your tubers, and thousands of others who receive chances to advance themselves.

695. A storyline and rules are made and this company which is made up of Federal; State; and City offices as well as Hollywood targets the subject.

696. Due to the fact that regular people don't know any better the rest of society joins in and then it is established that this person's situation and the situation created for him is acceptable.

697. Basically, targeting the plaintiff violating him on a daily basis, control them, and try to attempt to have them murdered and then convince society that this person is the problem while never acknowledging him.

698. The object is to have as many people in his life involved directly in this so that he has nobody to count on this means that his family, friends, siblings, children, and anyone he had ever known is already following instructions from someone and may be involved in this program.

699. The world is programmed to been indifferent towards the plaintiff in order to accomplish this.

700. There is only one person that anybody supposedly cares about in reference to this plaintiff and that is someone the plaintiff has never ever met.

701. Commercialization is the key you hear them talking in real time on the radio, in the music, commercials, television, sporting events, and every other facet of life.

702. There is no logic applied to this, these people carry on and do this placing the maximum amount of their effort each day following some sort of storyline and instructions knowing that the rule is never to directly contact the plaintiff.

703. So all the maneuvering, scheming, and events orchestrated around the plaintiff is for other persons since the first rule is that the plaintiff is never to receive any opportunities in this and is never to receive a role.

704. This company has deliberately created a society of unofficial policies and customs that are contrary to any USC Code, Penal Code or International Treaty this country has signed in order to perpetuate this scheme.

705. This is done deliberately on a daily basis and costs tax payers millions of dollars and the betterment of society an even greater cost.

706. In essence the plaintiff is enslaved and all that matters are what someone can do for the people who have been given illegal jurisdiction over his life that he has never met.

707. These people are allowed to break the law to engineer the plaintiff's situations and life, in other words these people want me under their control, poor, and having no opportunities or social life.

708. The key to this commercialization is that the plaintiff is an object that is deliberately placed in danger and has been targeted by this company as someone to eliminate.

709. Plaintiff is someone to eliminate get rid of, maim and kill.

710. This is the opposite of what law enforcement is supposed to do which is to protect and serve.

711. Plaintiff is deliberately targeted while scum bags who may I add have put their own friends behind bars are rewarded, given positions, free gym memberships, spots on tv radio, and other opportunities while the plaintiff receives nothing.

712. Another key concept to this is that this company is supposed to be orchestrating this around the unknowing subject without them knowing.

713. The key is to have everyone in this company know who I am and how to act towards me.

714. These are the sad facts of the case and our society as a whole and I am not afraid to expose this for what it is everyone trying to get a chance to be some sort of government snitch or spy.

715. Even overweight, nasty, stupid, dirty, and unhealthy people are given opportunities over the plaintiff, and everyone I mean everyone is trained to say what are you talking about; I mean everyone.

716. They have in essence created a society where human experiments, civil rights violations, and any other type of violation against the plaintiff is acceptable.

717. Plaintiff's engineer is engineered with people who move in and out of properties like they are literally terrorists or criminals who can't stay in one place too long.

718. The pattern of the plaintiff's harassment all leads back to Jefferson County, DARE, Army, ICE, radio, religion, and other law enforcement.

719. These people are even trying to force the plaintiff out of his apartment I believe them to be Jehovah Witnesses.

720. These people are in total control of the plaintiff's neighborhood, his economic opportunities, identity, and even apartment as they are allowed to enter without my permission even though my lock is not pick able and I have not given anyone the key.

721. This company orchestrates issues and beef for the plaintiff so that I will never be at piece.

722. Plaintiff's family members have all been programmed to say and act like he is crazy, logically since they actively participate in this.

723. The Keys are: indifference, terminal commercialization, alternate realities, this Hollywood Cop Company, and you have the reason everything is wrong.

724. The plaintiff's life has even been engineered to suite real life situations, places, and locations of television shows.

## SYSTEMATIC MONITORING & TARGETING BY CRUNCH

725. Plaintiff was a customer of Crunch since moving to Staten Island being I am a personal trainer and an avid fitness enthusiast.

726. Plaintiff interviewed at Crunch Bowery and was offered a position as a trainer.

727. Plaintiff was called in for follow up interviews on separate occasions at the location in Chelsea and a location on West 83 st, NYC.

728. When plaintiff entered the location AT 83 st. the plaintiff was taken to the supervisor computer station where a trainer brought up the plaintiff's business email account ruckfitnyc@gmail.com.

729. Plaintiff did not comment to the trainer about this.

730. The trainer told the plaintiff that he was at the wrong location and that the interview was at the Chelsea location.

731. Plaintiff met with the manager and told them that I was waiting on Crunch human resources.

732. A few days later the plaintiff went to Crunch Staten Island to update his credit card information.

733. As soon as I updated my credit card information I received another email from Xiou from Crunch Fitness in reference to a follow up interview after I had already been turned down for the job due to my criminal history.

734. There is no explanation for Crunch employees to have access to my email or the fact that they were monitoring my credit card information.

735. All of the evidence points to the fact that Crunch was systematically tracking the plaintiff.

## REDIRECTION OF INTERNET BY STREAM

736. Plaintiff's internet traffic was being redirected by Stream Watertown.

737. Plaintiff has evidence and a screen shot of his Linked in account being redirected on his Sony Vaio.

738. Plaintiff was accessing his linked in account when he noticed that the URL string contained the words Stream in it.

739. Plaintiff believes that this whole conspiracy has been orchestrated by a combination of Jefferson County Authorities, the ARMY, and other departments acting in conjunction.

740. Plaintiff needs time to access and print the screen shot.

## CHILD ABUSE, EXPLOITATION & ENDANGERMENT OF MY CHIDREN

741. Plaintiff's children have been illegally monitored and subjected to the same program as the plaintiff.

742. Plaintiff's Family Court Decisions and criminal convictions have been a succession of illegally attained legal decisions in order to facilitate his separation of himself from his children.

743. Plaintiff's biological daughters are being illegally monitored as well.

744. Plaintiff's daughters have been deliberately abused and people have even written out sick perverted scenarios for them to be put through to include date rape.

767. Plaintiff immediately took steps to secure his belongings by locking them in his military duffel bag.

768. Plaintiff believes that the persons illegally entering his apartment had the keys to all of his locks he used to secure his belongings in his duffel bag as well.

769. These persons unknown to the plaintiff were interested in stealing the plaintiff's identity as well as using his information illegally as part of this scheme hatched against him.

770. Plaintiff believes that his identity is being illegally used by illegals and other persons to obtain identification, licenses, and even using his credentials such as personal training certification, DD214 and passport as part of some sort of scheme.

771. Plaintiff also believes that several persons with his identification have filed paperwork in court in various states such as corporate fictions and even marriage licenses.

772. Plaintiff believes that this is also being done as some sort of religious church act and alternate realities as they call them.

773. Plaintiff also believes that he is being impersonated by someone.

774. Plaintiff called a locksmith in Manhattan a named SOS locksmith located on 197 Avenue and asked if they carried the Multilock.

775. Plaintiff was told that they did carry the lock.

776. This lock requires a specially made key that is uncopiable.

777. Plaintiff arrived at the locksmith on 10/20/15 in the morning.

778. Plaintiff did not realize it at the time but his cell phone was being illegally monitored by person's unknown to him and they dispatched someone ahead of me to obtain a copy of the key to the lock before my arrival.

779. Upon my arrival I saw a young white man who was about 5'7" tall weighing around 150lbs.

780. He was accompanied by a petite white female around 5' tall weighing around 100lbs.

781. Plaintiff spoke with the man behind the counter and purchased the lock with the only two keys to the lock.

782. Plaintiff has a copy of the receipt which he is unable to print at the present moment.

783. Plaintiff paid 140 dollars for the lock and headed back to his apartment.

784. Plaintiff installed the lock on his door and felt that I was a little more secure.

785. Plaintiff saw the young man from the SOS Locksmith store on several other occasions to include at Blink Fitness Grand Central where I was a personal trainer June to September of 2016.

786. Plaintiff also saw the same young man from the locksmith store in the driver's seat of an NYPD suv on 5th ave outside of the NY Public Library on another occasion.

785. At the time the plaintiff was attending the American Academy of Personal training on 14th St in NYC.

786. Plaintiff also reported these events to the CCRB complaint number 201607494.

787. Plaintiff has received no response from this unit due to the fact that they are just as corrupt.

788. Plaintiff believes that these people are protected Federal informants due to the fact that Sammy the Bull Gravano and several other high ranking Mob Rats have been spotted by myself in this area namely at 44 Waverly Place.

789. Plaintiff believes that there is an active conspiracy to murder him by this company and the police as it has always been.

790. Plaintiff's abuse has become the societal norm and custom that has been not only encouraged but set up, allowed, and even trained by the NYPD in a sting operation that has been in progress since 1999 and the murder of my mother and faked death of my best friend Allen Hunt.

791. The same customs and polices of abuse for the plaintiff has become the normal for my children as well.

## BREAKING & ENTERING STORAGE UNIT

792. September 21, 2016 I purchased a storage unit 1409-3 at the All American Storage located at 330 Tompkins Ave in Staten Island which is only a few blocks from my apartment.

793. Immediately after I purchased the unit and placed the lock on it I went back to the front desk where there were 2 NYPD detectives with grey blazers on to signify that they were working with either the DOJ or the DIA since grey is the color that is used to signify those agencies.

794. Both of the detectives were standing with their backs turned towards storage entrance where I exited signifying that they were turning their back on myself and they were also talking to an older man.

795. They were also driving a grey unmarked vehicle.

796. Plaintiff believes that the detectives were and are presently illegally monitoring the plaintiff's internet and cell phone calls to the storage place as well.

797. Plaintiff believes that they are presently or want to illegally use the plaintiff for a sting operation in other words placing the plaintiff in danger or as bait to gather information and controlling situations to gather information and also further designating the plaintiff the target.

798. Plaintiff moved the majority of his belongings into the storage unit on the same day.

799. Plaintiff left for a brief holiday to Hawaii on Friday September 30, 2016.

800. Plaintiff returned Oct 3, 2016.

801. Plaintiff returned to the storage unit on 10-05-2016 and found that several items were missing from the storage unit and that the tape that the duct tape that the plaintiff sealed the bins that he used to transport his belongings were broken and no longer sealed.

802. Whoever had the keys to the locks that the plaintiff used to lock his duffel bag is the person who opened the storage unit and stole the items due to the fact that I also placed my locked duffel bag in the unit.

803. Several perishable items such as adobo, toilet paper, and others were missing.

804. Plaintiff returned to his apartment and realized that the frying pan and spatula that he had left on the stove for his return were now missing as well.

805. 10/5/2016 @ 9:45 am I called 911 and reported the breaking and entering.

806. I had finally had enough of being disrespected and toyed with.

807. Two uniformed NYPD women responded and I gave them specific information about my location and the dates of my vacation.

808. I also informed them of the fact that someone had the key to the unpicable lock that I had purchased from the SOS locksmith.

809. I also stated that I had not given anyone the key and that I showed them that I had placed screws in all of the windows so nobody could gain access that way and that I was under surveillance from several points in the neighborhood so that these people know when I am home.

810. All the woman had me do is sign the report and placed down that a frying pan was missing.

811. Plaintiff was told that the report would go on file.

812. The actual procedure for a breaking and entering is that a detective should contact the victim within 24-48 hrs.

813. Plaintiff believes that the report was never filed and if it was it went to whoever is in charge of censuring and denying the plaintiff any justice or recourse to what is being done to him in the name of carrying on this production of corruption.

814. This series of events is unequivocal evidence of the deliberate violations that are being perpetuated against the plaintiff in collusion with law enforcement authorities.

815. Plaintiff went food shopping on the same day only to find that the receipt that I had in my folder for the SOS locksmith was missing and so was the laundromat ticket that stated my name as this Test Subject.

816. The plaintiff has a scanned copy of this receipt as well.

817. Plaintiff is assuming that the keys were given to a day or a Mexican in the area to do someone's dirty work.

818. This is not stated out of racism just the fact that the laundromat attendant is Mexican and the fact that I believe they even let someone pretending to be me borrow my clothes for a weekend when I dropped them off to be washed.

819. Again, these events are all connected as well as the fact that all of these houses in the immediate area which I call rat and switch houses are all used by the same groups, churches, and cops.

820. Plaintiff also believes that these people are attempting to gather evidence or destroy evidence based on their own needs.

821. The items missing have been stolen as part of some sort of skit, mission, or necessity by someone or some group that is actively using the plaintiff in this scheme.

## POLICE HARASSMENT & ILLEGAL USE IN STING OPERATIONS

822. As I have stated in previous points I have seen several Jefferson County Deputies and their rats in this neighborhood as a matter of fact I have seen them right down the block from my apartment at 52 Waverly Place and in other houses around my neighborhood.

823. One of these deputies Ms. Odelle has a multimillion dollar lawsuit against Jefferson County. She is operating over 300 miles from her department as well as Deputy Gaines, Deputy Courtwright, Deputy Beutel, and others.

824. There is no reason for them to be in NYC other than their participation in a multimillion dollar scheme to coerce the populace and to assert their will on innocent civilian populations and to harass the plaintiff by inserting their snitches into his neighborhood.

825. There is no drug sting they could be effective in or any other law enforcement capacity other than being corrupt.

826. Plaintiff has spotted Carlos Santana in his neighborhood as well.

827. Carlos is a retired NYPD officer and some sort of church pastor.

828. Carlos has frequented 44 Waverly Place as well as Sammy the Bull Gravano and Lisa Evers of Hot 97.

829. Carlos owns his own construction business in Florida yet has direct access to my cell phone conversations and the power to redirect and cut into them as he feels fit.

830. Plaintiff has made a CCRB report that is being investigated at the moment.

831. There is no warrant or reason to listen in on the plaintiff's phone calls other than to perpetuate this corrupt program and scheme.

832. What is actually happening is that these cops, snitches, churches, radio stations, DARE are actually orchestrating some sort of huge act around the plaintiff that includes the orchestration of his death by using real time scenarios using his phone conversations, real life events, and just about any piece of information that can be collected and used.

833. It is actually these cops jobs to break the law and rip off the government while perpetuating this. Plaintiff withdrew 2500 dollars in cash from the Chase Bank located on Bay Blvd in Staten Island in September, 2016 and received 24 one hundred dollar bills in marked money.

834. The marks contained the symbol of the Pasco County Sheriff's Department, please see exhibit 5.

835. The plaintiff is being tracked even though he is not involved in any criminal activity.

836. Plaintiff believes that this was done in preparation for his trip to Hawaii that he planned from 9/30/16 to 10/2/16.

837. Plaintiff believes that this shows a pattern of systematic tracking and harassment from a combination of law enforcement entities.

838. The harassment also includes confidential informants and others who have access to the plaintiff's laptop driving by the plaintiff's apartment in cars that have been modified to sound like they are specially tuned to give audible signals.

839. Persons also drive by playing special soundtracks engineered to send updates and facts about what is going on in this conspiracy.

840. NYPD also drives down the streets adjacent to the plaintiff's apartment using their sirens to give signals and announcements.

841. The same groups with the same instructions are always surrounding the plaintiff, and the personnel being used are switched out.

842. Plaintiff was also surveilled, tracked, and harassed during his holiday to Hawaii 9/30/2016 – 10/2/2016.

843. Plaintiff's flights were all set up to include certain passengers on the trip their and back.

844. This has occurred on every single flight he has taken.

845. It is the same people who have direct access to his email and bank accounts who are engineering all of this.

846. Plaintiff was tagged and pointed out even in Hawaii.

847. Plaintiff stayed in the Waikiki Beach Resort Hostel on Lemon Rd.

848. Plaintiff's roommates were even arranged and on one night they even sent a terrorist into his room who said he had planned to bomb the Hostel.

849. The terrorist happened to be a scrawny Jewish man who says he was from Oakland.

850. Plaintiff told the man that I hoped he wasn't serious and that my allegiance was always going to be to my country.

851. From the internet and other commercialization and statements made to and around the plaintiff I have been able to discern that I am the target of a bombing and several skits have been played out to facilitate this.

852. They move people in and out of the houses in this neighborhood on a regular basis to engineer this environment.

853. Plaintiff also saw Julie Crowner, Coss Marte, PO Springer of Pasco County Parole, the VP of Defy Ventures, and several Cos from NYSDOC while in Hawaii stationed across the street from his hostel.

854. This is no coincidence nor is there an explaination.

## ILLEGAL USE OF IDENTIFICATION TLC

855. The same people responsible for the plaintiff's identity theft have used his identification to obtain a TLC license under his identity facilitated by TLC employees.

856. There is someone driving a taxi cab using the plaintiff's identification with the knowledge of the TLC.

## LIFELOCK

857. Plaintiff was a customer of Lifelock in 2013 and 2014 and in 2008 and was never notified of his identity theft.

858. Plaintiff has reported his identity theft to the FTC and has not heard anything from them.

## ILLEGAL CUSTIOMS & POLICIES

859. Allowing personnel who are not city employees to drive city vehicles.

860. The creation of an illegal system that contradicts Federal and State laws.
861. Allowing informants and others special access to the Staten Island Ferry.
862. NYPD training snitches and informants to use equipment to illegally gather citizens' data.
863. Allowing foreign services to target American citizens.
864. Allowing the use of confidential informants to target civilians.
865. Egregious violations of civil rights by this company.
866. Allowing non- Police personnel to operate NYPD vehicles.
867. Allowing non NYPD personnel to wear NYPD uniforms.
868. Collusion with Hollywood to circumvent the law.
869. Creating a hostile environment in civilian neighborhoods.
870. Orchestration of foreigners and confidential informants.
871. Conducting illegal and unsanctioned sting operations.
872. Allowing PD candidates DARE and others access to private and privileged information.
873. Allowing snitches and others who are US Postal workers to deliver mail and drive US Postal vehicles.
874. Teaching specialized classes to civilians and persons under the color of law to perpetuate this illegal system and target the plaintiff.

## RELIEF REQUESTED

A. Issue a declaratory stating that:

1. The plaintiff's life was deliberately destroyed by the architects of this conspiracy
. That the defendants have acted in violation of the United States Constitution.

B. Corrective Actions
1. Expunge the plaintiff's criminal record.
2. Clear the plaintiff of any wrongdoing.
3. Fix all the errors in any of his files.
4. Take away the Twic pass issued to another in his place.
5. Restore all of the plaintiff's civil rights.
6. Arrest, charge, and convict the people who are responsible for the human experimentation.
7. Arrest, charge, and convict the people responsible for the leak of his private & classified information.
8. Arrest, charge, and convict the people responsible for turning his life into a gimmick & game.
9. Arrest, charge, and convict the people who have created the device to turn the plaintiff blind.
10. Safe the plaintiff's children.
11. Arrest plaintiff's Ex-wife Cristina Acosta and several members of the Department of Corrections, the US Army, and the others who are responsible for conspiring against the plaintiff.
12. Secure the plaintiff's FBI file, Classified File X-file, and Rifle Marksmanship Book.
13. Stop the production of any music or media produced by SIDS and personnel on Fort Mead, or any music in reference to the plaintiff whether in the third person or not.
14. Full investigation of the illegal actions of the DEAs agents and the DOJ by the Inspector General's Office.
15. Full investigation of the known and unknown religious organization.
16. Full Investigation into the murder of my mother from 1999.
17. Full investigation into the plaintiff's mail issues and fraud.

C. Issue an injunction on any participating law enforcement agencies; private parties; and other spy agencies to:

1. Immediately stop the unwarranted invasion of privacy against him.

2. Immediately stop the harassment of the plaintiff.

3. Immediately stop releasing the information gathered through his unwarranted invasion of privacy to the radio stations; television producers; and other persons participating in this.

4. Immediately cease from controlling any electronic devices used by the plaintiff or others close to him.

5. Immediately remove all the listening devices in his current residence, the tracking device in the automobile he uses.

6. Immediately safeguard and prevent the hacking of any electronic system that the plaintiff uses to include the internet against any foreign service office or other threat towards the plaintiff.

7. Immediately stop the illegal activities of the local radio stations; satellite radio stations; internet radio; websites; television productions; entertainers; record companies; periodicals; telecommunications providers and others who actively participate and perpetuate this 'program' from using the likeness; information; the life story of; his children's' information & story in the entertainment distributed to the populace of the US and or the World.

8. Immediately stop the illegal activities of everyone involved in this against the plaintiff and his children.

D. Award Compensatory damages in the following amounts:

1. $38,000,000.00 million dollars from New York Hospital Cornell jointly and severely for the illegal seizure of the plaintiff's life by surgically implanting the device in him. 1 billion dollars for each year I have been alive.

2. $1,000,000 Department of Defense (Marines) (Army) (Navy) (Airforce) for allowing the release of his classified information , human experimentation, the engineering and use of a system that produces phantom pains and pin pricks to the plaintiff's body and the dissemination of to threat groups.

3. $ 1,000,000 dollars from Google and Yahoo for allowing the illegal monitoring of my email after being notified and the collusion with these people by taking away standard functionality.

4. $ 1,000,000 dollars Hadad's production company for operating seditiously under the cover of a movie company when in reality it is a front for law enforcement and this company.

5. $ 1,000,000 dollars from Apple.

6. $ 1,000,000 dollars from DARE.

7. $ 100,000 dollars from Defy for using the Plaintiff illegally in their scam.

8. $ 1,000,000 from iheart media.

9. $ 1,000,000 from Clear Channel.

10. $ 1,000,000 each from the Tampa Bay radio stations listed for their participation and orchestration of plaintiff's hunt and murder.

11. $ 100,000 from the owners of each of the houses listed for intimidation, harassments, breaking and entering, spying, illegal access of private and privileged information.

12. $ 200,000 from Chris Plumbing.

13. $ 100,000 from Lawrence Redmond for deliberately obstructing justice and interference with the legal process.

