11-16-16

Eric Andrew Perez
PO Box 40965
SD, NY 10304
347-874-1280

Chief Clerk
US District ~ District
225 Cadman Plaza East
Bklyn, NY 11201

RE: 1:16-cv-05794-MKB-LB - Eric Andrew Perez

Judge Brodie

This is a supplemental exhibit for my IFP Application

Sincerely,
Eric Perez

RECEIVED
NOV 16 2016
PRO SE OFFICE

JPMorganChase

Acct # 00000000000790518539
October 28, 2016
Page 1 of 4



02227 HSP 001 001 30316 - NNNNNNNNNNNN
1 - STOPFITNESS INCORPORATED
PO BOX 40965
STATEN ISLAND NY 10304-0096

Supplemental Exhibit for IFP Application
Eric Peper   11-16-16

LCHSP25

continues

**CHASE**
PO Box 659754
San Antonio, TX 78265

**Questions?**
1-800-242-7324
TTY 1-800-242-7383



1 - STOPFITNESS INCORPORATED
PO BOX 40965
STATEN ISLAND NY 10304-0965

October 24, 2016

**Insufficient Funds Notice:** There wasn't enough money in your account ending in 8539

Dear 1 - Stopfitness Incorporated:

Your account's available balance was too low to cover at least one transaction. We have either paid the item or returned it to the payee, as indicated here:

| Amount | Transaction Description | | Status |
|---|---|---|---|
| $7.99 | RECURRING CARD PURCHASE   1023NETFLIX.COM NETFLIX.COM CA   04563310924 | | Paid Insufficient |

We may have charged you an Insufficient Funds Fee if we paid the item or a Returned Item Fee if we returned it. The fees we charged totaled $34.00, leaving your balance at -$729.35 on October 24, 2016.

**Please keep your balance above zero**
- If a checking account is overdrawn for five or more consecutive business days, we may charge an Extended Overdraft Fee.
- If your balance remains negative for an extended period, we may report it to consumer reporting agencies, close the account, or both.
- For more information about our overdraft policies and fees for checking accounts, please visit chase.com/checking/overdraft-services. For other types of accounts, review your Account Agreement.

**Here are some tips to help you avoid future overdrafts**
- Enroll in Overdraft Protection to have us automatically transfer money from your backup account to your checking account. To learn more, visit chase.com/checking/overdraft-protection.
- Check your balance anytime at chase.com or on our Chase Mobile℠ app¹. Learn more at chase.com/mobile.
- Sign up for Account Alerts¹ to keep tabs on your account. Learn more at chase.com/AccountAlerts.

If you have questions, please call us at 1-800-242-7324.

Sincerely,

Customer Service

LC-NJFW3616 JPMorgan Chase Bank, N.A. Member FDIC

continues