14. $ 50,000 from each of the unknown agents.

15 $ 50,0000 from defendants from Jefferson County Sheriff's Office.

16. $ 100,000 from Comm. Bill Bratton.

17. $ 10,000,000 from Creedmoor Hospital for implanting an illegal device in the plaintiff.

18. $ 100,000 from Dr. Emie for implanting the original device.

19. $ 1,000,000 from the Unknown defense contractor and agency who manufactured and deployed the device used to make the plaintiff blind.

20. $ 1,000,000 from Lifelock.

21.

E. Allow for the US Marshalls Service to serve the complaint on the defendants.

F. Allow the plaintiff 60 days to submit and find existing evidence on his laptops.

G. Allow the plaintiff to submit a second amended complaint. Within 60 days.

H. Plaintiff has already had a psychological evaluation in March 2015 and passed with flying colors. Please allow the plaintiff to take an MRI and a lie detector test.

   **WHEREFORE,** Eric Andrew Perez prays for judgment in his favor and damages in his favor against all defendants in an amount sufficient to compensate him for the pain and mental anguish suffered by him due to the deliberate indifference and intentional actions of the defendants, but in not less than $300,000,000, together with attorneys' fees, mail & postage, and other costs the plaintiff has incurred, and such additional relief as the Court may deem just and proper.


   Respectfully Submitted,

   *Eric Andrew Perez*

   Eric Andrew Perez

   PO BOX 40965
   Staten Island, NY 10304
   10-11-16
   917-385-9066

Paragraph in reference to defendants.

The tactics and goals of this company and the participants are practiced by terrorists worldwide. These tactics make it impossible for the plaintiff to decipher on his own who the defendants are. The people who deploy and train using these tactics of deception do not want to be caught or prosecuted, and have deliberately created this situation so that they may profit. The goal is to create a system where the rules of law don't and logic don't matter. How can the plaintiff know who is monitoring the plaintiff and using his information illegally without the assistance of law enforcement. Law enforcement does not and is not committed to the protection or well-being of its citizens and more concerned with how much overtime they can make from this act. The goal is to create a system where laws, logic, and facts no longer matter. The object is to create enough chaos so that the perpetuators of this can rob and pillage for as long as possible from this and get away.

## *PARAGRAPH ON DEFENDANTS*

The plaintiff is unable to discern exactly who is responsible for a majority of the violations due to the fact that he does not possess the electronic internet logs from Google, yahoo or his internet provider. The discovery of the defendants is going to require intense discovery and examination of electronic evidence to include the analysis of two laptops, thousands of electronic files, and regaining access to at least three google accounts.

The electronic discovery is going to require the analysis of hundreds of pages of call logs, social media accounts, location data, and software analysis. The discovery is going to require investigating the producers of music, media, art, and other forms of commercialization.

The system and the essence of spying is designed this way. These people do not want to be caught doing what they do and they are trained in how to cover their tracks. The discovery for this case involves events that transpired on three different continents.

Needless to state the discovery process is going to be intricate and dozens of defendants may be added or subtracted. The amount of corruption involved in this case is also a big factor. The strategy of the people orchestrating this program is to have as many collaborators/coconspirators, and this is going to be another factor that will make discovery difficult. I ask that the Court bear with me in this endeavor.

Persons of Interest that I have not added to the defendant list but may have information pertinent to this suit do to the fact that everyone around the plaintiff and just about everyone he has ever known has been involved.

Money L, True, Ray Slobodozian, Andrew Perez, William Perez, Melissa Perez, Defy Staff – Meghan Rickhoff, Candy Fiorello, Debbie Perez, James Otero, Monique Cologne, Deana Perez, Christina Perez, Fidel Martinez, Bullet, Jason Sitanggang, John Maldanado, Lisa Joa, Julian Joa, Terrel Rogers, Coss Marte, Shane Ennover, Richard Space, Kern Charles, Richard Bronson, Louis Kangonis, Aldo Cruz, Brandon Cruz, Kylie Shaw, Mr. Tingle, Jhanna  - Crunch, Cristina DeLeon Acosta, Felicity Rosado, Sgt. Acosta, Alyssa Perez, Anthony Thompson, Rez, Harlem, Tonya Kuzka, Nicole Houghman, Cristina Cintrone, American Academy Personal Training Owners and staff, Ms. Murphy, Becky Nelson, Blink Grand Central Staff, Terrel Rogers, Blink Staff Grand Central, Drew Garrabho and other Deejays, Jason Sierra, Mariana Favor, Warren Watkins, Martha Cardinas, Rachel Zawadski, Katrina Irrizarry, Tamara Diaz, Jeremy DeLeon, Shorty, ICL Staff, Coughlin AKA Tahoe, Agents codenamed U, Me, etc., Liam Vernon, Patrick Whalen, Mortan Katz.

Persons that the Plaintiff has been told was dead or has buried himself

1999 was the Paul bearer at the funeral Allen Hunt who was my lifelong friend, Plaintiff seen Allen Hunt on several occasions in NYC this past year and so have others.

Chris Katz who was reported killed, and now is working with authorities.

Plaintiff was told that Lenore Felix was died in 2013.

The locations, employments, and associations of these persons of interest to this case and the defendants proves that the plaintiff is correct. The defendants that I have seen in this

neighborhood to include my ex-wife and others also proves their involvement in this program and conspiracy. Each one of my family members have participated and been on this very block as well as the others.

Sincerely,

Eric A. Perez

# EXHIBIT 1

# EXHIBIT 1

Eric Andrew Perez
69 Prince St
Staten Island, NY 10304
PO BOX 40965
347-385-9066

    RE: This is my civil Rights Complaint, I am submitting this along with several exhibits to include my hard drive. The main body of exhibits from the lawsuit is going to contained in the file Called Federal Lawsuit Binder. I am also including my Writ of Certiorari to prove obstruction of Justice. I am going to send my Civil Rights Lawsuit as well as exhibits to DOJ DC as well as a printed version of this complaint. This is the third civil rights complaint I have filed since being released from Prison in August of 2013. The plaintiff's treatment in no way can be justified.

### Introduction

    I am writing this declaration in order to describe my utter and total restraint, misuse, deliberate civil rights violations, conspiracy to assault; maim; murder, false imprisonments, cruel & unusual punishment, torture, censorship, and use in the entertainment industry. Within this declaration I am going to describe an international Rat organization whose formation was totally illegal and for the purposes of the ruination of lives, to cause terrorism, and the destruction of the American way of life in order to make a few people millions of dollars. This organization was formed strictly to do this, and within this declaration I am going to describe exactly what this is.

    I am going to describe how I am being misused deliberately by this organization and how my life and the lives of my daughters have been ruined in the process. I am going to describe the Game that this company has made my life the illegal customs & policies and how this rat organization terrorizes whole communities while manipulating the environment to turn a profit. These are all facts that are easily provable and that have been engineered in conjunction with the NYPD and other agencies.

    This company's instructions are quite simple to oppress, torture, defame, harass, intimidate, inconvenience, incapacitate, and finally murder the plaintiff. The object and end game is to acquire as many participants as possible so that the facts and laws don't matter. Your date of birth, accomplishments, or any other facts won't matter. This company which consists of different law enforcement groups is a domestic terrorist and organized crime organization sole function is the oppression, subjugation, intimidation of anyone around it. This has been planned, organized, and engineered for over a hundred years. The system that I am being subject to is a system designed to circumvent any type of law that exists and to emplace a whole other system which terrorizes and destroys the American society. The society that has been emplaced is one of subjugation, illegality, restraint, and socially enforced disgusting policies & customs.

    As stated in several Federal & State Supreme Court cases an arrest and conviction is supposed to be based on Police Work. This system has been deliberately engineered, emplaced, and facilitated for the direct opposite. This system in place works off of various obvious sting operations run by this rat company. There is no police work, common sense, regulations, nor law followed. This system has been deliberately designed to enslave every man, woman, and child in this country. My area of Staten Island and other areas of New York City are proof of what is going on every single day.

    The premises of the system and its design can be seen in the movie the "Matrix", which lens proof to the fact that Hollywood was commissioned to engineer, emplace, and facilitate this illegal system of enslavement. The fact that I watched the movie with my best friend Allen Hunt who faked his

death in 1999 to become a Federal Agent is more proof that this system exists and is emplaced. Allen Hunt is alive and I have seen him on several occasions during this.

In the Matrix people's bodies are kept in cocoon like devices, and their brains are plugged into a computer generated society which emulates human society in the 2000's by machines. At several points in the movie Morpheus and others explained the Matrix; which is the system of control that governs every man, woman, and child in this Hollywood blockbuster. The first concept is the fact that everyone that you see believes that they are in the real world and will fight the freed ones to stay part of the system. When the outsiders such as NEO, Morpheus, and Trinity are discovered these regular people transform into agents to capture or kill them on site.

The next major concept or rule of this company was established in one of the earlier scenes of the movie when Thomas Anderson aka NEO was late to work. Mr. Anderson/NEO was disciplined by his supervisor who stated that, "Every person in this company is part of a whole." Then goes on to state, "That you will either be at your desk on time or you won't have a job." A normal naïve trusting person would listen to those lines and think that NEO was being reprimanded for being tardy to work.

The fact is that this company has invented its own language and one has to read between the lines to understand what is actually being stated to the millions of movie viewers. What the supervisor was saying to NEO was that every person in "This Company" is part of a Hole or "Prostitute". With this being said I ask why would anyone who works for their living want to be indirectly associated with someone as filthy as a prostitute. This is the first instance of the acknowledgement of the fact that this what I have coined "Snitch Company" exists.

The second admission of the founding and existence of this "Mitch/Snitch Company" was by Catherine Hoke the CEO & Founder of Defy Ventures within the filming of one of the entrepreneurship classes she has online. The next logical step in all of this is to explain what this "Snitch Company" is comprised of. In this instance the question is what isn't this "Snitch Company" comprised of?

From the plaintiff's knowledge the number one element of this Company seems to be media groups, radio stations, television shows, production studios such as Silver Cup & Hadaad's, religion, record labels, Non-Profits, Secret Societies such as the Skull & Bone; Masons, United Nations, Police, Government Agencies i.e. FBI; DOJ; ICE; DOC; BOP without whom being in collusion with none of this would be legal, State and City Agencies i.e. DMV; HPD; Staten Island Ferry, Foreign Services & governments, Colleges; namely professors & students looking to receive promotions, and the military i.e. contractors; Army; Navy; Marines; Coast Guard; NSA.

These entities namely the corporations have entered into secret illegal agreements with the government and law enforcement granting the use of its property, personnel, and assets to the United States Government its agencies and law enforcement personnel. This allows these agencies all access to every single office building, store, piece of property.

The radio stations are actually working with the DEA and other agencies to distract and disseminate information to the public in various areas in order to assist these shadow agencies to accomplish their illegal agendas and missions. The object is to commercialize every single man, woman, and child's life and spread this program to every corner of the globe even naval vessels.

Yes, most of your favorite radio station hosts, tv hosts and just about anyone who has a public presence works with this company and has sold their voice; likeness; and image to these devils in exchange for certain things; predominantly to obtain wealth and riches. These people do not care who they affect with their nonsense or care what is good for the common good and safety of citizens. Simply put this is a scheme by this company to create chaos, entertainment, stories, control the masses;

2

upward mobility of society, control opportunities afforded to certain individuals, control who has sex with who; when; and how, and to control every facet of your life to include when you can come outside.

These goals are accomplished with the full cooperation of law enforcement and agencies willingly and willfully. The object is to have a system that relies on no sense or enforcement of the law and to encourage a system of corruption, chaos, homelessness, lawlessness, terrorism, and create a society of fools. The object is to enslave people and have total control of someone just as if that person namely myself is still in prison.

The first step in all of this was to gather everyone's information: family history, tax history, salaries, lineage, genome, address history, criminal history, credit scores, purchasing history, and any other piece of data that can be gathered on a person. This data was provided illegally to foreign services, corporations, religious groups, fortune 500 companies, and other groups in this company who wish to exploit the masses. The population was then segmented into groups and it was determined who was worth whom, when, how, and why. The people were further divided into groups and classes and tagged as such in these databases.

These people were further segmented and tagged in these databases and further classes and tags were placed on them. Tags such as poor, ethnic groups, gay, gang affiliation, etc. These classes were then commercialized and further chaos was then created. They have tagged some men females and some straight men gays.

These architects as I call them do as they feel fit and have no regard to anyone or anything. They have even made it so that certain individuals don't exist to this company. In order for these classifications to be accepted society has to be inoculated and tricked into this illegal classification system. In order to accomplish this, they made people's lives, love lives, living situations, jobs, and every other situation you can think of into a game.

When people think of games they think of receiving rewards for winning. In this game there are only degrees of losing. Persons such as myself who are never to be accepted into any group in this snitch society run by this fascist Narc Company is not informed of the rules; classes; how to play the game; or any other facet of this. This in of itself accomplishes a different goal for this company and its members.

In order to understand this system of enslavement you have to understand the society in which we live and how things have transformed. The tactics of this company the police and the agencies running this have not changed but things have undoubtedly gotten worse for everyone.

The 80's and 90's were the drug crew, mafia, and gang years for NYC. There were actual meetings or cyphers held; crews wore beads & bandanas to represent who they were. These gangs had bylaws, norms, and played no games when it came to the street. The level of commercialization of the street and the gangs were minimal as this company had not infiltrated nor was even able to control things to this level.

Rats and confidential informants were the lowest form of human beings on the face of the planet. The actual strategy was to have the rats outnumber the gangs and criminals and the strategy was furthered so that the rats even outnumbered regular citizens. The goal was and always has been to control everything from prostitution, drugs, radio, tv, hip hop, and everything in between.

Now everything is the opposite Hip Hop, radio, gangs, inmates, and everything in between is manipulated and controlled by the government. What was not tolerated in the 80's and 90's is accepted and actually condoned now in 2016. This Program and Scam is actually the biggest use and misuse of confidential informants in the history of the United States.

3

I am going to explain what this is and how this came about and why I am never to be recognized nor let into this. This system and this scam is totally based on the threat of violence, death, violation, defamation, harassment, intimidation, oppression, torture, human experimentation, and the orchestration of things such as drug stings around this man. This conspiracy is over 20 years old and its onset has created the actual economy of any major city that I am a resident of creating opportunities for thousands of rats, dod personnel, and others while I am to receive nothing.

This society is broken down into races, parties, factions, rat teams, groups, radio & talk show groups, religion, and racially. Each group is controlled by the different factions in the government and each has rules on procreation, who receives employment opportunities. The one commonality that all these groups within this rat company have is that they have all been turned against them.

As I have stated on several occasions my life has been ruined by this company who wants nothing more than to keep me at bay or close in order to murder me when the time comes. Several hundred illegal customs and policies that govern this rat company and society at large. Each of them are used against me on a daily basis in order to oppress, defame, harass, intimidate, and torture the plaintiff on a daily basis.

This company's policy is that I be oppressed, tortured, intimidated, defamed, and made to feel unsafe on a daily basis. Its policy is also to manipulate the populace in each population and city against him. The idea is to actually have someone destroy your life; then not be able to have a voice or any recourse; then have the same people who ruined your life be in charge of your oppression, and finally to hold the victim who is myself responsible for it all even though he has never participated in nor was informed about the system.

The foregoing statement is absolutely true in my case and stays true for the ongoing corruption and scam that is being perpetuated by this company who is and has been illegally using him for well over 20 years. The plaintiff is going to explain the secret rules and regulations that have been established that amount to the torture of the plaintiff and his enslavement as per 18 USC § 2340.

Common Sense states that the people who tortured him and responsible have turned the entertainment industry against him and made him a gimmick. These are undisputable facts.

### Amendment Violations

### It has been established and stated that the plaintiff has no Constitutional Rights.

*First Amendment –* The first Amendment Violations of Censorship in media, Censorship online & the internet, Mail Violations, Censorship through redirection of phone calls, Redirection of Phone Calls, Not allowing phone Calls, Redirection of mail, Censorship of Mail, illegal seizure of mail, Destruction of Mail, illegally reading and copying of mail, illegally accessing Post Office Box, illegally giving post office box to threat groups & foreign services, Assigning of agents to Post Office to facilitate mail violations & cause issues, illegally allowing convicts & snitches access to Post Office Property & Vehicles, illegally allowing non-postal employees to deliver mail or not deliver mail. The above violations have occurred continuously and deliberately for years in this zip code. Since I have lived here have only become worse. These are well known tactics taught, perpetuated, and practiced by this company in order to subdue, oppress, and isolate a population. These violations are done deliberately and allowed by Federal Employees. The constant mail violations to myself on behalf of this rat company is simple. They coincide with the needs of Federal SID DARE agents in the Army who have been given all jurisdiction over my life like as if I were a slave. They coincide with a written saga of switches, moves, violations, torts, death

4

scenarios, trips, training, and other violations that have been cast upon my life without the plaintiff's permission; participation; or direct knowledge causing the plaintiff considerable inconvenience, harm, harassment, intimidation, censorship, and enslavement. These tactics of censorship are practiced and used against the plaintiff in order to keep him suppressed, oppressed, enslaved, and poor.

## Fourth Amendment Violations

Perhaps the worst violations that have been bestowed upon the plaintiff deliberately, constantly, and illegally without any warrant in order to make the plaintiff the focus of this program and engineer everything around him.

Illegal seizure of human life. The plaintiff

A story/saga was written with my whole family history. The plaintiff's illegal monitoring electronically and physically dating back over ten years has been used in the production of this by this rat company. All of my personal information was released to not inmates of Jefferson County Jail, NYS Department of Corrections, Hollywood, Terrorist groups, Radio Stations, Colleges such as NYU, and Media Groups such as FOX. This information included Top Secret information contained in my X-File. This information included my rifle marksmanship scores and even my marksmanship book that the plaintiff used at the rifle range, the information included information on the implants put in the plaintiff's body and their locations as well. The information included NYPD, FDNY, and DOS written test scores and the fact that I scored well enough to be hired at the DOS (Department of State) but was given a lower score deliberately so someone else could be given the job. This information also included the names of the SIU Cops who took the test on the same day in the same room in DC. These facts were known by a few, but became known by everyone upon the plaintiff's admittance into Riker's Island and Jefferson County Jail on separate occasions, meaning that this was done maliciously to have the plaintiff murdered in jail & prison and the same agents who released his information subsequently engineered several entertainment gimmicks to include the engineering of Hip Hop lyrics and turned his survival into a game for their own profit.

The plaintiff's daily unwarranted invasion of privacy is being done by a combination of snitches and agents who have no authority or official sanction from ant agency to do this to the plaintiff. These same people have also come up with several ways to allow persons such as students at Defy Ventures, College Students, Police, State, and City employees, and snitches to obtain promotions and opportunities to succeed while the plaintiff is kept oppressed and the object of insult and ridicule, and are being done presently on a daily basis no matter how hard the plaintiff fights against this.

The electronic monitoring includes his email, Facebook, Instagram, and any other social media account. Not only are these accounts monitored but unfriendly internet traffic to include cops and terrorists are steered towards his pages and accounts. The plaintiff's accounts are not only illegally monitored but the illegal monitoring is being allowed by Facebook & Google.

The regular functionality of his Gmail, yahoo, and other mail services has been taken away. The plaintiff has notified these services separately and the inaction of these companies only proves that they are helping the engineers of this against the plaintiff.

The snitches and agents not only monitor these accounts but have assumed control over them as well. By locking the plaintiff out of the accounts they are preventing discovery and a slew of other crimes to include identity theft.

The plaintiff's phone calls, gps information, email, and any other piece of electronic information are illegally being used to target the plaintiff on a daily basis. The plaintiff's gps information is used

illegally and he is stalked by police, religious groups, terrorists, radio, television, and other threat groups on a daily basis in order to intimidate and harass.

The plaintiff 's phone calls are illegally rerouted to special call centers. The plaintiff's internet traffic is also being rerouted and illegally monitored. The phone calls internet traffic and every other piece of electronic information used against the plaintiff is done to engineer the environment around him. Plaintiff's moves are deliberately countered by this rat company.

Even the plaintiff's file of associates has been used against him. Everyone that I have ever known or come across is now involved in this and has specific instructions for this and has been instructed not to help the plaintiff in any way to include his immediate family members.

The plaintiff's laptops have even illegally been bugged to perpetuate this from the very beginning. The plaintiff's apartment is illegally entered on a daily basis by confidential informants who I have not given permission to enter in order to gather information for the various people and groups involved in this, namely DARE, radio stations, agencies, and media groups who are all vying to be paid for their roles in this.

Various religious groups, foreign services, spies, confidential informants, law enforcement, and others are illegally monitoring the plaintiff and engineering his environment on a daily basis. The plaintiff is under 24 hr. surveillance by these groups and I have identified at least 20 separate surveillance points that the plaintiff is under surveillance from presently.

The plaintiff is singled out in every train station, every street, and every place that he goes. The plaintiff's cell phones come pre-tapped as well. This is all being done with the knowledge of the FBI and Department of Justice as well as the presidential candidates.

The plaintiff is being used as the subject of mass surveillance by various organizations to include religious organizations and terrorists in order to perpetuate this program and the illegal goals of several individuals of this terrorist rat company who has deliberately revealed classified information in order to engineer this.

The cell phone stores that I have obtained my cell phones from have provided the imzei number and have cloned my phones as well. This is being done with the knowledge of law enforcement and the cell phone carriers itself. Again, this is being done deliberately to the plaintiff with the knowledge and assistance of the NYPD and other agencies.

There have been bugs placed in the plaintiff's apartment without a warrant and the plaintiff has been monitored live and even been placed on the internet for civilians to watch. The plaintiff has been and is being used as a live wire for entertainment purposes as well. This is all being accomplished with the assistance and collusion of law enforcement and high ranking officials.

The media engineered and produced for this is placed on my YouTube as well.

There are manuals written on how to do this, and daily training operations that use the plaintiff.

These ae all well-known tactics of law enforcement, agencies, and foreign services who are then taught and disseminated. These tactics are used to make one paranoid, unstable, unpopular, and unwanted. This has all been deliberately done to the plaintiff and his children.

There is actually a surveillance van from an Arab Terrorist group CARE on the corner of Prince St and Wiederer Place as I write this.

As I have stated this is a training operation as well and since the US government wants to get rid of the plaintiff unleashing terrorists on him is a perfect.

6

## Sixth Amendment Violations

The plaintiff has experienced deliberate ineffectiveness of counsel in order to disenfranchise the plaintiff. The plaintiff had no criminal record before 2009. The plaintiff held a good paying job as a Salesforce.com Administrator before being entrapped by this company and its snitches in 2009. The deliberate ineffectiveness of counsel in all of my cases to include my mother's wrongful death lawsuit was engineered to ensure that the plaintiff would never be rich and successful. This was also done in order to make sure the plaintiff could never legally purchase a firearm and so that the plaintiff could be denied employment opportunities.

## Eighth Amendment Violations

The plaintiff has been subject to Cruel and Unusual punishment on behalf of this company that was ordered by Federal and State Official and officially amounts to torture 18 U.S. Code § 2340. This whole thing has been Federally orchestrated from the start and thousands if not hundreds of thousands of snitches have been used in the perpetuation of this.

The plaintiff has been tortured under the orders of these same officials in Rikers Island, Jefferson County Jail, and each day since being released since being used as the subject of this program. Federal officials who not only released all of the plaintiff's information to the entertainment industry in order to make the plaintiff's life a game of survival, but has engineered each environment the plaintiff has lived with hundreds if not thousands of snitches, assets, and personnel.

Simply put the plaintiff's death, threat of death, and imminent harm is being orchestrated by this rat company using all of the might of the City, State, and Federal offices to include courts being run by this Rat Company. The details of my torture have been written out in skits, scenarios, and carried out on a daily basis in mass in this environment all under the careful control of the NYPD and other agencies.

By making the plaintiff the object of this torture and then denying and acting deliberately indifferent this company is making millions of dollars. The details of the plaintiff's torture in Jefferson County Jail and afterwards are in his Federal Civil Rights Lawsuit.

There are Human Experiments that are being carried out on a daily basis as well to include the use of direct energy weaponry. They are using specialized equipment in adjoining houses to perpetuate this as well. This experiment is obvious and blatant, yet nothing is being done.

The experiments being conducted such as the slitting of wrists, chopping off limbs, cutting off fingers, surgery, poisoning, and others in order to facilitate pain to persons with the same implants amounts to torture.

The deliberate release of the location and use of these implants for entertainment purposes has been facilitated by this rat company as well. The fact is we all have some sort of dual reality. The plaintiff is somehow supposed to be in the Jungle of Brazil with some unit.

As part of this experiment a special APP and system were set up by the CIA, DEA, and other unknowns in order to simulate what feels like needle pricks and bites. These needle pricks and bites are supposed to be coming from dart and blow guns like those used by the indigenous natives of South America.

At times when I am walking or on the Staten Island Ferry or in Blink Fitness I have felt pin pricks on certain areas of my body to include my neck, arm, head, and shoulders. I have been on the train platform and experienced the same.

They have assigned people who are in some sort of units hunting persons such as myself with blow guns. As sad and ridiculous this sounds this is absolutely the truth. People who I know that have

participated are Terrel Rogers formally of Defy Ventures, Aixa and others at Blink Fitness, and several snitches on the Staten Island Ferry.

This is a game that has been engineered, funded, and perpetuated by these agencies. These are well known facts yet nothing is done to stop this.

One day with the plaintiff and it is painfully obvious what is being done.

### Thirteenth Amendment Slavery

All of this amounts to is slavery. The plaintiff's life has been illegally seized as part of this scheme and program that amounts to slavery. The people who are partaking in this program and the deliberate restraint of my life who are the ones who actually receive the rewards from this place the plaintiff in different states and treat me as an inanimate object.

These people actually make money, gather information, manipulate stings and the environment and illegal activity, control the sex trade, and use him in any way so they can operate in anonymity. All this amount of control over a person is a deliberate restraint of life, liberty, and pursuit of happiness and an illegal seizure of human life.

### The Rules are as Follows:

The subject which myself is never to be acknowledged nor recognized.

The subject is never to be directly contacted by any law enforcement or other participants such as the entertainers.

The subject is never to be informed of what is actually transpiring or what has transpired in reference to this game.

Someone has officially been assigned a Penis meaning that someone who is official has sexual intercourse with various people participants in the plaintiff's place.

The subject is never to have sex again with any of us or them.

The subject is never to be allowed to profit or receive any compensation to include a paycheck for this.

The subject is to be isolated and then pointed out in every single populace he lives to include jail and prison.

The subject is to be treated as if he has no civil rights whatsoever and is to be classified in the lowest class.

The subject is to be treated as a slave and an inanimate object with someone who he has never met who has jurisdiction over his life and abuse in order to turn a profit.

The subject is to be made to feel confused, worthless, afraid, intimidated, and alone at all times.

The subject is never to have another personal relationship with anyone.

The subject is to be kept isolated from the regular population and misused at all times.

The subject is to abused by the populace kept confused, non-informed, and misdirected.

The subject is never to participate in any of the alternate realities

The subject is to be kept as the target of this company controlled in every way, economically, socially, and every and any other way.

The subject is never to be acknowledged nor acknowledged by law enforcement.

The subject is to have persons impersonate him such as corporate fictions should at any time he be chosen or wanted by anyone in a higher class or better reality.

The subject is to be controlled and made to feel as if he still is in prison.

The subject is to be used in human experiments on a daily basis regardless of the laws.

The subject's information story of his oppression and everything else is to be disseminated without his wrongdoing being acknowledged.

The subject is never to be pressed or interviewed by members of the press.

The subject is to be kept surrounded by snitches and groups with express instructions on how to act toward him, what to do to him, and information to spread on a daily basis.

The subject's classified X file has been deliberately shared and disseminated to inmates, convicts, terrorists, foreign services, and civilians to create chaos and to assure this man never has any peace.

The subject's life has been deliberately terminally commercialized at the center of this scheme and the fact that human experimentation has been constant and that not only my classified information but millions of other service members has been exposed has been made a game.

The subject's classified information and millions of other persons who have the same implants within their bodies have been shared with scientists, contractors, and terrorists to create an App for the simulation of pin prick feelings throughout different spots on the body like people are shooting blow darts at us. This is due to the fact that our alternate reality is that we are in the jungles of Brazil in South America where a covert war is being fought against the third world. This is also something I have never been informed of.

The subject is to remain alone and isolated and his family turned against him as they are all

The subject is to be used for training and entertainment purposes.

The object is to engineer the subjects' environments home, work, socially, and every other way.

The subject is constantly illegally surveilled and surrounded by the same groups with the same instructions

The subject is to live in a constant state of fear and threat of violence and or death.

The subject is to live in an ever evolving state of entrapment.

The subject is not to procreate and his chances of ever to be able to have a relationship is to be diminished to the point that no one will want to be with him. As a matter of fact, that it has been established by Congress members and other high ranking officials that I never have two or a relationship again. Being that my ex-wife is as they call her the real one meaning that she is a member of the SID or official and has the last four of her social security number 2041 makes her so by this company's rules.

The subject is to be vilified at every point while my ex-wife who was made official was made a hero and used in various operations mainly the focus of religion.

These rules and directives were made to hide the truth about this subject's torture abuse and continuous violation in order to make money for those who are responsible with no recourse for the plaintiff.

The trick and beauty of this is to make the subject the one hated even though he is the one that has totally been the one tortured and victimized, and this is how they have actually turned this diss into an economy. If society was logical than the people would see this for what this is. I am never getting picked up, recruited, glorified, corrected or recognized by anyone, anything, government, agency, Police Department or person participating.

The response of the government is to deny all allegations of wrongdoing as usual. The truth is not what this government wants people to know

What is this? This is a deliberate scam. What this company did was write a script series of events to include movies, television shows, radio, hip hop music

There are several key concepts to this system that directly relate to the deliberate and intentional violation and death of the plaintiff. The whole system has been engineered against the plaintiff the following are the series of events that have transpired that make this a deliberate conspiracy against the plaintiff:

The foundation of the system was and is based on law enforcement concepts of control and restraint. In order to control and engineer an environment you have to control everything. The neighborhood is engineered with the people; surveillance; patrol; and other methods of control, the room is controlled; wired & surveilled, and even the people in the room are controlled. These are long standing concepts taught to Narcs and other law enforcement and these concepts are being used and abused on a daily basis in our society.

The founding and creation of this company was and is solely to scheme, scam, and create confusion making it a terrorist organization as per USC. The fact that NYPD employees, state, city, DOD, agents, entertainment groups, colleges, religions, and just about any other group you could imagine is involved makes this a concerted effort to commit domestic terrorism. The fact that the Police Department who is sworn to uphold the law is participating in skits and facilitating this program as it is known only compounds the fact that they are unprofessional, aberrant to the law unless it suits them, and became Cops to be corrupt. These officers are unsat physically, mentally, and serve only one purpose to serve the needs of themselves and the people orchestrating this program not the public.

Key Concepts behind what is being done to the Plaintiff

The plaintiff is to be used as an inanimate object and so low that he is nothing. Other persons who are confidential informants and other participants whom the plaintiff has never met have jurisdiction over the plaintiff.

The fact is that someone whom I have never met has claimed all jurisdiction over my life which is slavery. The problem is that this company has convinced everyone else to participate in and cooperate with these individuals. There is total deliberate collusion amongst the participants, especially the NYPD, Feds, DOJ, and other agencies. Hollywood and the entertainment industry is of course the number one cooperator in this. The various entertainment groups that I have sued in my last civil rights lawsuit are still continuing their harassment and as proof I offer the fact that mostly everyone who is around me or in my vicinity is under the direction of these groups.

The idea is to actually have someone destroy your life then have you not be able to have a voice have the same people who oppressed you killed your mother be in charge and then hold the victim responsible for things he has never participated in nor was informed about. This about sums it up doesn't it?? Making someone's life into a game in order to circumvent any type of laws.

The same doj and feds orchestrating this along with others for a number of years surrounding me with the same groups with the same instructions that I am not to be recognized made famous or receive any recommendation.

I have several fictional characters or strawmen that are official and receive money for this.

### USC Codes & Amendments in Violation

I state that every major USC Code and Amendment are being violated, ignored, and not enforced in order to facilitate, maintain, and continue this "Program" / "Scam" with no regard to the citizenry of this or any other state.

Amendments of the Constitution of the United States of America: I, II, IV, V, VI, VII, VIII, IX, XIII, XIV

Articles of the Universal Declaration of Human Rights: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 22, 23, 25, 26, 27, 28, 29, 30.

CAPTA



Interception and disclosure of wire, oral, or electronic communications prohibited - 18 U.S. Code § 2511

The Privacy Act of 1974, 5 USC § 552a

Defendants have committed Witness Tampering (18 U.S.C. 1512); Obstruction by Violence (18 U.S.C. 1512(a)); Auxiliary Offenses and Liability Obstruction by Intimidation, Threats, Persuasion, or Deception (18 U.S.C. 1512(b); Obstruction by Destruction of Evidence (18 U.S.C. 1512(c)); and Obstruction by Harassment (18 U.S.C. 1512(d)) against the Plaintiff and are thus liable under federal law which is actionable before a federal court.

Defendants engaged in Actual Fraud and Deceit against the Plaintiff as prohibited by 11 USC Section 523 and 18 U.S.C. 1349.

The Privacy Act of 1974, 5 USC § 552a Defendants have committed Witness Tampering (18 U.S.C. 1512); Obstruction by Violence (18 U.S.C. 1512(a)); Auxiliary Offenses and Liability Obstruction by Intimidation, Threats, Persuasion, or Deception (18 U.S.C. 1512(b); Obstruction by Destruction of Evidence (18 U.S.C. 1512(c)); and Obstruction by Harassment (18 U.S.C. 1512(d)) against the Plaintiff and are thus liable under federal law which is actionable before a federal court.

42 U.S.C.§ 1985. Conspiracy to interfere with United States Civil Rights

42 USC § 1981, 42 USC § 1982, 42 USC § 1985, 42 USC § 1986,

Privacy Act OF 1974

50 USC CHAPTER 23 § 783

Subversive Activities Act of 1950

RICO Act

Title VI of the Civil Rights Act of 1964

Executive Order 12250, 13160, 13166

Privacy Act

50 USC CHAPTER 23 § 783, 50 U.S.C. § 1881a(d)(2), USA Freedom Act

TITLE 18 PART I CHAPTER 37 § 793. Gathering, transmitting or losing information,

Deliberate misuse of confidential informants

Civil Rights Racketeering

18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information

18 USC § 1343, 18 USC § 1030, 18 USC § 1028A Federal Identity Theft,

18 U.S. Code § 242 - Deprivation of rights under color of law

25 CFR 11.404 - False imprisonment

18 U.S. Code § 1961

18 U.S.C. § 241. Conspiracy against rights,

18 U.S.C. § 373. Solicitation to commit a crime of violence,

18 U.S.C. § 1512. Tampering with a witness, victim, or an informant,

18 U.S.C. § 1513. Retaliating against a witness, victim, or an informant,

18 U.S.C. § 1692. Foreign mail as United States mail,

18 U.S.C. § 1801. Video voyeurism,

18 U.S.C. § 1812. Statement of exclusive means by which electronic surveillance and interception of

certain communications may be conducted,

18 U.S.C. § 241, 242

18 U.S.C. § 2422. Coercion and enticement, or are currently doing so;

Defendants have subjected the defendant myself and the public to electronic surveillance, in violation of 50 U.S.C. § 1809 and 1810, or are currently doing so;

Defendants are intercepting communications in violation of 18 U.S.C. § 2510 and 18 U.S.C. § 2511;

Defendants have committed 18 USC 213 -- Illegal Surreptitious entry or are currently doing

Defendants have transmitted Plaintiff and the public in violation of 18 U.S.C. § 2703, Required Disclosure of communications records, or are currently doing so;

Defendants have harassed and transmitted the public to stalk and harass the Plaintiff inclusive of electronically and tangibly, in violation of 18 U.S.C. § 2261: US Code - 2261A: Stalking

Defendants have violated the Administrative Procedures Act, 5 U.S.C. §§ 701 et seq., or are currently doing so;

Defendants have violated the constitutional principle of separation of powers, or are currently doing so; Defendants have Tortured Plaintiff and the public electronically in violation of 18 U.S.C. § 2340A, or currently doing so:

Defendants have Tortured Plaintiff and the public electronically in violation of 18 U.S.C. § 2422, or currently doing so:

Defendants have committed 18 USC 35 — Imparting or conveying false information or are currently

doing so;

Defendants have committed 18 USC 1117 — Conspiracy to Murder or are currently doing so;

United Nations Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or

Punishment, G.A. res. 39/46, annex, 39 U.N. GAOR Supp. (No. 51) at 197, U.N. Doc. A/39/51 (1984), entered into force June 26, 1987; Universal Declaration of Human Rights, G.A. res. 217A(III), U.N. Doc. A/810 at 71 (1948); International Convention on Civil and Political Rights, G.A.res. 2200A (XXI), 21 U.N. GAOR Supp. (No. 16) at 52, U.N. Doc. A/6316 (1966), 9.99 U.N.T.S. 171, entered into force Mar. 23, 1976.

18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees

18 U.S. Code § 1514 - Civil action to restrain harassment of a victim or witness

18 U.S. Code § 249 - Hate crime acts

The plaintiff is going to describe a series of events that have taken place in several jurisdictions of the United States and Europe that will support his claims

### *DECLARATION IN REFERENCE TO SEVERAL ONGOING CRIMINAL CONSPIRACIES USING ERIC PEREZ*

I, Eric Andrew Perez, declare and swear that the foregoing statement is true and correct.

1. I was born on June 27, 1976 in New York Hospital Cornell Eric Andrew Perez.

2. I was assigned social security number 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.

3. I have had no prior knowledge of the schemes and use of Eric Andrew Perez before obtaining a supreme understanding of the world.

4. I Eric Andrew Perez as I understand it was actually created to be at the center of this illegal system, and have been made the center of several schemes engineered by the Department of Justice, NSA, this Hollywood Cop company, and other criminal organizations.
5. I stress the fact that I have had no prior knowledge of this nor have I agreed to participate or be used in any way by any entity government of this government, the black government, private companies, or anybody for that matter.
6. My creators are unknown to me but have been known to some of the people I have called my friends and supposed family.
7. What has been done to me amounts to slavery and torture.
8. There has been a system emplaced that deliberately goes against the rule of law Federal, State, and any other logical way of living.
9. This organization is a terrorist organization operating in conjunction with all law enforcement within and outside of the United States of America.
10. The major production companies work with Federal and state authorities seditiously without any regards for the law, namely Hadaad's.
11. These same entities conduct human experiments on willing and in my case unwilling subjects.
12. There are organized crime elements involved and that actually govern this organization that has made my life impossible and has been thousands of persons' opportunities, paychecks, promotions, overtime, and way to infiltrate.
13. My oppression is the key to this organization and society.
14. I can prove this in one day and anytime I walk out of my apartment anywhere.
15. A story has been engineered concocted and perpetuated throughout thousands of religious organizations radio stations and other media outlets that refer to him being Eric and Her being my ex-wife. The ex-wife unbeknownst to the plaintiff has been an informant since I met her, I will say she used to be good. I am defamed, harassed, intimidated, vilified while she is given or perceived to be given power and seen as a victim.
16. The story was and is necessary to perpetuate this madness, different groups of people are transported to and from my neighborhood under the cover of various non-profits, religious orgs, fsos (foreign service organizations) and others in order to engineer the environment.
17. The idea from the beginning is the total control of a human being inside and outside.
18. Various radio stations affiliate and shows diss him in order to cover up the atrocities that have been carried out against him to include the implantation of devices into his body at certain times in his life, three to be exact.
19. His censorship, harassment, defamation, intimidation, and conspired murder has all been done deliberately at the hands of these groups to include record labels such as Viper who has access to classified documentation
20. As a matter of fact, they have a whole section of the Army that is responsible for funding hip hop as well as experiments.
21. The details of these atrocities carried out against this man are ongoing.
22. As a matter of fact, my life has been made to emulate a written plot.
23. These violations include Human experiments, torture, illegal convictions, murder, false imprisonment, terminal commercialization, defrauding of us govt, deliberate release of classified information, treason, sedition, defamation, deliberate depraved indifference, illegal use of my genetic information, unwarranted invasion of privacy, deliberate release of private and

13

privileged information, operating law enforcement under false pretenses to participate in organized crime and corruption, illegal possession of human life, slavery, conspiracy to murder, conspiracy to commit bank fraud, running and operating a coercive population control program, crimes against humanity, child abuse and the list goes on and on.

24. The system that many people don't realize exists really is the Matrix, the customs policies practices and everything that is ongoing today are in the movie.

25. This system exists only as enslavement but they have to make the enslavement without chains and whips so other ways have been devised. Ways that make it fun to be slaves so people believe that this is the way to live their life.

26. The actual plot against the plaintiff is factual and the people who have done this to him are undoubtedly still in power.

27. All this was written out in the album of several artists and yet nothing has been done.

28. It is a common practice that these people write out their lives to be able to become successful and it is only logical that there are people who are privileged and blessed to have these perfect lives. I have not been that fortunate and my life has been made into this hell by this company.

29. It is not only logical but intelligent to create not only the opportunities, but to control them through the life cycle.

30. What has been deliberately and continuously done to me, hence the destruction of my life, livelihood has been arranged by several high ranking officials using private companies and corruption.

31. These names are well known Federally Protected Witnesses and are all supposedly dead and buried.

32. These same officials and this company have deliberately engineered my life controlled what I have watched on television, my mother's death, my prison bid, every jail and person that I have been locked up with, my torture, the music & media used during my prison bid and every single moment after my release.

33. I have made the authorities aware of this and they have been aware from the start and their indifference only proves that the government and fso's (foreign services) are responsible from the start.

34. Billions of dollars have been made from my systematic abuse globally.

35. Doing this on a daily basis to the plaintiff is the job of several high ranking NYPD officials and others, who have earned millions of dollars in overtime, promotions, opportunities to work in radio television, other jobs, housing, money, opportunities for snitches, training, and just about anything else you could imagine all off my abuse and the indifference to it.

36. The first charge is human experimentation which as I have stated on several occasions I have not agreed to nor willingly cooperated with. Actually the harder these people make it for me the harder I have fought.

37. This seems to be a scheme to make money and gain control by several groups Religion, the police, and just about every other group. I will describe the religion part in depth as well as each other facet in later points.

38. The actual human experiment not only includes several classified programs spanning from MK Ultra behavioral modification to illegal devices implanted in millions of Americans and foreigners, all of which have been deliberately exploited by the engineers of this.

14

39. This is how old and antiquated this system is that these old CIA doctors, psychologists and others had to come up with new ways to buy into this.

40. The plaintiff has been forced to reverse engineer everything that has been deliberately perpetrated against him due to the fact that I am supposed to be some type of example or subject of this and never accepted by any group.

41. The first human surgical experiment that was conducted on the plaintiff was at birth, I have been mistaken and wrong about the purpose and am going to describe how things were reversed for the plaintiff and I ended up in this situation.

42. The first procedure was performed on the plaintiff at birth.

43. The two micro size devices were implanted in my wrists, I have later come to find out that these devices are being used to simulate phantom pains such as the severing of hands, fingers mainly trigger fingers, and the slitting of wrists.

44. The main device was implanted in my abdomen under the guise of a hernia operation. This device is basically something that allows the plaintiff to have extra sexual pleasure given the sex partner has the correct frequency.

45. Crazy as it sounds I have x-rays that I have taken at Northern Radiology slide 28-50.

46. I am not proclaiming to be an X-Ray Technician nor a Radiologist, but I am able to see an object in my abdomen, and another spanning from my right ear, down my throat to my heart.

47. There are several rappers who have lyrics about the fact that they'll rip out my vocal cords and use them as punching bags.

48. The Implantation of these devices have come at several different points in my life as the needs of this company expanded or should I say the greed and power of the Doctors and members of this company expanded.

49. As I understand it I was born official and as such it grants me certain privileges that are granted to other official members of this company that I don't have such as procreation rights or the right to have sex.

50. Each night great and impossible lengths are taken so that these members can procreate or have sex at times with multiple people.

51. Instead of having the plaintiff have opportunities other cooperate fictions, officials, and snitches are given these chances.

52. The events described within will only prove the fact that several decisions were made so that I would never be accepted into this society or by this government.

53. 1995 I joined the USMC a year after my best friend Allen Hunt who was part of the CERN program as I have discovered.

54. While in the process of recruitment the Gunny Perez of the Jamaica Marine Recruitment Office informed me that I was wanted for three homicides in Mexico.

55. I was never officially interviewed by NCIS and told them that there had to be a mistake as my name is Eric Andrew Perez not Eric Angel Perez.

56. These same recruiters also knew at the time that I was a member of the La Familia street gang as well as ICE due to the fact that they had several informants in the gang, Richard M. Space being the top informant and leader of the chapter unfortunately.

57. This was the time during this whole saga and storyline that I was associated with the radical Agent codenamed "He".

58. This was also the time that I was known for being a murderer and this has followed me up to this day.
59. The recruiter notified NCIS and Ice that I was a gang member as well.
60. This was around the time that the DOD and the government began to do this to the plaintiff as far as false associations, interference in my career, and behavioral modification.
61. The plaintiff passed boot camp Parris Island and MCT.
62. The Human Experimentation continued, during the inoculations two more devices were implanted deep within my shoulders and I only realized this recently when I began to feel phantom pain in my shoulders.
63. The RF signals and cellular technology needed to actually induce pain would not be available until the 21 century as this was known in the 50s, 60's and 70's when this torture system was engineered.
64. Due to the fact that I was open contract I was given a chance to obtain a higher swim qual for Force Reconnaissance.
65. I was only able to obtain a pizza box and the second highest swim qual, and this is when I first noticed the existence of this program.
66. I was given an extra difficult time in boot camp and told to talk to myself in the mirror and state "I will not talk you will not talk" over and over again.
67. In MCT is when Me and the SIU was involved in choosing my career in the Marines as well. This is when they wanted to send me to jump school for an MOS that involved jumping out of C-130s and dropping cargo.
68. My whole platoon in Bootcamp never received their dog tags and we never won any trophies.
69. I was assigned to MCCES, MCAGC 29 Stumps, CA for radar school.
70. Subsequently, I learned that I was under close scrutiny and behavioral modification from my platoon Sgt Ratchford.
71. I was slowly shunned and made to feel different.
72. After a couple months their I decided to chapter out not realizing the consequences of this decision.
73. While I was on 29 Palms I noticed that there were special seal units and Recon training there. This was the first time I was associated with the SEALS and where the leak of my X-file originated as I was assigned a Top Secret Clearance that I supposed my corporate fiction/official strawman is and was using.
74. I was assigned to the PAD platoon and sent to work with CPL Martin of the Alpha Office with First Sgt Lucas.
75. After stating that I wanted to leave the Corps they sent me to a Psych who misdiagnosed me with a Borderline Personality Disorder.
76. Col. Kurtz arrived at the General's Office Via helicopter and it was final I was to be discarded.
77. I signed a paper stating that I did not want a discharge review board.
78. After that I received a General OTH which I upgraded to a General Under Honorable Conditions with an RE-4.
79. Years later while at the United Way of America I wrote the Commandant of the Marine Corps for an RE-2 so that I could reenlist.
80. I never received any response.
81. After being discharged I went back to Lefrak City.



82. On the trip back to NYC via Grey Hound I started to notice how this orchestration worked.

83. Several Mexicans were arrested on the bus by ICE agents once we arrived in Las Vegas.

84. I arrived in NYC and back to the same neighborhood Lefrak City where I applied and received a job at the DEP Help Center.

85. As I have stated I never understood or directly understood what was being engineered against me at the time.

86. I was still living at 97-28 57 ave apt 6M Corona, NY 11368.

87. I never realized that each neighborhood was engineered a certain way and went through changes in crews, I thought things would be as they were in the 90's forever.

88. After a few months in the Help Center I was given a promotion to the Water Meter Department as a Water Use Inspector Trainee.

89. I didn't realize that the people giving me this opportunity were under the Color of law and under instruction of this Company.

90. The people I was working with were engineered then as they are now only I didn't realize it at the time only I wish I would have.

91. As time went on I was diagnosed with Bursitis and had to receive cortisone shots from a podiatrist named Dr. Friedman.

92. My knowledge of the body, kinesiology, and anatomy were limited.

93. I now realize that those shots that were placed in the soles of my feet and my Achilles heal contained other elements that would facilitate the shadow pains that I am now experiencing.

94. I also realize that the fact that I was working reading water meters served a second purpose.

95. My father was arrested in 1998 and charged with heroine distribution.

96. In 1999 my best friend Allen was killed in a car crash. I was a Paul bearer at his funeral and I really thought he was dead. I didn't realize that his death was faked by the DEA and FBI.

97. Knowing who Damon Davenport is now and that his aunt is a NARC and the fact that I saw Allen Hunt driving by the United Nations and on the Brooklyn Bridge.

98. It also makes sense due to the fact that even though I was his best friend I was never interviewed by Police and government investigators when he was applying for government and law enforcement I was never interviewed. His ex-girlfriend Amy Gonzalez was interviewed and has been involved in this conspiracy. Allen's name is also in the music of several rappers.

99. This is the first time I actually noticed that I was not ever to be acknowledged by this government.

100. I also realized that Warren Watkins and Damon Davenport knew that Allen was still alive and so did several other groups.

101. I now realize that I was so naïve to this and that all snitches and the DEA look to do is entrap and ruin people.

102. The one person that did not know Allen was still alive was his mother Valencia.

103. This was also the time I started to realize that there was a government level of gangs such as 59 which is the gay set of the Crips. So what the government did was 59'd the plaintiff meaning that they marked me a woman and gay which means that I am not to be with a woman. As stupid illogical and absolutely stupid this is it is absolutely true.

104. Soon after we buried Allen my mother was admitted into the hospital for Lupus Complications.

105. Soon after she was killed by her doctor in a procedure that involved taking a sample of her kidney.

106. My father and I tasked an independent Emie and the Katz law firm with the wrongful death lawsuit.

107. I later found out that Chris Katz faked his death to work with the FBI and this company after snitching.

108. They botched the wrongful death lawsuit of my mother due to the fact that I am to never ever receive payment from this scheme.

109. My mother was killed to save my father a lengthy prison sentence.

110. Unbeknownst to the plaintiff my relatives were talking to the FBI about my mother's death and the investigation was covered up.

111. This would have to mean that several over my relatives were interviewed by law enforcement, again I was never interviewed.

112. These facts are still being denied to this day.

113. After my best friend and mother died I went nuts so did many people in my family.

114. The plaintiff was naïve at the time and didn't realize that he was being targeted by this company and the same tactics were being used against him.

115. The plaintiff was using drugs at the time and was unable to maintain.

116. The plaintiff attempted suicide and made the NY News Papers.

117. After this everyone I had ever known to include my family were programmed to say that I was crazy or insane.

118. This company was given orders to incarcerate or kill me hence the permanent state of entrapment.

119. Subsequently after being transferred to the mental hospital NY Presbyterian I was sent to Creedmoor.

120. I signed my three-day letter and was released to outpatient care.

121. After a few weeks my ex-wife was directed to start a fight with me and I was sent back to inpatient where I was heavily sedated.

122. After I awoke I felt different.

123. It is a well-known fact that mental hospitals are places where human experiments are conducted.

124. I believe that this is when they actually implanted the bug in my body so that they could know what I was doing.

125. The bug spans to my right ear lobe and heart. There are hundreds of inner ear experiments in reference to schizophrenia.

126. I believe that these doctors use these devices which were made in the millions to keep people sick and crazy, also to link people with each other.

127. They are able to use me as a live wire and able to communicate with me telepathically.

128. There are several songs with the reference of mental telepathy and also several freestyles of CF Immortal Technique's associates about teleprompting thoughts on a screen from your head.

129. As I have stated in my federal civil rights lawsuit that my x-file was revealed to the entertainment world and producers who turned my life into a gimmick in conjunction with this

18

company 9:14 -CV- 1174 US District Court Northern District, which is the most corrupt court in the US.

130.     I am going to fast forward to my time at the United Way of America and my time with a real Spook Will Vargas and my introduction to the shadow world.

131.     As I have stated I here I experienced what this program was and the behavioral modification of always being wrong.

132.     This is also where the Ex-wife was employed by the Fairfax County Sheriff's Office.

133.     Here is where I believe she was made official and part of the Company and where the ex-wife was told to set the plaintiff up for the SIU and this company.

134.     I was arrested in the Bronx on 12-19-2009 when I was entrapped in a car accident and crashed into the Mercedes Benz SUV that is now parked down the block of the corner of Waverly and Wiederer Vin # 4jgab57e54a504200.



135.     Obviously, the vehicle was parked here deliberately.

136.     This company wants to put what they did to me in my face.

137.     I was illegally convicted and sentenced to 1 year on Rikers Island. My Court paperwork stated that I was a NO Target.

138.     While incarcerated I reconciled with the ex-wife.

139.     She reenlisted into the military.

140.     I stayed home with the kids

141.    I believe this is when the Army (U) and the rest of them schemed to have me arrested and sent to prison in Watertown Jefferson County Jail where the Jefferson County Sheriff's Office who has received the majority of overtime and assignments judging by where the deputies are assigned presently.

142.    The entrapment was obvious I was maliciously prosecuted and tortured.

143.    The whole jail was turned on me so the snitch inmates could receive time off their sentences from false pretenses.

144.    This is where Federal Official ordered the media, music, and the radio stations turned against the plaintiff and I was bourned.

145.    Judging from the injuries that I received and the techniques used there was something implanted in my right rib cage where Schneider broke my ribs and pepper sprayed me in order to asphyxiate me.

146.    This jail has no certificate to operate, no real classification system, and follows no official correctional law.

147.    On the contrary all of these Sheriff Deputies have received special training in Federal Facilities to perpetuate this program.

148.    All the details are contained in my federal lawsuit.

149.    Each step of my bid to include the facilities and inmates I was locked up with the facilities was arranged and engineered by this company.

150.    The ex-wife eloped to San Antonio which is the headquarters of Clear Channel.

151.    After the plaintiff was released the same continued my environment was arranged and several stings were manipulated around me.

152.    Each step of my post-conviction motions was also manipulated and arranged by this company.

153.    The unwarranted surveillance physical and electronic along with the commercialization of my life continued as soon as I was released. The whole town was turned against me.

154.    This saga and all the information for it was illegally obtained and given to writers who engineered my murder or assault as entertainment on a daily basis which has continued daily.

155.    I am under illegal surveillance to engineer this company against me on a daily basis.

156.    Each day I am surround by different religious, fitness, DARE, Police groups who actually due this for a living and receive opportunities to advance financially etc. While I am excluded.

157.    Each of these groups are set up so that persons under the color of law whether it be the United States or Foreign Services.

158.    Each day I am the focus of harassment from people are instructed to make up stories and always make him feel a certain way.

159.    Each location I have resided has been engineered.

160.    The idea is that I am still in a cell where I have no privacy so that my communications, images and private life are available to this company to use against me and in the scenarios.

161.    My neighbors and neighborhood have been engineered.

162.    My picture has been distributed to all law enforcement and placed on list serves and even distributed deliberately to terrorists and other threat groups.

163.    My actual oppression and eventual murder is used as entertainment and has become a national/ worldwide tradition.

20

164.     My picture has been distributed over 8 million times yet I have received no positive notoriety nor chances.

165.     No matter how many facts about my torture come to the surface these groups refuse to admit that they are wrong and will still never allow me to become successful.

166.     This company and its colleges and professors have actually found a way for their students to use him as research and gather information without actually speaking with him.

167.     My private information has been stolen by these same groups that surround me due to the fact that these people have obtained an illegal copy of my multi-lock key from the actual SOS Locksmith.

168.     They also have a copy to cut my throat or hang me up in my sleep as per the skits.

169.     While I was in Florida I worked for two companies.

170.     I worked for Chris Plumbing as a plumber's assistant where their base was used by law enforcement and DARE.

171.     Each day there were stops printed out and scenarios arranged. I was hunted on each of these stops in conjunction with the different agencies and cops working for the entertainment industry and radio stations such as 102.5, 98.7, 93.3, 94.1 Tampa.

172.     There were nooses hung up at my stops at times and hits arranged. I can recall one time where they had a tarp and everything ready to wrap me up in.

173.     I was hunted in the street knowingly and deliberately by law enforcement and in conjunction with the radio as was Martin Luther King Jr.

174.     The USF students and others also received opportunities for promotions as did snitches.

175.     There are further details in the lawsuit as well as recordings of the radio station shows.

176.     Scenarios were also arranged in my personal life as well all in conjunction with DARE and the SIU ME.

177.     These scenarios included being shot, kidnapped etc.

178.     This harassment has continued from Florida and there is a pattern as if they are coming up from Florida in Waves and in Ships.

179.     They even have waves of foreigners participating, training, and behaving the same way.

180.     Persons under the color of law deliberately participate in this deprivation of civil rights, color of law violations, hate crimes, and have illegally done this to me.

181.     They have even exploited my children and placed them in high levels of danger and have even arranged rape scenarios for my 18-year-old and child molestation for my younger daughter.

182.     My daughters have been used illegally the whole way, everywhere I have lived she has lived and even driven by(Ex-Wife) this is how I know religion is harassing.

183.     The foreigners and their services are in agreement and full cooperation with this program. They have agreed to never take me seriously or allow me to partake as well.

184.     This has affected my whole life.

185.     As I have stated this is a terrorist organization who operates only to ruin, oppress, and seditiously enslave populations.

186.     This is an international incident as this systematic targeting of the plaintiff continued in France by the SIU and other groups.

187. After coming back from France I was homeless and assigned to the ICL Borden Ave Veteran's Shelter where the black government and the different groups who commercialized my life continued.

188. May 2015 I joined Defy Ventures which is an organization that helps people with criminal records obtain businesses and business skills.

189. I learned the hard way that they were under the color of law and using me in their own little gimmick to promote dirt bag inmates.

190. I linked up with Coss Marte who introduced me into personal training.

191. The whole time I never realized that the bug in me was also going to be used to make me blind.

192. The day that Phora Sinner track debuted I was at the Crunch Gym in Staten Island and a beautiful girl walked in with a car key clicker.

193. She had a brief conversation with the front desk person and she actually pressed the clicker.

194. After this I saw a flash of light and became blinded.

195. I am assuming that she was with some sort of government religious group as most of these people are and I am assuming that the creation of this device used my X-file or that at some point this gov't and its agencies decided to be rid of Eric Perez and make it as torturous as possible.

196. Judging from the hard time I have had in the personal training business and the fact that employees of Crunch at times have my access to my email with the knowledge of this gov't and Google means that this gov't is in full compliance with this abuse.

197. On a date in July I went on a follow up interview with Crunch and the person their actually went into an email that was Ruckfitnyc@gamail.com.

198. This same Crunch gym happens to be located right directly next door to the Church of the Redeemer where Defy has events.

199. I don't find this coincidental.

200. Each of the groups involved in this are using me to obtain dirt on the other in this, the Jews against White Supremacy and everyone against the plaintiff.

201. The Song Phora Sinner mentions blindness the reverend and others and has actually been in Staten Island as well as everyone else participating in this.

202. I am assuming that a military contractor or foreign agency constructed the device and this device was passed around to the different participants who have been trained to hunt the plaintiff mostly South American and others.

203. At one point I believe Coss had this device.

204. I met a woman at Coss' fundraiser who was a contractor for Navy Seals.

205. Logically 2+2=4.

206. At one point after I updated my credit card info with Crunch I received an email asking me to come in for a follow up interview after I had been refused employment.

207. I am being spied on right now by my upstairs neighbor and the surrounding Houses most of which I have named Rat houses.

208. These same people have developed a scheme where these people to include Defy come through this block on missions and assignments while excluding the plaintiff.

209. The premise of this scheme is to use the plaintiff without acknowledging his abuse.

210. These people are for prison reform yet won't assist the plaintiff its simply logic.

211. They are part of this company who targets the plaintiff in his own company.

212. The people at Crunch are cooperating with this and I am singled out and under live surveillance each time I attend.

213. I have received no help from anyone anywhere.

214. My family participates as well and I have been by myself for over 5 years by design and under the oppression of the Cops and this company.

215. I am surrounded and they use this fact for their own benefit every day.

216. My obstruction of Justice in the Supreme Court has also been orchestrated by this company.

217. Needless to say after receiving the email from Crunch I am no longer able to access my email eric.perez76@gmail.com.

218. I no longer have access to eperez849@gmail.com or freedomfore@gmail.com.

219. My internet traffic to include apps is, sites, and Facebook is segmented away from others.

220. Internet traffic that is steered towards my Facebook is negative, perverted, engineered, and deliberate.

221. My computers are illegally monitored and one even has a special device in it.

222. I am under 24 hr. surveillance by different groups.

223. There are Foreign Services their agents and snitches targeting myself and others in our own country knowingly and in collusion with this government.

224. I am being excluded from becoming successful or meeting anyone in the fitness industry who can help.

225. I am being targeted by terrorist, fascists, bigots, and even black people every day.

226. The radio broadcasts in NYC are now corresponding with the movements made by this company and they all are against the plaintiff.

227. My civil rights complaints and subsequent motions have been interfered with and not submitted to the Department of Justice.

228. These groups and this company have made a living off of my deliberate deprivation of rights for well over ten years.

229. I am harassed and blamed daily for things I know nothing of deliberately and knowingly by law enforcement and this company.

230. I have made all of the appropriate notifications and have been ignored simply to get rid of me and continue this scheme.

231. This government is sponsoring this.

232. I will take Any test or series of test to include mental evaluation, lie detectors, and personality tests.

233. This was done deliberately to create an environment that would be impossible to live in for me anywhere in the world.

234. The unwarranted surveillance allows for constant adjustment, maneuvering and lying on behalf of this terrorist organization.

235. There are illegal human experiments being carried out directed by federal officers at St. Vincent's in Staten Island.

236. The plaintiff's cell phone calls are being redirected.

237. The plaintiff's bank account is being illegally monitored.

238. The plaintiff's identity has been stolen to give to snitches who are being paid.

239. The plaintiff is in the fight for his own life and the lives of his children and not being allowed to help himself as part of the rules and in order to make people money.

240. I am not in agreement of having someone I never met strawman in charge of my life.

241. I am not in agreement with anything that has been done to myself or my children.

242. These people to include religion are trained terrorists and deliberately sent and manipulated to harass and intimidate me.

243. There is an email server set up by this company and a possible app that sends a signal to rf signal to our bodies that simulates pin pricks, bites, and stabbing feelings. This is known by the gov't and has been set up by persons working for this gov't and in collusion with terrorist and threat groups as part of this game.

244. I do not condone this at all and would like these traitors, scammers targeted and arrested and my name cleared.

245. There is a religious scheme attached to this as well as the churches always surround and harass me.

246. Each one of my cell phones has come with spyware on the phones I have had three different phone numbers 212-658-1187, 813-508-9687, 315-869, 347-385-9066.

247. I am illegally being monitored, my gps location included for the perpetuation of this game that I want no part of.

248. I am under deliberate restraint 24hrs a day seven days a week as if I were in prison. The snitches drive by my apartment with announcements yet never speak to me.

249. There are several thousand snitches participating and receiving roles and false opportunities off of this.

250. I have seen almost every single person that I have been incarcerated with.

251. There have been several high profile celebrity snitches used in this area to include Sammy the bull Gravano, The Crow Carramundi, and King Tone.

252. I am being surrounded deliberately.

253. No DOJ rules or protocols are followed and I am walked around and take mass transit in order to make it easier to harass, intimidate, assault, and eventually kill while the rats are treated with cars and houses.

254. There is a black site across the street from my apartment at 357 Targee St, SI

255. My mailing address is PO BOX 40965 Staten Island, NY 10304.

256. I am kept under constant pressure through illegal means deliberately 24x7 using these techniques.

257. My apt is illegally bugged.

258. I am illegally being used in an experiment and being tortured for other peoples' benefits and then being ignored.

259. The populace has been trained not to like nor accept me.

260. The media groups involved is wpix, my9, Fox, CNN, CNBC, Clear Channel.

261. I am given no privacy deliberately to do this.

262. My apt has been entered illegally to correspond with parts, skits, and to check out what I have for when I place in storage or die.

263. I live in a constant state of entrapment.

24

264.     I demand to be moved and protected from these terrorists and all activity pertaining to the exploitation of Eric Perez cease.

265.     I want a full investigation into my Jail and Prison stay, my post-conviction remedy obstruction, and treatment of my children.

266.     The whole premise of the story-line is that I have been killed and don't exist.

267.     People have been promoted and interviewed upon hundreds of occasions to this without interviewing the plaintiff.

268.     The same Sheriff's Deputies who beat and abused me are receiving money and assignments right here on my block.

269.     I have been denied a Twice pass under false pretenses and denied access to Base when thousands of snitches are given these privileges.


270.     I am going to be murdered due to this.

271.     There is nothing within that the government is not aware of.


I declare that foregoing is true and correct 9-9-16

Eric A Perez

# EXHIBIT 2

10/1/2015

Chief Clerk
US SUPREME COURT
1 First Street, NE
Washington, DC 20543

ERIC A PEREZ
21-10 Borden Avenue
LIC, NY 11101

RE: Application for Extension of time to File a Writ of Certiorari & Brief for Writ of Certiorari

Chief Clerk:

      Please present the enclosed documents to Justice Scalia for review.

Enclosed:

| | |
|---|---|
| Cover Page | 1 page |
| Letter Outlining Obstruction of Justice | 5 pages |
| Exhibits Supporting Obstruction | 13 pages |
| Leave to proceed as Poor Person from Court | 6 pages |
| Poor Man's Paper Work | 5 pages |
| Application for an extension of time to apply for a Writ of Certiorari | 6 pages |
| Brief Writ of Certiorari | 13 pages |
| Certificate of Service | 1 pages |
| APPENDIX A | 3 pages |
| EXHIBITS | 12 pages |

Eric Andrew Perez

9/13/2015

Eric Andrew Perez
21-10 Borden Avenue
LIC, NY 11101

Solicitor General of the United States, Room 5614
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Chief Clerk
US SUPREME COURT
1 First Street, NE
Washington, DC 20543

RE: Application for Extension of time to File a Writ of Certiorari

Chief Clerk & Solicitor General:

I am writing this letter in order to inform the Court that I mailed the enclosed application

for an extension of time to file a Writ of Certiorari that I addressed to Justice Scalia at 1 First St, NE

Washington, DC 20543. I mailed out the application on July 8, 2015 @10:55am in US Post Office on

Cadman Plaza Brooklyn, NY. Please see the attached exhibits, certified receipt#

70150640000703105913 postage of $1.86, and the USPS Shipment Tracking has the package arriving

in Washington, DC 20066 7/9/2015 12:54 pm.

The tracking statement states that it departed the USPS 7/10/2015 11:34am then

arriving @ hub Washington DC 20018 7/12/2015 11:56 am; then arrived @ the US SUPREME

COURT Washington, DC 20543 where it states the business was closed. The same USPS Shipment

receipt states that the parcel was delivered to the US SUPREME COURT 7/13/2015 10:55am. On

7/31/2015 I called the US SUPREME COURT @ 202-479-3211 12:52 pm and spoke to Mr. Travis. I

was informed that there was no record of my application. I was then instructed to resubmit the

application.

On 8/03/2015 the petitioner resubmitted the enclosed application for an extension of time to

apply for a Writ of Certiorari Certified Mail Return Receipt # 70121010000356102005. The tracking

states the following:

Tracking Number: 70121010000356102005

# USPS Tracking Customer Service ›
Have questions? We're here to help.
Get Easy Tracking Updates ›
Sign up for My USPS.
Track It
Track all your packages from a dashboard.
No tracking numbers necessary.
## Manage Incoming Packages
Sign up for My USPS ›
®

Postal Product:
Priority Mail 2Day
Certified Mail Return Receipt
Up to $50 Insurance Included
Restrictions Apply
Features:
See tracking for related item: 9590940301625120240714
## Product & Tracking Information
DATE & TIME STATUS OF ITEM LOCATION
August 7, 2015, 11:03 am Delivered WASHINGTON, DC 20543
Your item was delivered at 11:03 am on August 7, 2015 in WASHINGTON, DC 20543.
August 7, 2015, 10:45 am Available for Pickup WASHINGTON, DC 20543
August 7, 2015, 10:31 am Arrived at Unit WASHINGTON, DC 20018
August 6, 2015, 11:19 am Departed USPS Facility WASHINGTON, DC 20018
August 6, 2015, 11:07 am Arrived at USPS Destination
Facility WASHINGTON, DC 20018
August 5, 2015, 9:50 pm Departed USPS Destination
Facility WASHINGTON, DC 20066
August 5, 2015, 9:50 pm Arrived at USPS Destination
Facility WASHINGTON, DC 20066
August 4, 2015, 2:27 am Departed USPS Facility BETHPAGE, NY 11714
August 3, 2015, 8:54 pm Arrived at USPS Origin
Facility BETHPAGE, NY 11714
August 3, 2015, 2:45 pm Acceptance LONG ISLAND
CITY, NY 11101

On 9/31/2015 9:50 am, the petitioner called the US SUPREME COURT and spoke to Redmon

Barnes who identified himself as an officer of the court. The petitioner inquired of Mr. Barnes if the

Court had received my application for an extension of time to submit a Writ of Certiorari to the US

SUPREME COURT, Mr. Barnes stated that the application had not been received. I then asked what the

petitioner should do since that this was the second time that the petitioner's application was not

received by the Court. The petitioner stated that he believed that there was obstruction in his case since

his application had not been received for the second time. Petitioner also did not receive the certified

return receipt back even though the package was not received. Mr. Barnes advised the petitioner to

resubmit the application.

Petitioner for a third time has attempted to have documents delivered to the US Supreme Court.

On the night of September 18, 2015 the petitioner printed and bound the enclosed paperwork.

Petitioner, took the 7 train to 42st Grand Central from the homeless shelter where he resides. The

petitioner arrived at the FedEx Office location 51 East 44th Street at 8:30 a.m. Petitioner enclosed the

paperwork in a FedEx envelope and handed it over to the clerk for shipment.

The enclosed paperwork arrived at the US Supreme Court on 9/18/2015 @ 9:42 a.m. The

petitioner's paperwork was sent back to the petitioner under the name Andrew Perez at the address

above siting several reasons why the paperwork was rejected, please see the attached letter from Clerk

Harris. The paperwork that was returned to the petitioner included: Informa Papers, declaration in

support of informa papers, Declaration of Service, lower court decisions from the N. District & US

Court of Appeals 2nd Circuit, and the brief in support of the Writ. The petitioner's paperwork is in full

compliance with the Court rules. The petitioner has been granted Poor Person's status in the following

Courts: Jefferson County Supreme Court, NY Appellate 4th Department, US District Court N. District,

and US Court of Appeals 2nd Circuit.

Petitioner, believes that there are several persons under the color of law and others conspiring

against the petitioner so that their illegal illicit goals can be met. These same people are running

operations in this area and are at the present time attempting to delay the petitioner's attempt to move

out of the homeless shelter and obstruct his case as they have in the past. The petitioner has described

in full all of this in his Civil Rights Law Suit filed in the N. District, made several reports of obstruction

in my Court Cases, reports to the Attorney General's Office, Department of Justice, Solicitor General's

Office, and to the NYS DOCS.

   The non-responsiveness of the offices that I have lodged  complaints only supports the

petitioner's claims. These same people operate from the various factories, Coast Guard vessels, power

plants, and businesses in the area in order to orchestrate the petitioner's environment while generating a

false economy for certain individuals while I am made to struggle. Yes, my oppression appears to be

the government's solution. Petitioner, believes that his paperwork may have never been sent to the

Court from the start. Petitioner does not believe that a clerk of the Court examined the paperwork. The

petitioner's paperwork meets the requirements of the Court Rules yet has been returned to sender on

orders of the personnel orchestrating this rimless conspiracy against the petitioner.

   These facts have been filed in detail in the form of a Civil Rights Lawsuit in the US District N.

District, and in the petitioner's complaints to various agencies. The petitioner has never been

interviewed by authorities or protected from being targeted. Every aspect of my life to include my

Court files have been used in skits and in the entertainment that is broadcast on the radio and television

in every single facility I have been in. This conspiracy has been carried out on three separate continents

at the behest of the same personnel. Authorities have been notified and continue to orchestrate this

against the petitioner with an increased frequency of cruelty and perversion. Please see the attached

exhibits proving the obstruction in your Court. Petitioner is attaching the exhibits in reference to

obstruction directly after this letter. The following exhibits are attached to this letter: Post Office

Receipt 7/8/2015, certified receipt 70150640000703105913 to the Supreme Court, certified receipt

8/3/2015 70121010000356102005 to the Supreme Court,  certified receipt 8/3/2015

70150640000684201598 to the Solicitor General's Office, return receipt from the Solicitor General's Office, Fed Ex Office Receipt September 17, 2015 9:37:54 a.m., and the letter & envelope from the Supreme Court Clerk.

The petitioner has submitted over 1,000 pages of documents to NY State and Federal Courts, and I believe this has happened continuously. Petitioner is requesting a full investigation into this latest act of Obstruction in his case.

Sincerely,   *Eric A Perez*

Eric A Perez

```
            BROOKLYN MPO
         BROOKLYN, New York
             112019997
           3568880354-0096
07/08/2015  (718)855-0209  09:24:10 AM
```

--------- Sales Receipt ---------

| Product Description | Sort Unit Qty Price | Final Price |
|---|---|---|
| WASHINGTON DC 20543 Zone-3 First-Class Mail Large Env 4.40 oz. | | $1.86 |
| Expected Delivery: Fri 07/10/15 | | |
| @@ Certified Mail | | $3.45 |
| USPS Certified Mail #: 70150640000037018924 | | |

Issue Postage:                    $5.31

| NEW YORK NY 10007 Zone-1 First-Class Mail Large Env 4.40 oz. | $1.86 |
|---|---|
| Expected Delivery: Fri 07/10/15 | |

Issue Postage:                    $1.86

| NEW YORK NY 10271 Zone-1 First-Class Mail Large Env 4.40 oz. | $1.86 |
|---|---|
| Expected Delivery: Fri 07/10/15 | |

Issue Postage:                    $1.86

Total:                            $9.03

Paid by:
Cash                             $20.00
Change Due:                     -$10.97

@@ For tracking or inquiries go to
USPS.com or call 1 800-222-1811.

In a hurry? Self service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.
In a hurry? Self service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*************************************
*************************************

```
           LONG ISLAND CITY MPO
         LONG ISLAND CITY, New York
                 111019998
              3568880708-0095
      08/03/2015 (800)275-8777 02:46:33 PM

      —————————— Sales Receipt ——————————
      Product          Sale Unit      Final
      Description      Qty Price      Price

      @@ ¨¨ WASHINGTON DC 20543        $5.85
      Zone-3
      Priority Mail 2-Day
      By Weight
       4.80 oz.
      Expected Delivery: Wed 08/05/15
      Includes up to $50 insurance

        @@ Certified Mail              $3.45
        USPS Certified Mail #:
        70150640000684201598
        Return Receipt                 $2.80
        Label #:
        9590940301625120240790
                                    ========
      Issue Postage:                  $12.10

      @@ ¨¨ WASHINGTON DC 20543        $5.85
      Zone-3
      Priority Mail 2-Day
      By Weight
       4.80 oz.
      Expected Delivery: Wed 08/05/15
      Includes up to $50 insurance

        @@ Certified Mail              $3.45
        USPS Certified Mail #:
        70121010000356102005
        Return Receipt                 $2.80
        Label #:
        9590940301625120240714
                                    ========
      Issue Postage:                  $12.10

      Total:                          $24.20

      Paid by:
      Cash                            $40.00
      Change Due:                    -$15.80

      @@ For tracking or inquiries go to
      USPS.com or call 1-800-222-1811.

      ¨¨ Save this receipt as evidence of
      insurance. For information on filing
      an insurance claim go to
      usps.com/ship/file-domestic-claims.htm


      Order stamps at usps.com/shop or
      call 1-800-Stamp24. Go to
      usps.com/clicknship to print
      shipping labels with postage. For
      other information call
      1-800-ASK-USPS.
      *****************************************
      *****************************************
      Get your mail when and where you
      want it with a secure Post Office
      Box. Sign up for a box online at
      usps.com/poboxes.
      *****************************************
      *****************************************


      Bill#:1000502228520
      Clerk:08

      All sales final on stamps and postage
```

# U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| WASHINGTON DC 20543 | |
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ N/A |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.86 |
| Total Postage and Fees | $5.31 |

0354

24    Postmark
        Here

07/08/2015

Sent To    US Scalia US Supreme Court
Street and Apt. No., or PO Box No.    1 First St. N.E.
City, State, ZIP+4®    Washington DC 20543

7015 0640 0007 0310 5913

# CERTIFIED MAIL™ RECEIPT

**(Domestic Mail Only; No Insurance Coverage Provided)**

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20543

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | N/A |
| Total Postage & Fees | $ | $5.85 |

07/08

08  Postmark
     Here

08/03/2015

$12.10

Sent To  Chief Clerk US Supreme Court

Street, Apt. No.; or PO Box No.  1 First St. + NE

City, State, ZIP+4  Washington DC 20543

See Reverse for Instructions

7015 1010 0003 5210 2005

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

WASHINGTON DC 20543

| | |
|---|---|
| Certified Mail Fee | |
| $ | $3.45 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $2.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | N/A |
| ☐ Adult Signature Restricted Delivery | N/A |
| Postage | |
| $ | $5.85 |
| Total Postage and Fees | |
| $ | $12.10 |

0708

08   Postmark
     Here

08/03/2015

Sent To  Solicitor General State OSem SG14

Street and Apt. No., or PO Box No.  DOJ 950 Pennsylvania Ave, NW

City, State, ZIP+4  Washington DC 20543

7015 0640 0006 8420 1598

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*[handwritten address]*

9590 9403 0162 5120 2407 90

2. Article Number (Transfer from service label)

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *[signature]*
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

*APR 11 2016*

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Eric Perez
21-10 Borden Ave
LIC, NY 11101

USPS TRACKING#

8/15/15

9590 9403 0168 5120 2407 90



**FedEx Office**

Address:          51 EAST 44TH ST
                  NEW YORK
                  NY 10017
Location:         JRAKO
Device ID:        -BTC03
Transaction:      860120132345

FedEx Priority Overnight
781347407656      0.5 LB  (S)        38.75
    Direct signature required
    Declared Value   0

            Shipment subtotal:    $38.75

                  Total Due:      $38.75

            (S) CreditCard:       $38.75
            ***********7279

          N = Weigh          y
          S = Weight read from scale
          T = Taxable item

Terms and conditions apply. See
fedex.com/us/service-guide for details.

          Visit us at: fedex.com
          Or call 1.800.GoFedEx
              1.800.463.3339

      September  , 2015 9:39:52 AM

      ********* WE LISTEN *********
        Tell us how we're doing
   receive a discount on your next order!
     fedex.com/welisten or 800-398-0242
        Redemption Code: _____

          Visit us at: fedex.com
          Or call 1.800.GoFedEx
              1.800.463.3339



**FedEx Office**

Address:        51 EAST 44TH ST
                    NEW YORK
                    NY 10017
Location:       JRAKD
Device ID:     -BTC03

Sender Address:
   Eric Perèz
   21-10 Borden Avenue
   Long island city, NY 11101
   6467136418

Recipient Address:
   Attn: Redmon Barnes
   Chief Clerk US Supreme court
   1 First street NE
   Washington, DC 20543
   2024793211

Pricing option:
   ONE RATE

Package Information:
   FEDEX_ENVELOPE

Payment Type:
   CASH

Total Declared Value:
   0

FedEx Priority Overnight
      0.5 LB  (S)    38.75
   Direct signature required

By reviewing and initialing the Shipment Summary
information, you agree to the FedEx terms of
shipping in the applicable FedEx Service Guide
available on fedex.com and that this shipment
does not contain Dangerous Goods, Hazardous
Materials or other prohibited items.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

September 17, 2015 9:37:54 AM

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

<div align="center">

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

</div>

<div align="center">

September 21, 2015

</div>

Andrew Perez
2110 Borden Ave.
Long Island, NY 11101

    RE: Perez v. Martuscello
       USAP2 14-4532

Dear Mr. Perez:

    The above-entitled petition for writ of certiorari was originally postmarked July 8, 2015 and received again on September 21, 2015. The papers are returned for the following reason(s):

    No motion for leave to proceed in forma pauperis, signed by the petitioner or by counsel, is attached. Rules 33.2 and 39. The motion must be signed.

    No notarized affidavit or declaration of indigency is attached. Rule 39. You may use the enclosed form.

    The petition fails to comply with the content requirements of Rule 14. A guide for in forma pauperis petitioners and a copy of the Rules of this Court are enclosed. The guide includes a form petition that may be used.

    The appendix to the petition does not contain the following documents required by Rule 14.1(i):

       The lower court opinion(s) must be appended.

    No affidavit or declaration of service, specifying the names and addresses of those served, was received. Rule 29.5.

    Please correct and resubmit as soon as possible. Unless the petition is submitted to this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

A copy of the corrected petition must be served on opposing counsel.

Sincerely,
Scott S. Harris, Clerk

By:

Andrew Downs
(202) 479-3038

Enclosures

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® packages. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; April 2015; All rights reserved.

PRESS FIRMLY TO SEAL

RMLY TO SEAL

09/21/2015

USPOSTAGE $005.75⁰

04 M1112002 1

*Supreme Court of the United States*
*Washington, D.C. 20543-0001*

**Andrew Perez**
**2110 Borden Ave.**
**Long Island, NY 11101**



WHEN USED INTERNATIONALLY
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

UNITED STATES
POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

ORITY®
MAIL ★

ATE OF DELIVERY SPECIFIED*

JSPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

T RATE ENVELOPE
ATE ★ ANY WEIGHT*

EP14F Apr 2015
OD: 12 1/2 x 9 1/2

00001000014

NO:

# *In the Supreme Court of the United States*

ERIC ANDREW PEREZ, PETITIONER - APPELLANT

*v.*

DANIEL F. MARTUSCELLO, Jr., RESPONDENT – APPELLEE

## MOTION TO PROCEED AS A POOR PERSON

1. Permitting the petitioner to prosecute this claim as a poor person due to the fact
that the Plaintiff has insufficient income and property to enable him to pay the costs,
fees and expenses to prosecute said motion.

2. Petitioner is currently unemployed and living in a homeless shelter located at 21-10 Borden
Avenue  Long Island City, NY 11101.

3. Petitioner's current income consists of $200.00 dollars in food stamps per month.

4. The petitioner is over $5,000.00 dollars in debt to the State & Federal Government, please
see the following Federal Tax Return that I have to file from 2009'.

5. Petitioner does not have the means nor time to have the brief bind-ed, and has been
deliberately obstructed on two occasions in the submission of his application for an extension of time
to file for a Writ of Certiorari.

No. 14-4532

IN THE

SUPREME COURT OF THE UNITED STATES

Eric Andrew Perez — PETITIONER

(Your Name)

VS.

Daniel F. Martuscello — RESPONDENT(S)

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed *in forma pauperis*.

Please check the appropriate boxes:

☑ Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

Jefferson County Supreme Court, NY Appellate 4th Division, US Court N. District, US Court of Appeals 2nd Circuit

☐ Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

☑ Petitioner's affidavit or declaration in support of this motion is attached hereto.

☐ Petitioner's affidavit or declaration is **not** attached because the court below appointed counsel in the current proceeding, and:

☐ The appointment was made under the following provision of law: _____
_____, or

☐ a copy of the order of appointment is appended.

Eric Andrew Perez

(Signature)

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, Eric Andrew Perez, am the petitioner in the above-entitled case.   In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.   Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.   Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 400 | $ | $ 0.00 | $ |
| Self-employment | $ 0.00 | $ | $ 0.00 | $ |
| Income from real property (such as rental income) | $ 0.00 | $ | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ | $ 0.00 | $ |
| Gifts | $ 0.00 | $ | $ 0.00 | $ |
| Alimony | $ 0.00 | $ | $ 0.00 | $ |
| Child Support | $ 0.00 | $ | $ 0.00 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | $ | $ 0.00 | $ |
| Disability (such as social security, insurance payments) | $ 0.00 | | $ 0.00 | $ |
| Unemployment payments | $ 0.00 | $ | $ 0.00 | $ |
| Public-assistance (such as welfare) | $ 200.00 Food Stamps $40 dollars cash $31 weeks metro card | $ | $ 200.00 Food Stamps $40.00 cash $31.00 week metro card | $ |
| Other (specify): _____ | $ 0.00 | $ | $ 0.00 | $ |
| **Total monthly income:** | $ 400 | $ | $ 400 | $ |

2. List your employment history for the past two years, most recent first.   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| USaPle | Flushing Meadows | 8-22-15 to 9-11-15 | $ 1200 |
| Chpo Plumbing | 6401 US 301 E Tampa, FC | 8-14 to 4-15 | $ 1200 |
| Portech Contracting | Wesley Chapel, FC | 5-13 to 7-14 | $ 700 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

4. How much cash do you and your spouse have? $_____
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

5. List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

☐ Home
   Value _____

☐ Other real estate
   Value _____

☐ Motor Vehicle #1
   Year, make & model _____
   Value _____

☐ Motor Vehicle #2
   Year, make & model _____
   Value _____

☐ Other assets
   Description _____
   Value _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Alexandra Perez | Daughter | 16 |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0.00 | $_____ |
| Are real estate taxes included? ☐ Yes ☑ No | | |
| Is property insurance included? ☐ Yes ☑ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 80.00 | $_____ |
| Home maintenance (repairs and upkeep) | $ 0.00 | $_____ |
| Food | $ 200.00 | $_____ |
| Clothing | $ 0.00 | $_____ |
| Laundry and dry-cleaning | $ 0.00 | $_____ |
| Medical and dental expenses | $ 0.00 | $_____ |

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 130.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ |

Insurance (not deducted from wages or included in mortgage payments)

| | | |
|---|---|---|
| Homeowner's or renter's | $ 0.00 | $ |
| Life | $ 0.00 | $ |
| Health | $ 0.00 | $ |
| Motor Vehicle | $ 0.00 | $ |
| Other: _____ | $ 0.00 | $ |

Taxes (not deducted from wages or included in mortgage payments)

| | | |
|---|---|---|
| (specify): Supposed to pay $50.00 month | $ 50.00 | $ |

Installment payments

| | | |
|---|---|---|
| Motor Vehicle | $ 0.00 | $ |
| Credit card(s) | $ 0.00 | $ |
| Department store(s) | $ 0.00 | $ |
| Other: _____ | $ 0.00 | $ |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): Defy ventures Brothes Clwoseo $100.00 month | $ | $ |
| **Total monthly expenses:** | $ 580 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes   ☑ No     If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes  ☑ No

If yes, how much? _____

If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☑ No

If yes, how much? _____

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

Petitioner is indigent and living in a homeless shelter. Petitioner is currently attending welding school via Financial Aid, and attempting to obtain funding for his own business through DLG Ventures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___October 1_____, 20 1 5

                                       Eric Andrew Perez
                                           (Signature)

*Corporate Officers:*
*David Woodlock, Psy. D, President/CEO*
*Chris Copeland, LCSW-, Chief Operation Officer*
*Dewey H. Howard CPA, Chief Financial Officer*



ICL

*People Get Better With Us*

*Corporate Office:*
*125 Broad Street, New York, NY 10004*
*Telephone: 212-385-3030 • Fax: 212-385-2849*
*Website: www.iclinc.net"*

## Borden Avenue Veterans Residence

21-10 Borden Avenue, Long Island City, NY 11101
Tel: (718) 784-5690 • Fax: (718) 784-5689

**6/1/2015**

To Whom It May Concern,

This letter is to inform you that **Perez, Eric** Social Security#***-**-5012 is currently a resident of our shelter. It is a non-cooking residence, however; three meals are provided per day. This client entered our facility on 5/28/2015. If you need further information, please do not hesitate to call me at the number listed below.

Thank you in advance for any assistance that you can provide.

Sincerely,

*Jeanette Vega & Jean Cidone*
*Intake Coordinator*
*-Institute for Community Living, Inc.*
*Borden Avenue Veterans Residence*
*21-10 Borden Avenue*
*Long Island City, NY 11101*
*Tel: 718- 784- 5690 ext. – 24043*
*Fax: 718-784-0734*

Form **1040**
Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return   2009**   (99)   IRS Use Only-Do not write or staple in this space.

| Label | For the year Jan. 1-Dec. 31, 2009, or other tax year beginning | , 2009, ending | , 20 | OMB No. 1545-0074 |
|---|---|---|---|---|

**Label** (See instructions) **Use the IRS label. Otherwise, please print or type.**

Name: **ERIC A PEREZ**   Spouse's Name (if Joint Return)   Home Address   City, State, and ZIP Code

**PO BOX 411**
**WATERTOWN NY 13601-**

Your social security number **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**
Spouse's social security no. **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**
▲ You must enter your SSN(s) above. ▲
Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ **CHRISTINA DELEON**
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a .........
b ☐ Spouse ...........

If more than four dependents, see instr. and check here ▶ ☐

c Dependents:

| (1) First name   Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see inst) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

d Total number of exemptions claimed

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you: **0**
• did not live with you due to divorce or separation (see instr.): **0**
Dependents on 6c not entered above: **0**
Add numbers on lines above ▶ **1**

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

**If you did not get a W-2, see instructions.**

**Enclose, but do not attach, any payment. Also, please use Form 1040-V.**

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ........................ | 7 | 78,064. |
| 8a | Taxable interest. Attach Schedule B if required ........................ | 8a | |
| b | Tax-exempt interest. Do not include on line 8a ......... | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required ........................ | 9a | |
| b | Qualified dividends (see instructions) ......... | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received ......................................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ..................... | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ............................ | 14 | |
| 15a | IRA distributions .......... 15a | b Taxable amount (see inst.) | 15b | |
| 16a | Pensions and annuities .... 16a | b Taxable amount (see inst.) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F ............................. | 18 | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see instructions) | 19 | |
| 20a | Social security benefits .... 20a | b Taxable amount (see inst.) | 20b | |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 78,064. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) ...................... | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 ..... | 25 | |
| 26 | Moving expenses. Attach Form 3903 ...................... | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ....... | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ........ | 28 | |
| 29 | Self-employed health insurance deduction (see instr.) .... | 29 | |
| 30 | Penalty on early withdrawal of savings ................. | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) ....................... | 32 | |
| 33 | Student loan interest deduction (see instructions) .......... | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 ........... | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 .............................. | 36 | 78,064. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ............. ▶ | 37 | 78,064. |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**

BCA   Copyright form software only, 2009 Universal Tax Systems, Inc. All rights reserved.   US1040S1   Rev. 1

Form **1040** (2009)

Form 1040 (2009)       Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 78,064. |
| | 39a | Check if: ☐ You were born before Jan. 2, 1945, ☐ Blind. ☐ Spouse ... ☐ Blind. Total boxes checked ▶ 39a ☐ | |
| **Standard Deduction for —** | b | If your spouse itemizes on a separate return or you were a dual-status alien, ... ▶ 39b ☐ | |
| | 40a | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 5,700. |
| | 41 | Subtract line 40a from line 38 | 72,364. |
| | 42 | Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions | 3,650. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 68,714. |
| | 44 | Tax (see instructions). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 13,375. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| | 46 | Add lines 44 and 45 | 13,375. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | |
| | 49 | Education credits from Form 8863, line 29 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | |
| | 51 | Child tax credit (see instructions) | |
| | 52 | Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | |
| | 54 | Add lines 47 through 53. These are your total credits | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- | 13,375. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| | 59 | Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Sch. H | |
| | 60 | Add lines 55 through 59. This is your total tax | 13,375. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 1,503. |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return | |
| | 63 | Making work pay and government retiree credits. Attach Schedule M | 339. |
| | 64a | Earned income credit (EIC) | |
| | b | Nontaxable combat pay election 64b | |
| | 65 | Additional child tax credit. Attach Form 8812 | |
| | 66 | Refundable education credit from Form 8863, line 16 | |
| | 67 | First-time homebuyer credit. Attach Form 5405 | |
| | 68 | Amount paid with request for extension to file (see instr.) | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see instr.) | |
| | 70 | Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | |
| | 71 | Add lines 61, 62, 63, 64a and 65 through 70. These are your total payments | 1,842. |
| **Refund** | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you overpaid | |
| | 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 73a |
| | ▶ b | Routing number ▶ c Type: ☐ Checking ☐ Savings | |
| | ▶ d | Account number | |
| | 74 | Amount of line 72 you want applied to your 2010 estimated tax ▶ 74 | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 60. For details on how to pay, see instr. | 5,533. |
| | 76 | Estimated tax penalty (see instructions) 76 | |

**Third Party Designee** — Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No.
Designee's name ___ Phone no. ___ Personal identification number (PIN) ___

**Sign Here**
Joint return? See instructions. Keep a copy for your records.
Your signature — Date — Your occupation **JANITOR** — Daytime phone number **315-489-7028**
Spouse's signature. If a joint return, both must sign. — Date — Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature — Date — Check if self-employed ☐ — Preparer's SSN or PTIN **S1401040 0**
Firm's name (or yours if self-employed), address, and ZIP code — EIN ___ — Phone no. ___

BCA Copyright form software only, 2009 Universal Tax Systems, Inc. All rights reserved.
US1040S2 Rev. 1

NO:

# *In the Supreme Court of the United States*

ERIC ANDREW PEREZ, PETITIONER - APPELLANT

v.

DANIEL F. MARTUSCELLO, Jr., RESPONDENT — APPELLEE

## PETITIONERS' APPLICATION FOR AN TO EXTEND TIME TO FILE A PETITION FOR A WRIT OF CERTIORARI FROM THE US DISTRICT COURT N. DISTRICT

Petitioner:    ERIC A. PEREZ – PRO-SE
21-10 Borden Avenue
Long Island City, NY 11101

        MICHELLE E. MAEROV
        *ASSISTANT ATTORNEY GENERAL NY STATE OFFICE OF THE ATTORNEY GENERAL*

        THOMAS SCHNEIDERMAN
        ATTORNEY GENERAL NY STATE OFFICE OF THE ATTORNEY GENERAL

        *NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL*
        *120 BROADWAY*
        *NEW YORK, NY 10271*

**To the Honorable Justice Scalia of the United States Supreme Court:**

Petitioner, Eric Andrew Perez, requests an extension of time to file his Petition for a Writ of

Certiorari. Petitioner requests an extension of time of 60 days or until September 20, 2015. The

Judgment became final on the 20th day of April, 2015 when the petitioner's motion for reconsideration

was denied, see Appendix A (Denial of Appealability & Denial of the Motion for Reconsideration).

This application is being filed 10 days prior to the 20th day of July, 2015.

## JURISDICTION

The jurisdiction of this Court is invoked under 28 U.S.C. 1254(1).

## STATEMENT OF THE CASE

May 19, 2012 Appellant filed a CPL 440.10 in the Jefferson County Supreme Court attempting

to receive Post-Conviction Relief for a conviction of Contempt1st in the Jefferson County Supreme

Court Ind. No 11-454.

· July 2, 2012 the Jefferson County District Attorney vacated a misdemeanor conviction of the

appellant stemming from a charge that he led guilty to in April of 2012. The misdemeanor charge was

supposed to be included in his universal plea agreement.

October 31, 2012 Appellant filed a CPL 460.15 motion with the Appellate Division 4th

Department asking them to review his case Index No. 12-02078.

March, 2013 Appellate Division denied the relief requested.

April, 2013 Appellant filed his Federal Habeas Corpus 28 USC 2254 in US District Court N.

District assigned 9:13 – CV - 000384.

November 3, 2014 Appellant was denied relief by Judge Singleton, and a Stay.

December 1, 2014 Appellant is filing his COA with the US Court of Appeals for the 2nd Circuit.

March 18, 2015 Appellant's COA brief was dismissed due to the fact that the notice of appeal

was untimely filed.

April 1, 2015 Appellant filed a motion for reconsideration with the US Court of Appeals 2ⁿᵈ Circuit, Circuit Judges Straub, Sack, and Droney.

April 20, 2015 Motion for reconsideration was denied US Court of Appeals 2ⁿᵈ Circuit, Circuit Judges Straub, Sack, and Droney.

## STATEMENT OF RELEVANT FACTS

Petitioner filed for Habeas Corpus relief in the US District Court N. District upon the following seven grounds: 1) His plea was unlawfully induced and unknowingly and involuntarily made 2) he was denied effective assistance of counsel because counsel: a) did not notify petitioner that he had filed a discovery motion; b) prohibited Petitioner from testifying in the grand jury; c) lied to Petitioner about whether his ex-wife testified in grand jury; d) displayed hostility towards petitioner at plea & sentencing; f) did not provide the petitioner a statement in reference to a covered up child abuse report for his habeas petition & deliberately advised petitioner to plead guilty to a charge included in the universal plea bargain; 3) the prosecution failed to disclose evidence favorable to petitioner; 4) petitioner's conviction was based on an invalid indictment because the underlying order of protection was issued in a defective proceeding where I was arraigned without counsel and the proceeding was not recorded by a court stenographer; 5) the trial court and the appellate court are "corrupt" Trial Judge stated that the petitioner was, "Going to the state to be flipped" at sentencing; 6) petitioner was under collateral attack in a family court civil proceeding and was prevented from discovery of the child abuse report due to collusion of counsel and the DA's office 7) petitioner is and has suffered "Cruel & Unusual Punishment" due to the fact that I was denied psychotropic medications; assaulted; defamed; intimidated; life illegally commercialized; private information deliberately released to the upstate jail population & town; and harassed while being used as the "subject" of the coercive population program operated by this Company in every upstate jail in NY in order to coerce guilty pleas & produce confidential informants (This "Program" and its methods have been unleashed against the petitioner on

three different continents to include French Foreign Legion Training. Each populace the petitioner has been placed in or traveled through has been controlled; making him the focus of each populace, and using a combination of methods such as harassment; population manipulation; intimidation; defamation; stalking; and assault).

## REASONS FOR GRANTING AN EXTENSION OF TIME

The time period for filing a Writ of Certiorari should be extended by 60 days for the following reasons:

1.      The Petitioner requested a stay to return to state court to properly exhaust his claims in his traverse declaration dated the 13th day of August, 2013, see exhibit B. Petitioner showed cause for the prejudiced throughout his traverse replies, yet his request for a Stay was deliberately ignored. May 2014 I received a notice from the US District N. District containing a list of 10 cases that the Honorable Judge Singleton of the 9th Circuit was assigned to adjudicate the petitioner's Habeas, exhibit C. Petitioner's case was 6th on the list of 10. See exhibit D, @ page 10 line 17 Judge Singleton stated that the petitioner did not file for a stay. See exhibit B, in the highlighted areas of the Petitioner's last traverse filed in US District Court N. District 13th day of August, 2013 the petitioner clearly asked the court for a stay to return to State Court if his Honor felt that I had not exhausted all state remedies. Petitioner does not have in his possession the catalog of all of the correspondence between the Court and himself. Petitioner believes that not granting the stay was deliberate and a part of a rimless conspiracy launched against him by unknown officials.

2.      Petitioner, believes that this particular practice of having guest judges from outside of the original circuit adjudicating cases is having a negative effect on the Constitutionality of decisions made in the Northern District. Petitioner's Habeas Corpus was originally referred to the assigned Magistrate Judges. 29 July, 2015 terminated the panel of Magistrate Judges was terminated and the petitioner's Habeas Corpus along with 10 other cases were reassigned to Judge James K. Singleton from the ninth

Circuit. This same Judge has made several decisions contrary to clearly & well established Law as set forth in Rhines v Weber, and other land mark cases. The petitioner needs time to investigate and prove his claims.

3.    The Petitioner has been experiencing significant hardships in his life prior to March, 2015. Petitioner was underemployed and abused by his last employer Chris' Plumbing located in River view, FL. Petitioner, quite his job in April, 2015 to join the French Foreign Legion in order to expunge his criminal record, obtain French citizenship, and leave this nightmare behind. April 26, 2015 the petitioner arrived at Forte-DE-Nongte and began the selection process. Petitioner declined to continue the training after seeing how unprofessional the forces were, see exhibit E, discharge paperwork from the French Foreign Legion. May 16, 2015 petitioner arrived at JFK airport. Petitioner became homeless & totally indigent, and had to check into Belvue mens shelter. On June 1, 2015 I moved to the Borden Ave. Veterans' Shelter where I reside today. I have no assets or money. I am actively seeking employment and a permanent residence.

4.    3 June, 2015 Petitioner visited the US Court of Appeals for the Second Circuit and dropped off a letter reporting my address change to 21-10 Borden Avenue Long Island City, NY 11101. Petitioner also mailed out a letter certified mail return receipt # 70150640000418904368 requesting a decision for my motion for reconsideration. I received the denial of my motion for reconsideration on the 19th day of June, 2015. Petitioner does not have enough time to research legal cases and put together a brief in support of his Writ nor does he possess the funding.

5.    Petitioner is mandated to attend the back to work program as mandated by the New York City Department of Social Services 5 days a week from 9am to 4:30 pm., see exhibit F. I have been attending this program since June 6, 2015. Petitioner has been seeking gainful employment, but has not received an offer as of yet. Petitioner is unable to research in the law library due to this fact.

6.      No meaningful prejudice will arise from granting this extension.

Respectfully Submitted,

ERIC A PEREZ

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered personally to the

US Supreme Court this

October 6th, 2015 to the following addresses:

JUSTICE SCALIA
US SUPREME COURTHOUSE
Washington, DC

And by first class mail to the following addresses:

October 7th, 2015

US COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURTHOUSE
40 Foley Square
New York, NY 10007

Michelle Elaine Maerov
Office of the Attorney General – NY
120 Broadway
New York, NY 10271

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: October 6th, 2015

ERIC ANDREW PEREZ

NO:

# *In the Supreme Court of the United States*

ERIC ANDREW PEREZ, PETITIONER - APPELLANT

v.

DANIEL F. MARTUSCELLO, Jr., RESPONDENT — APPELLEE

## PETITIONERS' APPLICATION FOR A WRIT OF CERTIORARI FROM THE US DISTRICT COURT N. DISTRICT

Petitioner:   ERIC A. PEREZ – PRO-SE
21-10 Borden Avenue
Long Island City, NY 11101

MICHELLE E. MAEROV
*ASSISTANT ATTORNEY GENERAL NY STATE OFFICE OF*
*THE ATTORNEY GENERAL*

THOMAS SCHNEIDERMAN
ATTORNEY GENERAL NY STATE OFFICE OF THE
ATTORNEY GENERAL

*NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL*
*120 BROADWAY*
*NEW YORK, NY 10271*

## QUESTIONS PRESENTED

1.      Has the Petitioner suffered prejudiced and reprisals at the hands of the Court along with Deliberate Obstruction of Justice? YES

2.      Should a Stay be issued to the Petitioner so that he can return to State Court due to the fact that Judge Singleton ignored the fact that the Petitioner requested a Stay? YES

3.      Has Judge Singleton displayed a pattern of ignoring stay requests while adjudicating cases outside the Ninth District, specifically the Second District, and is this pattern having a negative effect on the overall administration of Justice in the US District Court N. District? YES

i.

## TABLE OF CONTENTS

QUESTIONS PRESENTED.......................................................................................................................i

TABLE OF CONTENTS.........................................................................................................................ii

TABLE OF AUTHORITIES...................................................................................................................iii

JURISDICTION........................................................................................................................................2

STATEMENT OF THE CASE..................................................................................................................2

STATEMENT OF RELEVANT FACTS...................................................................................................3

HOW THE ISSUES WERE DECIDED....................................................................................................5

ARGUMENT.............................................................................................................................................5

A. Petitioner has suffered prejudiced and reprisals at the hands of the Court system. Deliberate

Obstruction of Justice has occurred within his case in the US Supreme Court.........................................5

B. Petitioner's request for a Stay was ignored by the Court. Petitioner should be issued a Stay to return

to State Court............................................................................................................................................6

C. Judge Singleton has displayed a pattern of ignoring stay requests while adjudicating cases in the

Second District (US DISTRICT COURT N. DISTRICT). This pattern is having a negative effect on the

overall administration of Justice in the US District Court Northern..........................................................7

REASONS THE WRIT SHOULD BE ISSUED.......................................................................................9

CONCLUSION..........................................................................................................................................9

## INDEX TO APPENDICES

APPENDIX A      Court Rulings: US District Court N. District, US Court of Appeals 2nd Circuit, US Court of Appeals 2nd Circuit Motion for Reconsideration

## TABLE OF AUTHORITIES

*Rhines v. Weber, 544 U.S. 269 (2005)*.......................................................................7,10

*Hook v. Capra, 2014 US Dist. LEXIS 109383*.......................................................................9

*Ramirez v. Lempke, 2014 US Dist. LEXIS 91566*.......................................................................9

*West v. Uhler, 2014 US Dist. LEXIS 109386*.......................................................................9

*Ture v. Racette, 2014 US Dist. LEXIS 86748*.......................................................................9

*Davis v. Sheahan, 2014 US Dist. LEXIS 38155*.......................................................................9

*Rought v. Stallone, 2014 US Dist. LEXIS 2542*.......................................................................9

*Johnson v. Yelich, 2013 US Dist. LEXIS 146534*.......................................................................9

## STATUTES & ARTICLES

18 USC §1503.......................................................................5

US Supreme Court Rule10 .......................................................................7,8,10

NO:

# *In the Supreme Court of the United States*

ERIC ANDREW PEREZ, PETITIONER - APPELLANT

*v.*

DANIEL F. MARTUSCELLO, Jr., RESPONDENT – APPELLEE

## PETITIONERS' APPLICATION FOR A WRIT OF CERTIORARI FROM THE US DISTRICT COURT N. DISTRICT

Petitioner, Eric Andrew Perez asks that this Court issue a writ of certiorari to review the judgment of the United States District Court N. District.

1.

## JURISDICTION

November 3, 2014 Petitioner's Writ of Habeas Corpus was denied by Judge James K. Singleton.

March 18, 2015 Petitioner's COA brief filed in the US COURT of APPEALS for the 2nd Circuit

was dismissed due to the fact that the notice of appeal was untimely filed. The Judgment became final

on the 20th day of April, 2015 when the petitioner's motion for reconsideration was denied. The three

decisions are contained in **Appendix A.** This Court's jurisdiction is invoked pursuant to 28 U.S.C.

§1254.

## STATEMENT OF THE CASE

May 19, 2012 Petitioner filed a CPL 440.10 in the Jefferson County Supreme Court attempting

to receive Post-Conviction Relief for a conviction of Contempt1st in the Jefferson County Supreme

Court Ind. No 11-454.

July 2, 2012 the Jefferson County District Attorney vacated a misdemeanor conviction of

Trespass that was supposed to be included in the universal plea bargain agreement.

October 31, 2012 Petitioner filed a CPL 460.15 motion with the Appellate Division 4th

Department asking them to review his case Index No. 12-02078.

March, 2013 Appellate Division 4th Department denied the relief requested.

April, 2013 Petitioner filed his Federal Habeas Corpus 28 USC 2254 in US District Court N.

The District Court assigned case number 9:13 – CV – 000384.

November 3, 2014 Petitioner's Habeas Corpus Petition was denied by Hon. Judge Singleton of

the Ninth Circuit. Judge Singleton also stated that the petitioner did not ask for a Stay.

December 1, 2014 Petitioner filed his Certificate of Appeal and his COA with the US Court of

Appeals for the 2nd Circuit.

March 18, 2015 Petitioner's COA brief was dismissed due to the fact that the Court stated that

2.

the notice of appeal was untimely filed.

April 1, 2015  Petitioner filed a motion for reconsideration with the US Court of Appeals 2nd Circuit, Circuit Judges Straub, Sack, and Droney.

April 20, 2015 Petitioner's motion for reconsideration was denied US Court of Appeals 2nd Circuit, Circuit Judges Straub, Sack, and Droney.

July 8, 2015 @10:55am in US Post Office on Cadman Plaza Bkly Petitioner mailed out his application for a  extension of time to file for a Writ of Certiorari. Please see the attached exhibits, certified  receipt # 70150640000703105913, please see certified mail receipts & tracking.

7/31/2015 Petitioner called the US SUPREME COURT @ 202-479-3211 12:52 pm and spoke to Mr. Travis. I was informed that there was no record of my application. I was then instructed to resubmit the application.

On 8/03/2015 the petitioner resubmitted the enclosed application for an extension of time to apply for a Writ of Certiorari Certified Mail Return Receipt # 70121010000356102005, please see certified mail receipts & tracking.

9/31/2015 9:50 am, the petitioner called the US SUPREME COURT and spoke to Redmon Barnes identified himself as an officer of the court. The petitioner inquired of Mr. Barnes if the Court had received my application for an extension of time to submit a Writ of Certiorari to the US SUPREME COURT, Mr. Barnes stated that the application had not been received. Petitioner was instructed to resubmit the application for an extension of time and the Brief.

9/17/2015 9:37 a.m., petitioner submitted the application for an extension of time to file the Writ, informa papers, Brief, and enclosed paperwork.

9/24/2015 Petitioner received the paperwork back from the Court allegedly.

3.

## STATEMENT OF RELEVANT FACTS

Petitioner filed for Habeas Corpus relief in the US District Court N. District upon the following seven grounds: 1) His plea was unlawfully induced and unknowingly and involuntarily made 2) he was denied effective assistance of counsel because counsel: a) did not notify petitioner that he had filed a Discovery motion; b) prohibited Petitioner from testifying in the grand jury; c) lied to Petitioner about whether his ex-wife testified in grand jury; d) displayed hostility towards petitioner at plea & sentencing; f) did not provide the petitioner a statement in reference to a covered up child abuse report for his habeas petition & deliberately advised petitioner to plead guilty to a charge included in the universal plea bargain; 3) the prosecution failed to disclose evidence favorable to petitioner; 4) petitioner's conviction was based on an invalid indictment because the underlying order of protection was issued in a defective proceeding where I was arraigned without counsel and the proceeding was not recorded by a court stenographer; 5) the trial court and the appellate court are "corrupt" Trial Judge stated that the petitioner was, "Going to the state to be flipped" at sentencing; 6) petitioner was under collateral attack in a family court civil proceeding and was prevented from discovery of the child abuse report due to collusion of counsel and the DA's office 7) petitioner is and has suffered "Cruel & Unusual Punishment" due to the fact that I was denied psychotropic medications; assaulted; defamed; intimidated; life illegally commercialized; private information deliberately released to the upstate jail population & town; and harassed while being used as the "subject" of the coercive population program operated by this Company in every upstate jail in NY in order to coerce guilty pleas & produce confidential informants (This "Program" and its methods have been unleashed against the petitioner on three different continents to include French Foreign Legion Training. Each populace the petitioner has been placed in or traveled through has been controlled by making him the focus of each, and using a combination of methods such as harassment; population manipulation; intimidation; defamation;

4.

stalking; and assaulting).

Petitioner's case file for 9:13 – CV – 000384 contains almost 1,000 pages of documents in which I argue complex issues and established prejudiced. On the last page of the last traverse motion I submitted to the US DISTRICT N. DISTRICT the petitioner requested a Stay from the Court.

## HOW THE ISSUES WERE DECIDED

Judge Singleton decided that the petitioner's Habeas Corpus petition contained exhausted and exhausted issues. Judge Singleton decided that the petitioner was not entitled to relief and denied his Habeas Petition on the 3rd of November, 2014. Judge Singleton also stated that the petitioner did not ask for a Stay to return to state court, See exhibit D, @ page 10 line 17, "However, Perez has not requested that this Court stay and hold his petition in abeyance."

Petitioner's COA Brief and appeal were apparently rejected by the US COURT of Appeal for the second Circuit due to untimely filing. Petitioner's motion for reconsideration due to mail tampering and indifference by the Court was rejected as well, see Appendix A.

## ARGUMENT

### A. Petitioner suffered prejudiced and reprisals at the hands of the Court along with Deliberate Obstruction of Justice.

Petitioner has suffered prejudiced at the hands of unknown persons under the color of law in his pursuit of Justice in the US Supreme Court and in the US District Court N. District. Petitioner's cases in the State and Federal Courts are not published in any Court Reporter System. Petitioner has and is suffering from Obstruction of Justice 18 § 1503 "Omnibus Clause" due to the fact that the petitioner on two occasions has submitted an application for an extension of time to file a Writ of Certiorari to the US Supreme Court. On both occasions the US Supreme Court has not received the enclosed materials as outlined in this motion, letter, and the application for an extension of time to apply for a writ of

5.

certiorari.

Petitioner has suffered prejudiced at the hands of the Court. Judge Sharpe terminated the assigned panel of magistrate Justices and assigned Judge Singleton of the 9th Circuit to adjudicate 10 cases as outlined in exhibit C. The Petitioner's Habeas Corpus was the only case that was actually adjudicated by Judge Singleton. Petitioner received an original of exhibit C in April of 2014 while residing in Florida. The original exhibit C; listed the petitioner's name as 6th on the list of 10 petitioners that had their Habeas petitions reassigned to Judge Singleton, and the petitioner's name was checked in red ink. Petitioner's obstruction and prejudiced within the Federal Court System should be investigated, and the Petitioner received exhibit C in September of 2015 after writing to the N. District. Petitioner's name is now 10th on the list instead of 6th, and there is no red check mark next to the petitioner's name.

Petitioner believes that exhibit C is a forgery and has been altered from its original state. Petitioner is asking the Supreme Court to investigate the prejudiced and obstruction that the petitioner has experienced in the Federal Court System. Petitioner should be granted a stay to return to State Court due to this Mockery of Justice, prejudiced, and deliberate continuous obstruction of justice at the hands of unknown persons under the color of law within the Federal Court System.

**B. Petitioner's request for a Stay was ignored by the Court. Petitioner should be issued a Stay to return to State Court.**

Petitioner was not granted a Stay even after requesting one in his last traverse to the US DISTRICT COURT N. DISTRICT, See highlighted line in exhibit B the petitioner's last traverse where I asked for a Stay to return to State Court to exhaust my State remedies. In exhibit B the petitioner asked for a stay to return to state court to exhaust his unexhausted claims. Prior to exhibit B the petitioner asked for a Stay in prior traverse motions that I submitted to the N. District. Petitioner does not have access to his prior submissions to the N. District due to the fact that the petitioner was indigent

Throughout his incarceration, and his Federal Court file contains almost 1,000 pages of documents. Please see, exhibit D Judge Singleton's Decision @ Line 10 "However, Perez has not requested that this Court stay and hold his petition in abeyance. Judge Singleton has made an obvious error in the petitioner's case, and should have issued the petitioner's case in order to return to state court.

Judge Singleton should have issued a stay pursuant to the US Supreme Court's decision in *Rhines v. Weber, 544 U.S. 269 (2005)*, "the court should stay the amended petition and hold it in abeyance pending exhaustion of petitioner's third claim in the state courts."

On March 28, 2005, the Supreme Court issued its decision on the merits in *Rhines*. 125 S.Ct. 1528 (2005). The Court acknowledged the presence of the dismissal rule set forth in *Rose, supra*, but observed that it had been adopted when there "was no statute of limitations on the filing of federal habeas corpus petitions." *Id.*, at 1533. For this reason and others, the Court ultimately ruled that a district court should exercise its discretion to stay and hold a mixed petition to permit exhaustion in the state courts "if the petitioner had good cause for the failure to exhaust, his unexhausted claims are potentially meritorious, and there is no indication that the petitioner engaged in intentionally dilatory litigation tactics." *Id.*, at 1535. Petitioner plainly satisfies the criteria set forth in *Rhines* bearing on the decision whether to stay and hold a mixed petition. Petitioner is well aware that the US Supreme Court's job is not to correct errors of the lower Court, but in the Petitioner's case Judge Singleton made a Judgement that goes against clearly established law.

Rule 10 sets forth several factors that "indicate the character of reasons that the Court considers,"though the Rule notes that these factors are not "controlling" nor do they "fully measur[e] the Court's discretion." These factors can be broken down into four categories: (1) the decision below conflicts with the decision of a federal court of appeals or a state court of last resort on "an important federal question"; (2) the lower court decided "an important question of federal law" in a way that

7.

conflicts with a Supreme Court decision; (3) the court below "decided an important question of federal law that has not been, but should be, settled" by the Supreme Court; and (4) the lower court "has so far departed from the accepted and usual course of proceedings" as to require the Court's "supervisory power"—a power rarely exercised are confused, or if the Court has expressly "left open" the issue for future resolution.

Clearly Judge Singleton erred by not granting the stay, the petitioner sites Rule 10, (2) the lower court decided "an important question of federal law" in a way that conflicts with a Supreme Court decision; & (4) the lower court "has so far departed from the accepted and usual course of proceedings" as to require the Court's "supervisory power"—a power rarely exercised are confused, or if the Court has expressly "left open" the issue for future resolution. Judge Singleton has violated Rule 10, (2), (4) when he did not issue the Stay so that the petitioner could return to State Court.

## C.  Judge Singleton has displayed a pattern of ignoring stay requests while adjudicating cases in the Second District (US DISTRICT COURT N. DISTRICT). This pattern is having a negative effect on the overall administration of Justice in the US District Court Northern.

Petitioner has performed legal research in reference to Judge Singleton's Habeas Corpus decisions made within the last 10 years in the Second & Ninth Circuits using the Lexis Nexis database of Federal Cases. The petitioner queried the Lexis Nexis Database of Federal Cases searching for Judge Singleton's record of Habeas Corpus decisions in the Second Circuit namely US District N. Court & Ninth Circuit. Hon. Singleton decided 427 Habeas Corpus cases in the Ninth Circuit in past ten years; 308 Habeas denials; 12 Habeas grants. Hon. Judge Singleton decided 138 Habeas Petitions in the Second Circuit; 106 Habeas Denials; 5 Habeas grants.

Petitioner discovered that Judge Singleton has a pattern of stating that *stay not requested* in the decisions his Honor made in the US DISTRICT N. DISTRICT. The petitioner queried the word "Stay"

8.

in the subset of Habeas decisions made by Judge Singleton in the US District Court N. District and I discovered that there were 25 published cases with the phrase "Stay" in it. Petitioner discovered that 9 of these cases contained the phrase "Stay not Requested."

The following 9 published cases in the US DISTRICT N. DISTRICT were denied stays by Hon. Singleton  and contained the phrase "Stay not Requested" in the decision:

1) Hook v. Capra, 2014 US Dist. LEXIS 109383.

2) Ramirez v. Lempke, 2014 US Dist. LEXIS 91566.

3) West v. Uhler, 2014 US Dist. LEXIS 109386.

4) Ture v. Racette, 2014 US Dist. LEXIS 86748.

5) Davis v. Sheahan, 2014 US Dist. LEXIS 38155.

6) Rought v. Stallone, 2014 US Dist. LEXIS 2542.

7) Johnson v. Yelich, 2013 US Dist. LEXIS 146534.

Petitioner believes that there are more cases such as the petitioner's and the above to be discovered. These cases account for 15% of the published cases that the Hon. Judge Singleton has decided in the US DISTRICT COURT N. DISTRICT within the past 10 years. Petitioner, believes that this percentage of error in Judge Singleton's decisions is having a negative effect on the administration of Justice in the US District Court N. District. Petitioner also believes this pattern provides evidence that Guest Judging is having a negative effect on the administration of Justice throughout the Federal Court System.

Petitioner lacks the time and resources to examine every court file, but the pattern I have discovered & the error percentage warrants further investigation. The petitioner's case and the nine cases above account for 15% of the published cases decided by Judge Singleton in the N. District over the past ten years are evidence of a fundamental miscarriage of Justice. Petitioner believes that the

9.

percentage of not issuing stays in the cases adjudicated by Judge Singleton may be as high as 25% or higher.

Judge Singleton has denied stays in the above 7 published cases that should have been stayed. Judge Singleton has violated Rule 10, (2), (4) in these 7 published cases and in other unpublished cases that the petitioner does not have access to. Again, Judge Singleton has violated Rule 10, (2), (4) on a consistent basis which is having a negative affect on the administration of Justice in the Northern District.

## REASONS THE WRIT SHOULD BE ISSUED

Petitioner should be issued a Writ of Certiorari due to the following factors: 1) Petitioner has suffered obstruction and prejudiced at the hands of the court 2) Judge Singleton ignored the petitioner's request for a stay even though I requested one in my last traverse motion and several motions prior, the petitioner does not have access to, and 3) Judge Singleton has erred in at least 15% of the published cases that he has decided in the N. District Court involving a stay which is interfering with the effective & equal administration of Justice in the N. District.

## CONCLUSION

The Court should grant certiorari and schedule this case for briefing and oral argument to ensure the Second Circuit's compliance with *Rhines v. Weber*.

Respectfully Submitted,

Eric Andrew Perez
21-10 Borden Ave
LIC, NY 11101

**10.**

NO:

# *In the Supreme Court of the United States*

ERIC ANDREW PEREZ, PETITIONER - APPELLANT

*v.*

DANIEL F. MARTUSCELLO, Jr., RESPONDENT – APPELLEE

**PROOF OF SERVICE**

I ERIC ANDREW PEREZ, do swear or declare that on this date, October 6th, 2015, as required by the Supreme Court Rule 29 I have served the enclosed MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS on each party to the above proceeding or that party's counsel, and every other person required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days. Petitioner has delivered the enclosed personally to the US Supreme Court. The names and addresses of those served are as follows:

JUSTICE SCALIA
US SUPREME COURTHOUSE
Washington, DC 20543-0001


US COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURTHOUSE
40 Foley Square
New York, NY 10007

Michelle Elaine Maerov
Office of the Attorney General – NY
120 Broadway
New York, NY 10271


I declare under the penalty of perjury that the foregoing is true and correct.


Executed: October __6th__, 2015

ERIC ANDREW PEREZ

# APPENDIX A

# JUDGMENT IN A CIVIL CASE

UNITED D:STRICT COU:     N.Y.

FILED

ERIC PEREZ,

Petitioner,

    JUN - 3 20

AT_____ O'CLC
Lawrence K. Baerma:        :cuse

V.          CASE NUMBER: 9:13-CV-384

DANIEL F. MARTUSCELLO, JR.,

Respondent.

[x]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that this action is dismissed in accordance with the November 3, 2014 Memorandum Decision of Judge James K. Singleton which ordered that petitioner's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus is DENIED. ORDERED that the Court declines to issue a Certificate of Appealability. 28 U.S.C. § 2253(c); Banks v. Dretke, 540 U.S. 668, 705 (2004) ("To obtain a certificate of appealability, a prisoner must 'demonstrat[e] that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further.'" (quoting Miller-El, 537 U.S. at 327)). Any further request for a Certificate of Appealability must be addressed to the Court of Appeals. See FED. R. APP. P. 22(b); 2D CIR. R. 22.1.

November 3, 2014
DATE

Clerk of Court

*s/Nancy A. Stures*
(BY) DEPUTY CLERK

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of April, two thousand and fifteen,

Present:    Chester J. Straub,
            Robert D. Sack,
            Christopher F. Droney,

Circuit Judges.

Eric Andrew Perez,                              **ORDER**
                                                Docket No. 14-4532
        Petitioner - Appellant,

v.

Daniel F. Martuscello, Jr.,

        Respondent - Appellee.

Eric Andrew Perez, filed a motion for reconsideration and the panel that determined the motion has considered the request.

IT IS HEREBY ORDERED, that the motion is denied.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



# EXHIBIT B

N.D.N.Y.
13-cv-384
Singleton. J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of March, two thousand fifteen.

Present:

Chester J. Straub,
Robert D. Sack,
Christopher F. Droney,
*Circuit Judges.*

_____

Eric Andrew Perez,

Petitioner-Appellant,

v.                                                                14-4532

Daniel F. Martuscello, Jr.,

Respondent-Appellee.

_____

Appellant, pro se, moves for a certificate of appealability. However, this Court has determined sua sponte that the notice of appeal was untimely filed. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED for lack of jurisdiction. *See* Fed. R. App. P. 4(a)(1); *Bowles v. Russell*, 551 U.S. 205, 214 (2007). It is further ORDERED that Appellant's motion is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

state courts protected their own instead of attempting to hand out justice. The Jefferson County Supreme Court and the 4th Appellate refused to make any findings based on clearly established law and their own criteria for evaluating claims that I made.

The state courts continue to display biased towards me in my Article 78 proceedings by delaying their decisions. I filed an Article 78 in August, 2012 against DOCCs in order to restore my classification to minimum/medium classification. The Erie County Supreme Court would finally transfer the proceeding to the Livingston County Supreme Court exhibit V.1. I then wrote a letter to Livingston County Clerk in April 2013, receiving the response labeled exhibit V.2. I wrote Erie County Court and Livingston County Court and received the response labeled V.3. I have finally received a response labeled V.4 stating that the proceeding would be decided on July 31, 2013 @ 9:30am. A year later and the proceeding has not been decided. I have also filed an Article 78 in Rensselaer County Court which still hasn't been decided.

I have recently discovered that the Town of LeRay Court is corrupt after they sent me a certificate of appearance stating that I appeared in their court on 5-9-2011. They are unable to produce transcripts for this date even though 5-9-2011 was a weekday and I was arrested in the morning during court hours. I have also submitted a FOIL request to the Jefferson County Supreme Court asking for the case docket for February 28, 2012, labeled exhibit V.1. I will be able to prove the corruption of the court by showing that Judge Hallett had no cases on the Court Docket for that date.

The state courts made no finding even though they should have and disregarded clearly established state and federal law, to include allowing collusion on the part of my defense attorneys, accepting my guilty plea even after discovering my mental health diagnosis, and their deliberate indifference to my cruel and unusual punishment. I have proven that there is a conspiracy against me, see People v USDDC 1997, 961 FSupp 314 "Civil Conspiracy" is the combination of two or more persons acting in concert to commit unlawful means, the principal element of which is agreement between parties to inflict a wrong against or injury upon another, and overt act that results in damage. The courts are just another arm of this company which is hell bent on my murder. My Court Corruption Claims have merit, and establish that I have suffered a Constitutional infirmity.

Collateral Attack and Cruel and Unusual Punishment

Point VI.        Petitioner's argument is that my family court case and criminal court proceedings are intrinsically connected. Discovery in either one would have led to a favorable result in the other one. Hence, the reason my defense counsel arranged for me to plead guilty in criminal court and then have me appear in Family Court only after the felony conviction was secured. I was never notified that I had a Family Court date on February 14, 2012. I have established this in Dkt#18 and that this fact makes my claims cognizable, because my ability to make an intelligent and voluntary guilty plea was affected. I have addressed my claims of Cruel and Unusual Punishment in Article 2 of this declaration.

My incarceration has been illegal from its inception, and I have proven that my rights are deliberately and continuously violated by this company. I made my claims of cruel and unusual punishment under the correct sections of CPL 440.10 and even cited Bell v Wolfish PR pg 12 point 5a and in exhibit B of Habeas point C pg 26. I also described the "program" by name in PR pg 12 point 5a, and even stated JCJ was acting as a living breathing thing against me. I have exhausted this claim in state Court as well as the others. My claim of collateral attack and cruel and unusual punishment are cognizable as I have proven that my incarceration is illegal, and that I am still deliberately restrained in my liberty.

Conclusion

As set forth within I have suffered extreme prejudice on behalf of the state, and should be granted a stay if his Honor feels that I have not exhausted my state remedies. The respondent states that I have exhausted my involuntary guilty plea, yet argues against the rest of my claims. I have exhausted all of my claims in state court to no avail. The state's culpability in this is obvious as even the respondent has been to Coxsackie to visit. The petitioner's sentence was to be death. This is due to the classified fact

that I am unable to present in this proceeding as it will be construed as raising a new argument. I would like permission to communicate with his Honor ex parte to reveal this fact so that I may tell my story in the proper venue and his Honor will understand what this is all about. I pray that his

Honor sets the Petitioner free as his conviction was illegal and Unconstitutional.

Respectfully Submitted,

I declare under the penalty of perjury that the foregoing is true and correct.

Signed August 13, 2013

Eric Perez
PO BOX 411
Watertown, NY 13601

# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

In re: Reassignment of cases to the
Honorable James K. Singleton,
Senior District Judge, District
of Alaska

REASSIGNMENT ORDER

The Second Circuit Council has authorized the Honorable James K. Singleton to sit by designation in the Northern District of New York. The following cases have been reassigned to Judge Singleton for disposition. **Referral to the assigned Magistrate Judges will be terminated.**

| | | |
|---|---|---|
| 1) | 9:11-cv-1517 (MAD/TWD) | Dorn v. Thomas |
| 2) | 9:12-cv-621 (MAD/TWD) | Henderson v. Graham |
| 3) | 9:12-cv-932 (DNH) | Wright v. Graziano |
| 4) | 9:12-cv-1173 (NAM/RFT) | Mclain v. Kaplan |
| 5) | 9:12-cv-1617 (GTS) | Porter v. Stallone |
| 6) | 9:12-cv-1660 (MAD) | Lewis v. Superintendent |
| 7) | 9:12-cv-1854 (DNH) | Moore v. NYS Board of Parole |
| 8) | 9:13-cv-233 (DNH/DEP) | Shaver v. Superintendent |
| 9) | 9:13-cv-384 (GLS) | Perez v. Martuscello |
| 10) | 9:13-cv-676 (FJS/ATB) | Blackmon v. Lavalley |

IT IS SO ORDERED.

July 29, 2014
Syracuse, New York

Gary L. Sharpe
Chief U.S. District Judge

# EXHIBIT D

not claim that cause exists for his procedural default nor does he assert actual innocence. Because Perez may not now return to state court to exhaust this claim, the claim may be deemed exhausted but procedurally defaulted from habeas review. *See Ramirez v. Att'y Gen.*, 280 F.3d 87, 94 (2d Cir. 2001).

As Respondent notes, Perez also did not raise to the state courts his claims that counsel was ineffective for failing to inform Perez that he filed a discovery demand, prohibiting Perez from testifying in the grand jury, displaying hostility toward Perez, and failing to assist Perez after sentence or in other cases (part of claim 2); the prosecutor withheld an exculpatory child abuse report from him (claim 3); the order of protection he violated was issued in a defective local court proceeding (claim 4); the Appellate Division was "corrupt" (part of claim 5); he is under "collateral attack" in a civil proceeding in family court (claim 6); and his sentence constitutes cruel and unusual punishment (claim 7). Accordingly, these claims are unexhausted.

Because these unexhausted claims are based on matters outside the record of his conviction, Perez could raise them as constitutional claims in a subsequent CPL § 440.10 motion. This Court could stay the Petition and allow Perez to return to state court to satisfy the exhaustion requirement as to these claims. *See Zarvela v. Artuz*, 254 F.3d 374, 380-83 (2d Cir. 2001). However, Perez has not requested that this Court stay and hold his petition in abeyance. Moreover, the Supreme Court has held that it is an abuse of discretion to stay a mixed petition pending exhaustion where: 1) the petitioner has not shown good cause for failing to exhaust all available state court remedies; and 2) the unexhausted claim is "plainly meritless." *Rhines v. Weber*, 544 U.S. 269, 277 (2005). In his Petition, Perez provides no reason why he did not seek

10

raise these claims to the state court in either his earlier CPL § 440.10 motion or a subsequent motion.

Despite Perez's failure to exhaust a majority of his claims, this Court nonetheless may deny them on the merits and with prejudice. *See* 28 U.S.C. § 2254(b)(2) ("An application for a writ of habeas corpus may be denied on the merits, notwithstanding the failure of the applicant to exhaust the remedies available in the courts of the State."). This is particularly true where the grounds raised are meritless. *See Rhines*, 544 U.S. at 277. Accordingly, this Court declines to dismiss Perez's unexhausted claims solely on exhaustion grounds and will instead reach the merits of the claims as discussed below.

C.    Merits

        Claim 1. Involuntary and Unknowing Plea

        Perez first argues that his plea was involuntarily and unknowingly made. "A criminal defendant may not be tried unless he is competent, and he may not waive his right to counsel or plead guilty unless he does so 'competently and intelligently.'" *Godinez v. Moran*, 509 U.S. 389, 396 (1993) (citations omitted). The standard for determining competency to stand trial and competency to plead guilty are the same. *Id.* at 399. The determination turns on whether the defendant has "sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding" and has "a rational as well as factual understanding of the proceedings against him." *Id.* at 396 (citation omitted).

        Perez argued in his § 440 motion: "Due to the degradation of my mental health due to my lack of medication and the degradation of my physical health due to the abuse of the staff and the threats I was receiving due to my case and children I was unable to understand and coherently

11

# EXHIBIT E

1ᵉʳ REGIMENT ETRANGER
CENTRE DE SELECTION
ET D'INCORPORATION

A AUBAGNE le, 12/05/2015

## DECLARATION – DECHARGE
(Pour l'intéressé)

## CE DOCCUMENT N'EST VALABLE POUR AUCUNE DEMARCHE ADMINISTRATIVE

Je soussigné, Engagé Volontaire **PAREDES Juan**

Déclare n'avoir aucune réclamation à formuler lors de mon départ.

**Avoir récupéré :**

Mon ARGENT                        Mes objets de VALEUR

Mes PAPIERS personnels            Mes VETEMENTS civils

que j'avais placés en dépôt lors de mon arrivée .Ils m'ont été restitués intégralement.

Le motif de mon départ m'a été également notifié :

rendu à la vie civile pour le motif suivant :

**INAPTE DEFINITIF :** Son profil ne correspond pas aux besoins de la Légion Etrangère.

**SIGNATURE** conforme à l'acte d'engagement .

# EXHIBIT F

*0201240000000163*



Human Resources | Family Independence
Administration | Administration
Department of
Social Services

FIA-1086h (E) 06/19/2013 LLF

062 MICHAEL J. HANDY VETERANS
25 CHAPEL ST 6TH FL RM606

BROOKLYN, NY 11201-

   ERIC   PEREZ

2110 BORDEN AVE
LONG ISLAND CIT, NY 11101-4518

| | |
|---|---|
| Date: | 06/19/2015 |
| Case Number: | 0036684370-01-01 |
| Case Name: | PEREZ ERIC |
| Center: | 062 |
| Action Code: | 154R |

## Appointment With Back to Work (B2W) Representative

Your case has been accepted while you were participating in the Back to Work (B2W) program. You must now report to the B2W representative to discuss your Employment Plan and to complete your assignment.

**Please bring any required documents with you.** Your appointment is scheduled for:

Appointment Date: __06/29/2015__ Time: __9:30 AM__ Telephone: __(718) 797-5627__

          Address: __AMERICA WORKS B2W SITE 2__

          __44 COURT STREET 7FL__

          City: __BROOKLYN__ State: __NY__ Zip: __11201__

Travel Directions:

Please contact the NYC Transit Authority for travel directions at (718) 330-1234

**This is a mandatory appointment.** If you have an emergency or need to reschedule this appointment, please call the telephone number listed above prior to your reporting time. If you have a physical, mental health, or learning problem that makes it difficult for you to travel to the appointment, you can also call the number above for further assistance. Failure to keep this appointment or to cooperate with employment requirements may result in the reduction or loss of your Cash Assistance benefits.

# EXHIBIT 3

DANIEL J. WEBER, M.D. *
JEFFREY D WAY, M.D. *
PATRICK J. LANIGAN, M.D. *
DANIEL S. GRAY, M.D. *
DEAN J. PHILLIPS, D.O. *
SUSANNE DAYE, M.D. *
MARK KWALBRUN, M.D. **
JOHN J. WASENKO, M.D. **

* Diplomate, The American Board of Radiology
** Diplomate & CAQ Neuroradiology

**NORTHERN RADIOLOGY**
IMAGING

CONSULTING RADIOLOGISTS

SAMARITAN MEDICAL CENTER
CARTHAGE AREA HOSPITAL
MAGNETIC IMAGING CENTER

---

Katherine A Baker, Rpa-C
1116 Arsenal Street
Watertown, NY 13601
PH#: (315) 786-1111
Fax: 3154931811

Patient Name: PEREZ, ERIC
Date of Birth: 06/27/1976
Date of Exam: 09/12/2013

---

EXAM: CERVICAL SPINE COMPLETE XRAY

CLINICAL INFORMATION: Pain. Status post involved in an altercation months ago.

Eight views.

The dens cannot be effectively evaluated secondary to the superimposition of osseous structures and/or dentition on all views.

Multiple views of the cervical spine show no acute fracture, dislocation, or subluxation. The intervertebral disc spaces appear symmetric and well maintained. The intervertebral foramina are patent bilaterally and the neural canal is not encroached upon. The facet joints are well aligned bilaterally. There is no destructive osseous lesion. The anterior spinal soft tissues appear unremarkable. Flexion and extension does not appear to be particularly limited radiographically.

IMPRESSION:

Unremarkable cervical spine series.

Although this plain radiographic evaluation of the cervical spine shows no evidence of a fracture, it should be remembered that CT is much more sensitive than plain radiography of the C-spine in detecting fractures. If this examination was ordered to rule out a fracture then CT of the cervical spine is recommended.

Dean J. Phillips, DO
DJP/jmc

Thank you for referring ERIC PEREZ to our office.
Electronically Signed - DEAN J PHILLIPS, DO 09/13/13 16:22

# FAMILY PRACTICE ASSOCIATES
### 3 BRIDGE STREET SUITE 3
### CARTHAGE, NY  13619-1323
### (315)-493-7334

## Summary of Todays Visit

**Eric Perez**
**09/12/2013  Visit with BAKER, KATHERINE A., RPA-C**

**Vitals**
BP: 110/70 T: 98.2 Pulse: 65 Resp: 16 Ht: 70" Wt: 174lb IBW: 166 BMI: 25.0 O2SatR: 98%

**Today's Diagnosis**
Pain Neck/Cervicalgia (723.1)
Backache Unspecified (724.5)
Pain Low Back/Lumbago (724.2)

**Problem List**
No Active Problems

**Allergies**
No Known Drug Allergy

**Medications**
New
   BAKER, KATHERINE A., RPA-C
      No Active Medications

**Xrays**
Ordered
   C-Spine Xray
   LS-Spine Xray Series
   T-Spine

**Procedures**
Measure Blood Oxygen Level Single Determination

Dr. Curtis → Spine Center
315 · 782 · 3941
19472 US 11 washington St
watertown, NY 13601

09/16/13                          FAMILY PRACTICE ASSOCIATES
                                       Patient Referral

───────────────────────── Patient (Account #19984) ─────────────────────────
Perez, Eric A                                DOB    : 06/27/1976
                                             Ins    : 7    MEDICAID
PO BOX 411
WATERTOWN, NY 13601                          Age    : 37

H-Phone: (315)-489-7028 C-Phone: (315)-   -     PCP    : Fish, Kenneth, D.O.
W-Phone: (315)-   -                          PCP Ph#: 315-493-7334
─────────────────────────────── Insurance ───────────────────────────────
CO#:7       Policy#: DP54405Z                        Insured : Eric A Perez
Medicaid                  EmpNm:                     DOB       : 06/27/1976
800 N. Pearl Street       EmpAd:                     Group # :
Albany, NY  12204         EmpAd:                     PlanName:
                                                     Exp Date: 09/29/13
──────────────────────────── Referring Doctor ────────────────────────────
Baker, Katherine A., P.A.                    Phone#  : (315)-493-7334
3 Bridge Street Suite 3                      Fax#    : (315)-493-1811
Carthage, NY  13619-1323                     NPI     : 1316971831
                                             Specialty : 64 MEDICAL/PA
──────────────────────────── Referred To Doctor ──────────────────────────
Curtis,Paul  M.D.                            Phone#  : (315)-779-1104
Cani Spine Center                            Fax#    : (315)-779-1758
19472 US RT 11                               NPI     : 1033146238
Watertown, New York 13601                    Specialty : 91 PAIN MEDICINE
────────────────────────── Referral Information ──────────────────────────
Referral #    : N/A                          Initial Consult # :
Visits        : UNLIMITED                    Referral Type       :
Effective Date: 09/16/2013                   Expiration Date    : 09/29/2013

Diagnoses     :
723.1       724.5       724.2
CPT(s)        :

Referral Note :
Chronic neck and back pain. Please evaluate and treat

──────────────────────────── Referral Appointment ────────────────────────
CURTIS,PAUL  M.D.      Date: 00/00/0000    Time:  8:00am


Referring Doctor's Signature: ___KBaker NPAC_____

Electronically signed by agent of provider: Marcy Lajoie on 09/17/13 at  1:52 pm



Northern Radiology Imaging
PEREZ ERIC
1976 Jun 27 M 80220/1
Acc: 13:17409-1
2013 Sep 12
Acq Tm: 16:02:49.248



cr55es-n
Ex:
C-SPINE, LATERAL
Se: 1008/8
Im: 1008/1
NECK
Mag: 0.3x

Lin:DCM / Lin:DCM / Lin:DCM / Id:ID
W:890 L:573

Northern Radiology Imaging
PEREZ ERIC
1976 Jun 27 M 802201
Acc: 13317409-1
2013 Sep 12
Acq Tm: 16:07:23.463

Northern Radiology Imaging
PEREZ ERIC
1976 Jun 27 M 80220/1
Acc: 1317409-1
2013 Sep 12
Acq Tm: 16:06:42.033

fcr55es-n
Ex:
C-SPINE, LATERAL
Se: 1007/8
Im: 1007/1

NECK

Mag: 0.3x

Lin:DCM / Lin:DCM / Id:ID
W:890 L:528



# EXHIBIT 4















Icr55es-n.
Ex:
C-SPINE, AP/OBL.
Se: 1005/8
Im: 1005/1

NECK

Mag: 0.3x

Lin:DCM / Lin:DCM / Id:ID
W:871  L:587

Northern Radiology Imaging
PEREZ ERIC
1976 Jun 27 M 80220/1
Acc: 13117409-1
2013 Sep 12
Acq Tm: 16:05:18.643





fcr55es-n
Ex:
C-SPINE, LATERAL
Se: 1006/8
Im: 1006/1

NECK

Mag: 0.3x

Lin:DCM / Lin:DCM / Id:ID
W:890 L:578

Northern Radiology Imagi
PEREZ ER
1976 Jun 27 M 8022
Acc: 1311740
2013 Sep
Acq Tm:16:05:57.7

# EXHIBIT 5



9/25/2016

Eric Perez
PO BOX 40965
Staten Island, NY 10304

Chief Clerk
US DISTRICT COURT EASTERN DISTRICT
225 Cadman Plaza East
Brooklyn, NY 11201

RE:     Civil Rights Action

TO:     Chief Clerk

Please present this Civil Rights Action to a Judge for review. The complaint contains $60$ pages. The issues at hand are very crucial to my life and the lives of my children & other family members. Several key issues at hand are extremely embarrassing as well and contains very personal information that I would not like to disclose to certain defendants unless absolutely necessary due to the fact that I am the target of this company who has engineered, orchestrated, perpetrated, and executed the biggest civil conspiracy against a person since Martin Luther King Jr. The issues at hand are disgusting constitutional infirmities that occur on a daily basis to deliberately restrain the plaintiff of his liberty, life and pursuit of happiness. The issues at hand are extremely complex, and I do not have the necessary team of people needed to investigate this conspiracy nor do I have the money to afford the photocopying of the $60$ page complaint and the service of it to the list of defendants. My understanding is that complaints containing classified or sensitive information must first be censured by the proper authorities and approved to be sent out to the defendants deemed necessary after a brief investigation into the validity of the claims. I will submit to any battery of tests deemed necessary to include polygraphs; MRI; X-rays, etc. I have nothing to hide my life has been deliberately commercialized and all of my information has been broadcast and released to the populace by individuals' unknown to me anyway. These issues pose a threat to the safety of my life and the lives of every citizen of these great United States.

Sincerely,

Eric Perez
PO BOX 40965
Staten Island, NY 10304


ENCLOSED: CIVIL COVER SHEET
IFP MOTION
DECLARATION IN SUPPORT OF IFP APPLICATION
MOTION FOR APPOINTMENT OF COUNSEL
DECLARATION IN SUPPORT OF MOTION FOR THE APPOINTMENT OF
COUNSEL
TEMPORARY RESTRAINING ORDER
DECLARATION IN SUPPORT OF TRO
COMPLAINT
PARAGRAPH ON DEFENDANTS
EXHIBITS   1- 5   EAP

2

**DEFENDANTS**

New York Hospital Cornell, Weill Medical College, 1305 York Ave, New York, New York 10065.

Dr. Emie, Unable to locate has retired.

DARE its officers and Board Members, PO BOX 512090 Los Angeles, CA 90051

Director DEA Chuck Rosenberg, 800 K Street, NW, Washington, DC, 20001

Director DOJ IG Michael Horowitz, 717 14th Street NW #500, Washington DC, 20005

Google, 1600 Amphitheatre Parkway Mountain View, CA 94043

Attorney General Loretta Lynch, 1350 Pennsylvania Ave NW #409, Washington, DC 20004.

Dir. Civil Rights Gupta DOJ, 950 Pennsylvania Ave, NW Office of the Assistant Attorney General, Main Washington, DC 20530

Damon Davenport, Unknown, CI's address unsearchable

Anthony Spano, 79 Kennington St, Staten Island, NY 10308

Julie Crowner, Not Listed last known work place Neustar Incorporated Sterling VA.

Catherine Hoke, Defy Ventures, 154 Grand Street, New York, NY 10013

Chris Hoffman, 6404 US-301, Riverview, FL 33578

Sean Hoffman, 6404 US-301, Riverview, FL 33578

Michael Hoffman, 6404 US-301, Riverview, FL 33578

Unknown Narcotics Agents, 1 Police Plaza, New York, New York 10007

Com Bratton NYPD, 1 Police Plaza, New York, New York 10007

Haddad's Production Company, 221 Curry Hollow Rd, Pittsburgh, PA 15236

Cristina Deleon Acosta, Address not listed she is a SID with the US Army

Cristina Cintrone, Address not listed she works for the NYPD last known location Jersey City, NJ

Yahoo, 701 First Ave Sunnyvale, CA 94089

Lawrence Redmond Clerk US Supreme Court, US Supreme Court 1 First Street, NE Washington, DC 20543

Lopera of the ACLU, 125 Broad St, 18th flr, New York, NY 10004

Unknown Officers DOJ, 1201 Pennsylvania Ave NW #300 Washington DC, 20004

Deputy Odelle, 753 Waterman Drive Watertown, NY 13601

Deputy Gains, 753 Waterman Drive Watertown, NY 13601

Sheriff Burns, 753 Waterman Drive Watertown, NY 13601

Unknown DOD Navy Contractor, Department of the Navy, 1735 Lynn St, Arlington, VA 22209

Best Buy, 7601 Penn Ave S. Ritchfield, MN 55423

Apple, 1 Infinite Loop Cupertino, CA 95014

Sprint, 6200 Sprint Pkwy Overland Park, KS 66251

Boost Mobile, 9060 Irvine Center Drive Irvine, CA 92618

Allen Hunt, Federal Agent who is undercover and faked his death, Address unknown

Carlos Santana, 227622 Pleasure Ridge Loop Wesley Chapel, FL 33544

Crunch, AGT Crunch Acquisition LLC, 22 W. 19th Street, 4th Floor New York, NY 10011

Unknown Informants for MI5,

Stream, 146 Arsenal St, Watertown, NY 13601

Unknown Doctors, Must discover the facilities that the experiments are being carried out in and then get the doctors names. This is impossible to discern without complex discovery about responsibility and connections to this program.

Unknown Agents, Agents from all agencies have participated in the numerous violations committed against the plaintiff to include DHS, ICE, DIA, FBI, CIA, FSO'S, NSA, and others that operate under the shadow government. They are not easily discoverable as they are allowed to remain nameless as their jobs are supposedly secretive.

Staten Island Ferry Authority, One Bay Street Staten Island, NY 10301

Jeff Tomzack, Address not listed Jeff is a confidential informant or working for an agency.

iHeart Radio, 32 Avenue of the Americas New York, NY 10013

102.5 Tampa, 11300 4th Street North Suite 300 Saint Petersburgh, FL 33716

98.7 Tampa, 9721 Executive Center Drive North Suite 200, St Petersburg, FL 33702

94.1 Tampa, 9721 Executive Center Drive North Suite 200, St Petersburg, FL 33702

Clear Channel, 99 Park Ave, 2nd floor, New York, NY 10016

Unknown Religious Organizations, There are several hundred religious organizations that have participated and are directly involved in my case to include involvement with my ex-wife, her family members, and her husband, Lilly of the Vallies Church Bronx, NY, Jehova Witness , Mormoms, Temples, Jewish Synagoges, Mosques, Catholic Churches and others that I would need time to discover their connections and addresses.

owner 357 Targee St, SI, NY 10304

Owner 44 Waverly Plc, SI, NY 10304

Owner 52 Waverly Plc, SI, NY 10304

Owner surveillance houses Wiederer Plc, SI, NY 10304

owner 67 Prince St, SI, NY 10304

owner 75 Osgood Ave, SI, NY 10304

owner 70 Osgood Ave, SI, NY 10304

Owner 60 Osgood Ave, SI, NY 10304

owner 144 Signal Hill Rd, SI, SI, NY 10304

All of these addresses have owners and affilliations in common, I have no formal training on performing title searches and have no resources to do so.

Saint Joseph's Hospital, St. Joseph's Medical Center 1216 Bay St, Staten Island, NY 10305

Post Master General Brennan, 475 l'Enfant Plaza Wshington DC 206260

Federal Express, 924 South Shady Grove Rd, Memphis, TN 38120

SOS Locksmith, 197 7th Ave New York, NY 10011

Staten Island municipality, 10 Richmond Terrace #2 Staten Island, NY 10301

All American Storage, 330 Tompkins Ave, Staten Island, NY 10304

Meera Joshi TLC, 33 Beaver St, New York, NY 10004

Lifelock, 60 E Rio Salado Pkwy Suite 400 Tempe, AZ 85281

Edith Ramirez FTC, 1 Bowling Green #318 New York, NY 10004, 620 Pennsylvania Ave Washington, DC 20580

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

*Eric Andrew Perez*

               **Plaintiff,**

    -against-

*New York Hospital Cornell,
Maneo & coronal*

              **Defendants**

------------------------------------------------------x

**ORIGINAL**

**AFFIRMATION OF SERVICE
-CV-      (   )**

I, *Eric Andrew Perez* declare under penalty of perjury that I have served a copy of the attached *Complaint and exhibits in person to the US Court house & District* upon *Delivering them in person* ~~by mailing it to~~ *Eastern District Courthoul* whose address is: *225 Cadman Plaza East Brooklyn NY 11201*

Dated: Brooklyn, New York
*9-29* , ~~2016~~ *EAP*
*10-11-16 Eric Perez*

**RECEIVED
OCT 11 2016
PRO SE OFFICE**

*Eric Perez*
_____
**Signature**

*Eric Perez*
_____
**Print Name**

*PO Box 40765*
_____
**Address**

*Staten Island, NY 10304*
_____
**City, State, Zip Code**